UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. CR 08-057** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ANTONIO EZEQUIEL** | ) | |
| **CARDENAS-GUILLEN, a.k.a.** | ) | |
| **"Tony Tormenta," et al.** | ) | |

**GOVERNMENT'S MOTION TO DISMISS SECOND SUPERCEDING INDICTMENT
AGAINST DEFENDANT ANTONIO EZEQUIEL
CARDENAS-GUILLEN, a.k.a. "Tony Tormenta"**

The United States of America, by and through Arthur G. Wyatt, Chief, Narcotic and Dangerous Drug Section, Criminal Division, and Darrin L. McCullough, Trial Attorney, Narcotic and Dangerous Drug Section, Criminal Division, files this Motion to Dismiss without prejudice the second superceding indictment against defendant **ANTONIO EZEQUIEL CARDENAS-GUILLEN, a.k.a. "Tony Tormenta,"** and shows that he is deceased, and the dismissal is therefore in the interests of justice.

        Respectfully submitted,

        Arthur G. Wyatt, Chief
        Narcotic and Dangerous Drug Section
        U.S. Department of Justice, Criminal Division

        */s/ Darrin L. McCullough*
        Darrin L. McCullough
        Trial Attorney

1400 New York Avenue, N.W.
Washington, D.C.  20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. CR 08-057** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ANTONIO EZEQUIEL** | ) | |
| **CARDENAS-GUILLEN, a.k.a.** | ) | |
| **"Tony Tormenta," et al.** | ) | |

## ORDER

The foregoing Motion requesting the dismissal without prejudice of the defendant **ANTONIO EZEQUIEL CARDENAS-GUILLEN, a.k.a. "Tony Tormenta,"** from this Indictment is GRANTED.

SO ORDERED, this _____ day of _____, 2011.

_____
Hon. Colleen Kollar-Kotelly
Judge, United States District Court
District of Columbia

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties.

                                          /s/ Darrin L. McCullough

                                          Darrin L. McCullough