IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v : | Crim. No 08-cr-00057-16 (CKK) |
| : | |
| AURELIO CANO FLORES : | |

ENTRY OF APPEARANCE

Undersigned counsel hereby enters his appearance as counsel for Aurelio Cano Flores in the above case effective October 27, 2011. As discussed previously in open court, continued representation in this case is <u>conditioned on approval by the United States Department of the Treasury of a license to receive funds for services provided to Defendant</u>. (Counsel has requested such a license this date.)

          Respectfully submitted

          /s/

          Richard K. Gilbert
          Bar. No. 939884
          601 Pennsylvania Avenue, N.W.
          Suite 900, South Building
          Washington, D.C.  20004
          (202) 898-0857
          rkgesq@juno.com

          Attorney for Defendant