IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 08-cr-00057-16 (CKK) |
| | : | |
| AURELIO CANO FLORES | : | |

AMENDED ENTRY OF APPEARANCE

Pursuant to this Court's Order of August 6, 2012, undersigned counsel hereby enters his appearance as counsel for Aurelio Cano Flores <u>appointed by the Court pursuant to the Criminal Justice Act</u> in the above case, effective August 6, 2012.

Respectfully submitted

/s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004
(202) 898-0857
rkgesq@juno.com

Attorney for Defendant