IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v : | Crim. No 08-57-16 (BJR) |
| : | |
| AURELIO CANO FLORES : | |

<u>DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION TO EXTEND TIME</u>

Defendant, Aurelio Cano Flores, through undersigned counsel, respectfully requests that this Court deny the request of the United States to extend the time set by this Court's Order of August 20, 2012 for the filing of its opposition to Defendant's motion To Suppress Wiretaps. As grounds therefore, Defendant states:

1. On August 20, 2012, this Court ordered that all motions be filed by Friday, August 31, 2012. Oppositions were due one week later and any replies one week after that. Although given only 11 days, <u>and one weekend</u>, to prepare motions, counsel for Defendant met the Court's deadline. Now the United States seeks two weekends, not one week, in which to prepare their opposition. Should the Court grant this motion, Defendant will have only five days, during the regular workweek, to prepare its replies. Moreover, granting such a motion, because of the government's apparent inability to marshal its own evidence in a timely manner, throws off the preparation and allotment of time which Defendant's counsel made in reliance on the Court's Order.

2. This Court and its predecessor has made it abundantly clear to both parties that, absent a resolution, this case was going to trial in a timely manner. The United States seems either unwilling to take that seriously or is seeking to manipulate when

1

material must be presented to Defendant. This Court should deny the motion and stick to its previously announced schedule – a schedule which affects both parties.

                                      Respectfully submitted

                                              /s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004
(202) 898-0857
rkgesq@juno.com


                                              /s/

Kristen Grim Hughes,
Bar No. 456171
Law Offices of Kristen Grim Hughes
1390 Chain Bridge Road, Suite 530
McLean, Virginia 22101
(703) 798-4444  phone
kghughes@hotmail.com

Attorneys for Defendant

2