IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No. 08-cr-00057-16 (BJR) |
| | : | |
| AURELIO CANO FLORES | : | |

**MOTION FOR LEAVE TO APPEAR AS A NON-PARTY**

Bernard Grimm, on behalf of subpoenaed witness Mario Quintero-Lara, respectfully requests leave for Mr. Quintero to appear as a non-party in the above-captioned matter. Mr. Quintero was subpoenaed by the Government in January 2013 to appear at trial in this matter.

Date: February 20, 2013                                       Respectfully submitted

/s/
Bernard Grimm
Bar No. 378171
1627 I Street NW
Washington, D.C.  20004
(202) 912-4888
bgrimm@grimmlawdc.com