UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        :
                                 :        Docket No. CR 08-57-16
                                 :
         vs.                     :        Washington, D.C.
                                 :        Friday, February 15, 2013
AURELIO CANO-FLORES,             :              9:35 a.m.
                                 :              Day 5
              Defendant.         :
------------------------------x


                    A.M. SESSION
            TRANSCRIPT OF JURY TRIAL
      BEFORE THE HONORABLE BARBARA J. ROTHSTEIN
            UNITED STATES DISTRICT JUDGE
APPEARANCES:

For the Government:        DARRIN MCCULLOUGH, Esquire
                           SEAN TORRIENTE, Esquire
                           U.S. Department of Justice
                           145 N Street, Northeast
                           Second Floor, East Wing
                           Washington, DC  20530


For the Defendant:         RICHARD GILBERT, Esquire
                           601 Pennsylvania Ave., NW
                           Suite 900, South Bldg.,
                           Washington, DC  20004

                           KRISTEN HUGHES, Esquire
                           1360 Chain Bridge Rd.
                           McLean, VA 22101

Court Reporter:            CRYSTAL M. PILGRIM, RPR
                           Official Court Reporter
                           United States District Court
                           District of Columbia
                           333 Constitution Avenue, NW
                           Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

1              P–R–O–C–E–E–D–I–N–G–S

2          (Interpreter Erin E. Gaston-Owen sworn.)

3          (Jury Present.)

4          THE COURT:  Good morning, ladies and gentlemen.

5          THE JURY:  Good morning.

6          THE COURT:  We're all in our places.

7       You may proceed, Mr. Gilbert.

8          MR. GILBERT:  Thank you very much.

9          (GOVERNMENT WITNESS JESUS ENRIQUE REJON AGUILAR SWORN.)

10                    CROSS EXAMINATION

11   BY MR. GILBERT:

12   Q.   Good morning, Mr. Rejon Aguilar?

13   A.   Good morning.

14   Q.   Before I start talking about the facts of this case, let

15   me just ask you a little bit about names that you talked about

16   when you first testified on Tuesday.

17      When you talked about names for Mr. Cano-Flores you

18   mentioned Yankee and Yeo, but you also mentioned that he was

19   the gentleman of the horse; is that right?

20   A.   That's correct.

21   Q.   But that's, I mean, that was to mock him or make fun of

22   him, right, because he didn't know how to take care of a horse?

23   A.   All I know is that's what they called him.  I don't know

24   if it was to mock him or not.

25   Q.   Weren't you telling us the other day about the story that

1    he didn't know how to feed the horse and he gave the horse

2    molasses and the horse became ill?

3    A.    That's correct.

4    Q.    You on the other hand were called Cabellero, right?

5    A.    That's correct.

6    Q.    Yeah, but you did know how to take care of horses,

7    correct?

8    A.    That's correct.

9    Q.    I mean, you had a number of very fine horses, correct?

10   A.    That's correct.

11   Q.    You liked to ride them?

12   A.    No.

13   Q.    Did you race them?

14   A.    That's correct.

15   Q.    You've told us that one of your nicknames was Mamito?

16   A.    That's correct.

17   Q.    And that was one of the, that was the name that you were

18   probably most well known by?

19   A.    That's correct.

20   Q.    All right.  Did anybody ever call you El Brujo, B-R-U-J-O,

21   meaning the witch or sourcer?

22   A.    For what person?

23   Q.    For you?

24   A.    On occasion, yes.

25   Q.    Why was that?

1   A.    Because of my religion.

2   Q.    Your religion is Santeria?

3   A.    That's correct.

4   Q.    That's a religion based in Cuba?

5   A.    That's correct.

6   Q.    In fact, you told us about a vacation to Cuba that you

7   took, you actually went there to study Santeria; is that

8   correct?

9   A.    That's correct.

10  Q.    All right.  When you were arrested in 2011, you were the

11  number two person in the Zetas; is that correct?

12  A.    No.

13  Q.    Well, Lazcano was still the leader of the Zetas at that

14  time, right?

15  A.    That's correct.

16  Q.    You believe that he's been killed since then?

17  A.    I don't know.

18  Q.    All right.  Well, other than Lazcano who in the Zetas out

19  ranked you?

20  A.    Forty.

21  Q.    I thought you told us the other day that Cuarenta was a

22  civilian?

23  A.    Yes, he is a civilian.

24  Q.    But he's also a Zeta?

25  A.    That's correct.

1  Q.   And he out ranked you?

2  A.   That's correct.

3  Q.   Did he give you orders?

4  A.   Yes.

5  Q.   All right.  Well, you did talk to us yesterday about the

6  area that was controlled by the Zetas.  And you told us that

7  the, you told us that the Gulf Cartel when the Zetas were

8  working with it controlled the Rio Grande River from Texas all

9  the way to Ciudad Acuna?

10 A.   From Matamoros to Ciudad Acuna, yes.

11 Q.   All right, and then you have all of the State of Coahuila?

12 A.   That's correct.

13 Q.   All right.  The eastern part of the State of Durango?

14 A.   That's correct.

15 Q.   All of, all of Zacatecas?

16 A.   That's correct.

17 Q.   Okay, how about Aguascalientes?

18 A.   No.

19 Q.   And San Luis Potosi?

20 A.   That's correct.

21 Q.   Then any of these little small Provinces, Hidalgo, Mexico?

22      INTERPRETER SHEPARD:  Your Honor, may the interpreter

23 ask for repetition of the first one?

24      MR. GILBERT:  Hidalgo.

25      INTERPRETER SHEPARD:  May the interpreter request a

1  repetition of the second one?

2  BY MR. GILBERT:

3  Q.    Mexico?

4  A.    No.

5  Q.    But you did have the State of Veracruz under your control?

6  A.    Yes.

7  Q.    You had the State of Oaxaca.  How much of that did you

8  control?

9  A.    Half.

10  Q.    Okay.  Was it the eastern half?

11  A.    The part that boarders Veracruz and Chiapas.

12  Q.    Who controlled the other half?

13  A.    The Sinaloa Cartel.

14  Q.    Okay, Sinaloa is up here, right?

15  A.    That's correct.

16  Q.    You had all of Chiapas?

17  A.    Part of it, three quarters of Chiapas.

18  Q.    All right.  It would be the northern three quarters?

19  A.    A part, yes.

20  Q.    So if I draw a line here it would be about right?

21  A.    Yes.

22  Q.    All right.  Now you actually had influence in Guatemala as

23  well, right?

24  A.    That's correct.

25  Q.    Okay, but you didn't control all of Guatemala?

```
 1   A.    No.

 2   Q.    You shared that with the Yucatan Cartel?

 3   A.    No, with the Sinaloa.

 4   Q.    Now the Province of Campeche was under your control?

 5   A.    Yes.

 6   Q.    How about Yucatan?

 7   A.    No.

 8   Q.    And not Quintana Roo, correct?

 9         INTERPRETER SHEPARD:  Your Honor, may the interpreter

10   request repetition?

11         MR. GILBERT:  Certainly.

12   BY MR. GILBERT:

13   Q.    Not Quintana Roo?

14   A.    A small portion, almost nothing.

15   Q.    With respect to Quintana Roo the cartels basically agreed

16   to stay out of there in terms of their battles; is that right?

17   A.    Yes.

18   Q.    Because that's where Cancun is, Akuamal?

19         INTERPRETER SHEPARD:  May the interpreter request

20   repetition?

21         MR. GILBERT:  A-K-U-A-M-A-L.

22         THE WITNESS:  I don't know all of Cancun, but --

23   BY MR. GILBERT:

24   Q.    Well, but a lot of the mine ruins are there that the

25   tourists go to?
```

```
 1  A.   Yes.
 2  Q.   And certainly Cancun and the Island of Cozumel are very
 3  very popular with the tourists?
 4  A.   Yes.
 5  Q.   All right.  Just to be complete you also of course
 6  controlled Nuevo Leon and Tamaulipas, correct?
 7  A.   Nuevo Leon was divided in part.
 8  Q.   Who was it divided with?
 9  A.   With the Sinaloa Cartel.
10  Q.   They didn't have any part of Zacatecas, right?
11  A.   No.
12  Q.   And you told us that all of San Luis Potosi was under the
13  control of the Zetas?
14  A.   That's correct.
15  Q.   So where in Nuevo Leon would the Sinaloa Cartel operate?
16  A.   In a part.  I don't know the name, but it did have a
17  portion of Nuevo Leon.
18  Q.   Is that because the Zetas allowed them to do that as part
19  of an agreement?
20  A.   That's correct.
21  Q.   Let me ask you about the Province of Michoacan, did you
22  have any influence there?
23  A.   No.
24  Q.   Michoacan had its own cartel, right, the La Fadia Cartel?
25  A.   That's correct.
```

1  Q.   So when we were listening to calls that were talking about

2  people going to Michoacan to purchase marijuana, that would

3  have been done with the permission of the Michoacan Cartel?

4  A.   Yes.

5  Q.   All right.  Now you told us that you controlled, you were

6  the regional commander responsible for three quarters of the

7  area that I have tried to outline in blue?

8  A.   Yes.

9  Q.   And what parts did you control as the commander, the

10 regional commander?

11 A.   I was in Quintana, and then at the national level, all the

12 states.

13 Q.   So does that mean that everybody except Cuarenta and

14 Lazcano reported to you?

15 A.   That's correct.

16 Q.   Was there any part of this area that you did not have

17 control over?

18 A.   The Matamoros audits.

19 Q.   Who was in charge of that?

20 A.   The company's accountants.

21 Q.   All right.  When you were arrested the company had broken

22 up, correct?

23 A.   That's correct.

24 Q.   So when the, when the company broke up and the Gulf Cartel

25 and the Zetas went to war, did the Gulf Cartel still control

1   any land in Mexico?

2   A.   They were the same company.

3   Q.   Not in February 2010, right?

4   A.   Not after they broke up.

5   Q.   So what is not after?  The Gulf Cartel did not physically

6   control any land once the Gulf Cartel separated from the Zetas?

7   A.   It controlled part of the Tamaulipas border.

8   Q.   All right, would that be Matamoros?

9   A.   Matamoros, Reynosa, part of Miguel Aleman, Tampico.

10  Q.   That was essentially going back to your testimony when you

11  first started.  That's essentially where the company started

12  wasn't it?

13      I should say the Gulf Cartel started?

14  A.   That's correct.

15  Q.   All right.  I do want to talk a little bit about what you

16  mean by control of an area.  When it was not corrupted, the

17  Mexican Army greatly outnumbered the number of soldiers that

18  you had in the Zetas; is that correct?

19  A.   I don't understand the question.

20  Q.   All right.  If the Army decided they were going to launch

21  an operation against say a plaza that was under the control of

22  the Zetas, the Zetas wouldn't stop to try to fight the Army,

23  they would leave wouldn't they?

24  A.   That's correct.

25  Q.   And so the control that you're talking about is first of

1    all the control of the other criminal organizations?

2    A.   That's correct.

3    Q.   And you certainly would use bribery and intimidation to

4    get public officials to cooperate with you, so you didn't have

5    to fight with them?

6    A.   Partially.

7    Q.   Well, you told us when you took over I believe it was

8    Miguel Aleman from the Sinaloa Cartel you had a meeting with

9    all of the police officers and told them that you were in

10   charge now.

11       Do you remember telling us that?

12   A.   I never mentioned meeting with the Sinaloa Cartel.

13   Q.   I'm sorry, you misunderstood my question.

14       There came a time when you pushed the Sinaloa Cartel out of

15   the Miguel Aleman, right?

16   A.   That's correct.

17   Q.   And when you did that you then called a meeting with all

18   of the local law enforcement to tell them that you are now in

19   charge?

20   A.   That's correct.

21   Q.   And you would actually pay those police officers?

22   A.   That's correct.

23   Q.   But if they weren't going to cooperate with you, then you

24   would have them eliminated, right?

25   A.   That's correct.

1  Q.    The pay, especially for the local police in Mexico, is

2  really very low, isn't it?

3  A.    I don't know what you mean when you say very low.

4  Q.    A policeman, local policeman in Mexico doesn't make very

5  much money does he?

6  A.    That's correct.

7  Q.    How about the Army, was the Army well paid?

8  A.    It depends on if you're saying if they are well paid by

9  the organization, yes.

10  Q.    All right.  I meant, I didn't mean that but that's a

11  question I would have asked you.

12      The salary of a soldier in the Mexican Army is also not

13  very large; is that correct?

14  A.    No.

15  Q.    Meaning I'm incorrect or meaning that they don't get paid

16  very much money?

17  A.    No, they don't make much money being paid by the

18  Government.

19  Q.    And so if you had personal connections like Tocayo did

20  with the military you could also bribe them not to interfere

21  with your activities; is that correct?

22  A.    That's correct.

23  Q.    But the Mexican Government had troops, had soldiers that

24  were specially trained such as the unit you were in who were

25  suppose to be not suggestible to a bribe?

1  A.    That's correct.

2  Q.    One other thing that the Government did was they ran

3  prisons when they would capture people that had committed

4  crimes; is that correct?

5  A.    That's correct.

6  Q.    Now if in the case of Osiel Cardenas Guillen, he was a

7  very, very well known person when he was arrested; is that

8  correct?

9  A.    That's correct.

10  Q.    So there really wasn't a way to bribe the Mexican

11  Government to get him out of prison, correct?

12  A.    Correct.

13  Q.    Because that's why you were planning to break him out with

14  the mission you told us about with the three helicopters?

15  A.    That's correct.

16  Q.    But for people who were less notorious, you could pay

17  prison officials to move them to different prisons; is that

18  right, where the prisons were better?

19  A.    That's correct.

20  Q.    Because some prisons you could have an easier life in?

21  A.    That's correct.

22  Q.    And some of them that weren't high security prisons were

23  actually easier to escape from; isn't that also correct?

24  A.    That's correct.

25  Q.    So it wouldn't surprise you that someone might pay a bribe

1    to move an associate from one prison to a different prison?

2    A.    That's correct.

3    Q.    All right.  Before I go on to talk about the Gulf Cartel,

4    I want to ask you one other question about prisons.

5        What did the Zetas think 60 million dollars was going to do

6    to help Osiel in this country?

7    A.    I don't know, he just asked for them.

8    Q.    So he asked the Zetas to pull together 60 million dollars?

9    A.    That's correct.

10   Q.    And that buys a lot of chicken noodle soup to eat at

11   night, right?

12   A.    That's correct.

13   Q.    All right.  I want to talk about the Gulf Cartel for just

14   a moment.

15       Is it your testimony that anybody who was in the drug

16   business with the Gulf Cartel was a member of the Gulf Cartel?

17   A.    I didn't understand the question.

18   Q.    All right.  Let me ask it this way.  What did it take to

19   become a member of the Gulf Cartel?

20   A.    Belong to the cartel.

21   Q.    All right, was it easy to join?

22   A.    No.

23   Q.    All right.  Let me compare that to the Zetas.  I mean, you

24   had your own insignia that your unit would wear, correct?

25   A.    No.

1  Q.   Didn't we see a picture of what you said was the shield of

2  the Zetas?

3  A.   Yes, but the whole cartel used that, not just a unit.

4      For me when you say a unit, it could be just the armed

5  division.

6  Q.   Well, that's what I'm asking about.  The armed division

7  were the Zetas, correct?

8  A.   That's correct.

9  Q.   All right.  And you couldn't just walk up to somebody and

10 say I want to be in the Zetas, the armed force, correct?

11 A.   No.

12 Q.   You could?

13 A.   You could.

14 Q.   You continued over the years to be run the same way a

15 military unit would be and I'm just talking about the Zetas

16 now?

17 A.   That's correct.

18 Q.   All right.  But for people that wanted to join the Gulf

19 Cartel, all you really had to do was be willing to do business

20 with them; is that right?

21 A.   That's correct.

22 Q.   And the drug trafficking that you've explained to us that

23 the Gulf Cartel did happened with different types of

24 organizations; is that correct?

25 A.   I don't understand that question.

1    Q.    All right.  Let me start over again.  In some cases a

2    plaza boss would also have the responsibility of actually

3    sending drugs into the United States, correct?

4    A.    That's correct.

5    Q.    And you claimed that you yourself personally had drugs

6    cross into the United States?

7    A.    That's correct.

8    Q.    Some plaza bosses actually had connections in various

9    cities in the United States?

10   A.    That's correct.

11   Q.    But there were other people who would buy cocaine in

12   Mexico or buy marijuana in Mexico and they would ship it to the

13   United States through a plaza and as long as they paid the fees

14   to the plaza, then they could keep the profit they would make

15   if the drugs were brought into the United States?

16   A.    That's correct.

17   Q.    And there was, if you wanted to move drugs to the United

18   States, you needed the permission of the people whose territory

19   you were going to go through; is that correct?

20   A.    That's correct.

21   Q.    But there was no central place where people had to apply

22   to the Gulf Cartel as a whole in order to move drugs to the

23   United States?

24   A.    Could you repeat the question again?

25   Q.    Yes.  I'll try.

1       There was situations where -- well, I'm sorry, you did not

2   -- if you wanted to move drugs to the United States, you only

3   needed to coordinate with the plaza boss whose plaza you were

4   going through; is that correct?

5   A.   That's correct.

6   Q.   All right.  And so that's why we would hear calls that you

7   say involving one member of the Gulf Cartel complaining that

8   another member of the Gulf Cartel had not paid him because if

9   you weren't a plaza boss moving your own drugs and you had

10  drugs to sell, you might take your chances that someone would

11  pay you for the drugs after they moved them to the United

12  States, right?

13  A.   I'm not sure I understand the question.  Could you

14  rephrase it better, please?

15  Q.   All right, I will try.

16      If somebody was able to purchase some marijuana in Mexico

17  and they wanted to sell it to someone who was going to bring it

18  to the United States to make more money, that transaction could

19  happen without the approval of any plaza boss except the plaza

20  boss whose territory the shipment actually moved through?

21      Too complicated?  Let me withdraw the question and I'll

22  try to ask it again.  I recognize it was difficult especially

23  with the translation.  So I'll withdraw the question and ask it

24  a different way.

25      Different people in the Gulf Cartel could gain control of

1  drugs; is that right?

2  A.   That's correct.

3  Q.   It wasn't just the plaza bosses that had drugs, correct?

4  A.   The plaza bosses were the ones who had it, they were in

5  control.

6  Q.   So well, tell me what a polla is, P-O-L-L-A?

7  A.   A polla is something that's organized in order to move

8  marijuana or cocaine and it's something organized.  It could be

9  by the plaza commander with the permission of course of his

10 superior.

11 Q.   You know, I'll ask someone else these questions.  Let me

12 move on.

13    You said that there in a plaza you could have more than one

14 plaza boss; is that correct?

15 A.   That's correct.

16 Q.   But there would only be one military commander, correct?

17 A.   No.

18 Q.   So you would have situations where two military commanders

19 had the same command?

20 A.   I'm not sure what you're referring to by military.  I

21 don't know.

22    Since I was military, I thought you would be referring to

23 another person, but there could be two commanders for plaza

24 commanders in the same plaza area.

25 Q.   All right.  Well, for example, for a time you were a plaza

1  boss over Miguel Aleman, correct?

2  A.  That's correct.

3  Q.  And there were other members of the Gulf Cartel who were

4  plaza bosses in Miguel Aleman?

5  A.  That's correct.

6  Q.  Like Tres, Metro Tres?

7  A.  That's correct.

8  Q.  But when you left, another military person, Hummer, was

9  appointed to be the military commander in Miguel Aleman, right?

10  A.  For him to be the plaza commander, yes.

11  Q.  All right.  You, let's talk a little bit about you.  Let's

12  talk a little bit -- I'm sorry.

13     I want to talk a little bit about your career before you

14  deserted.  You joined the Army in '93?

15  A.  That's correct.

16  Q.  You were just a regular soldier?

17  A.  That's correct.

18  Q.  What was your rank, what was the rank when you were a

19  regular soldier?

20  A.  Regular soldier.

21  Q.  Okay, but then you joined the special forces in 1995?

22  A.  That's correct.

23  Q.  And what's the highest rank you achieved in the special

24  forces?

25  A.  Special Forces officer.

1    Q.    Does that mean like you were a lieutenant or captain?

2    A.    No.

3    Q.    Were you like a sergeant?

4    A.    Lower than a sergeant.

5    Q.    Now you only stayed in that special forces unit for two

6    years; is that right?

7    A.    That's correct.

8    Q.    And then you joined the, essentially the prosecutor's

9    office; is that correct?

10   A.    That's correct.

11   Q.    All right.  Did you retain your military rank?

12   A.    Yes.

13   Q.    Did you get promoted while you were working for the

14   prosecutor?

15   A.    No.

16   Q.    All right.  And what did you do for the prosecutor's

17   office?

18   A.    Seizures.

19   Q.    Were you also responsible for arresting people?

20   A.    Arrests, yes.

21   Q.    Now why was it that you left?

22   A.    I just left it, I didn't want to be there anymore, I

23   deserted.

24   Q.    Well, the decision to desert a military unit is not one

25   that's made easily is it?

1  A.   That's correct.

2  Q.   I mean, you had to think about that?

3  A.   That's correct.

4  Q.   It's a crime in the Mexican law to desert?

5  A.   That's correct.

6  Q.   So if you were captured you could be punished.  You had a

7  regular job, you were getting paid.  Did you leave for more

8  money?

9  A.   I didn't leave it for more money.

10  Q.   Okay.  Well, in order to have been selected in the special

11  forces, you must have shown great promise as a soldier, am I

12  right?

13  A.   That's correct.

14  Q.   And part of that had to be because you showed the attitude

15  that you wanted to be a good soldier, right?

16  A.   That's correct.

17  Q.   All right.  And then to be selected to work for the

18  prosecutor's office they had to see, they had to believe that

19  you would be someone they could trust; is that right?

20  A.   The entire group was commissioned for this.

21  Q.   I see, okay.  But they had invested a lot of time and

22  money in training you in all of these special military

23  operations?

24  A.   I don't know if they invested a lot of money.

25  Q.   Well, you were spending a lot of time training, you

1   weren't out on patrol.  But you were still drawing your salary

2   and you learned some very sophisticated military tactics,

3   didn't you?

4   A.   That's true.

5   Q.   So up until that time you had shown a desire to be a good

6   soldier?

7   A.   That's correct.

8   Q.   You had shown skill as a soldier?

9   A.   That's correct.

10  Q.   And then six years in you betray your country, why?

11  A.   I don't know, it's difficult to explain.  I don't know

12  what it's like in this country, but in my country you get to a

13  certain point and you can't go beyond that.  They just don't

14  let you continue on for reasons that they might know of but are

15  unknown to someone like me.

16  Q.   So you wanted more?

17  A.   Wanted more what?

18  Q.   Well, you wanted more money?

19  A.   When I was in the Army, no.

20  Q.   When you left the Army?

21  A.   Yes.

22  Q.   You wanted more responsibility?

23  A.   Responsibility like at any job you would have.

24  Q.   Well, not everybody wants more responsibility, but you

25  did.  You wanted to be the boss?

1   A.   I never thought I'd arrive where I am.

2   Q.   All right.  Well, let me talk then a little bit about your

3   career as a Zeta.  Arturo Guzman Decena recruited you to the

4   Zetas in 1999?

5   A.   That's correct.

6   Q.   And initially you were a bodyguard for Osiel?

7   A.   That's correct.

8   Q.   All right.  And about how long had you been working as a

9   Zeta when they recruited you to be in the squad that was going

10  to break Osiel out of prison?

11  A.   Approximately four years.

12  Q.   In those four years had you been anything besides a

13  bodyguard for Osiel?

14  A.   I had been an operative in Miguel Aleman.

15  Q.   Who was your commander then?

16  A.   La Chispa.

17  Q.   So after the attempt to break Osiel out of prison was

18  aborted or decided not to go forward, did you go back to Miguel

19  Aleman?

20  A.   That's correct.

21  Q.   All right.  When was it that you were asked to kill

22  Bettancourt's wife?

23  A.   I don't remember the date, but that's when I became, but

24  it was after I became a, he became a protected witness.

25  Q.   I understand.  He had been arrested, he decided to

1   cooperate with the Mexican Government.  He was a man that knew

2   a lot?

3   A.    That's correct.

4   Q.    So they wanted to silence him, but they couldn't reach him

5   directly so to send a message they killed his whole family?

6   A.    That's correct.

7   Q.    And that was suppose to include his wife too, right?

8   A.    Yes.

9   Q.    And they gave you the job to do that?

10  A.    That's correct.

11  Q.    Did they know that you were friends with Bettancourt and

12  his wife?

13  A.    Yes.

14  Q.    Did they know your wife and his wife were close friends?

15  A.    Yes.

16  Q.    So they expected you to follow orders?

17  A.    That's correct.

18  Q.    But you refused in that case, correct?

19  A.    I didn't refuse to do it.  Simply when the time came I

20  didn't do it.

21  Q.    And how is that refusing, how is that not refusing to do

22  what you were ordered to do?

23  A.    It depends on how you're phrasing it.  The question that

24  you're asking me here is different so I responded to that.

25  Q.    Okay, you were ordered to kill his wife and you did not?

```
1   A.   That's correct.

2   Q.   And you don't consider that --

3           THE COURT:  You are arguing with the witness about

4   refused, Mr. Gilbert, is that what we're discussing here?

5           MR. GILBERT:  Apparently.  I can take a hint and move

6   on.

7   BY MR. GILBERT:

8   Q.   Let's talk about what your role was in 2007 during the

9   phone calls that Mr. McCullough asked you to comment on.

10  A.   Okay.

11  Q.   What were you doing then?

12  A.   I was in Ciudad Nuevo.

13  Q.   But you had a supervisory responsibility for Miguel

14  Aleman?

15  A.   That's correct.

16  Q.   I mean, Hummer was the commander then, right?

17  A.   That's correct.

18  Q.   But Hummer reported to you?

19  A.   No.

20  Q.   Lazcano told you to keep an eye on Miguel Aleman?

21  A.   No.  I said that I would give reports on anything I saw

22  and what I heard was happening there.

23  Q.   So you volunteered to do that?

24  A.   No.

25  Q.   Were you asked to do that by Lazcano?
```

1   A.    No, Daniel Perez-Rojas asked me to do that.

2   Q.    That was Cachetes, right?

3   A.    That's correct.

4   Q.    Well, what was he doing there?

5         INTERPRETER SHEPARD:  The question again?

6   BY MR. GILBERT:

7   Q.    What was Cachetes doing that he could tell you what to do?

8   A.    He was the second in command of the organization.

9   Q.    It was in 2007 that you say that Aurelio Cano-Flores was

10  the plaza boss for Los Guerra; is that correct?

11  A.    That's correct.

12  Q.    Was it the whole time, all of 2007?

13  A.    Yes.

14        MR. GILBERT:  If I could ask the Clerk to hand

15  exhibit, what's been marked as Defense Exhibit 7 and 8 to the

16  witness.  I've given copies to the Government.

17  BY MR. GILBERT:

18  Q.    Sir, I'm going to first ask you about Defense Exhibit 7

19  for identification.  That's what appears to be a map of the

20  area showing Miguel Aleman and Los Guerra and the surrounding

21  area; is that correct?

22  A.    That's correct.

23  Q.    So is that a fair description of what a map of that area

24  would look like?

25  A.    It is.

1              MR. GILBERT:  Your Honor, I would move Defense

2    Exhibit 7 for identification into evidence.

3              MR. MCCULLOUGH:  I have no objection.

4         Ours aren't numbered, I'm not sure which one is 7.

5              MR. GILBERT:  The largest one.

6              MR. MCCULLOUGH:  No objection.

7              THE COURT:  Be admitted.

8         (Defense Exhibit Number 7 received into evidence.)

9    BY MR. GILBERT:

10   Q.   On the map it's called Guerra Los.  Is this the town right

11   there?

12   A.   Yes.

13   Q.   But that's the town that you say he was the plaza boss

14   for, right?

15   A.   That's correct.

16   Q.   And here, see that Miguel Aleman, that's the city where

17   you had been the commander?

18   A.   That's correct.

19   Q.   And in 2007 Hummer was the military commander of Miguel

20   Aleman?

21   A.   That's correct.

22   Q.   Was Los Guerra, was that considered part of Miguel Aleman?

23   A.   I don't understand your question.

24   Q.   Did it come under, did Los Guerra come under the command,

25   Hummer as the commander of Miguel Aleman?

```
 1  A.    Yes.

 2  Q.    I mean, he was not a commander that was operating without

 3  anybody over him except Cachetes and Lazcano, right?

 4  A.    That's correct.

 5  Q.    All right.  Sir, I'm going to ask you to look at what's

 6  been marked as Defense Exhibit 8 for identification.  It's what

 7  reports to be a map of Guerra Los and Tamaulipas.

 8      Does that, is that what it appears to be to you?

 9  A.    Yes.

10  Q.    So is that an accurate way that the little town is laid

11  out?

12  A.    Yes.

13              MR. GILBERT:  I move Defense Exhibit 8 into evidence.

14              MR. MCCULLOUGH:  No objection, Your Honor.

15              THE COURT:  Be admitted.

16      (Defense Exhibit Number 8 received in evidence.)

17  BY MR. GILBERT:

18  Q.    So that's the town, right?

19  A.    That's correct.

20  Q.    Lots of dirt roads?

21  A.    I don't understand.  No, there aren't many.

22  Q.    All right.  There's a few paved roads, right?

23  A.    Yes.

24  Q.    But not many, right?

25  A.    Most of them.
```

```
 1   Q.   Are, most of them are what?

 2   A.   Paved.

 3   Q.   All right.  Mr. Cano-Flores was not in the military, or is

 4   not part of the armed forces, right, of the Gulf Cartel?

 5   A.   No, he was a member.

 6   Q.   Member of what?

 7   A.   The Gulf Cartel.

 8   Q.   Not a member of the Zetas though, right?

 9   A.   No.

10   Q.   All right.  So would you call him a commander in Los

11   Guerra?

12   A.   Yes.

13   Q.   All right.  Well, yesterday Mr. McCullough was asking you

14   about the responsibilities of the commanders in the various

15   plazas, remember that?

16   A.   Yes.

17   Q.   They had to secure the roads, they were in charge of

18   sicarios, which means hit men?

19        If they took prisoners they got to help to decide whether

20   to kill them or not?

21   A.   They were responsible for it.

22   Q.   All right.  And this man you described as being passive

23   when you were talking to the Government?

24   A.   That's true.  I never saw him commit a crime like killing

25   a person or anything.
```

1  Q.   But he wasn't even an aggressive person, was he?

2  A.   Not with me.

3  Q.   They played a call, you heard him crying.  You heard Tres

4  telling him to grow a pair.

5  A.   I don't recall the precise terminology used in the call,

6  but I do remember Tres telling him that he had to have more

7  courage, not that he had to have more guts or grow a pair, but

8  that he needed to calm down and have more courage.

9     Because in the same call he says that he's out and says

10  Metro Tres be calm, I'll handle it.

11  Q.   All right.

12            THE COURT:  Counsel, is this a good place to take our

13  break?

14            MR. GILBERT:  Certainly, Your Honor, certainly.

15            THE COURT:  Okay, ladies and gentlemen, we're going

16  to take our 15 minute morning recess at this time.

17       If you'll retire to the jury room.

18            (Jurors excused at 10:50 a.m.)

19            (Witness excused.)

20            THE COURT:  Counsel, the Court will be in recess for

21  15 minutes.

22            (Morning recess taken.)

23            (Proceedings resumed at 11:25 a.m.)

24            (Witness resumes the stand.)

25            (Jury present.)

```
 1              THE COURT:  Mr. Gilbert, the jury has mentioned that
 2   they are having trouble seeing the map.  I'm not sure which map
 3   it is they're having trouble with seeing, but is there a way to
 4   blow it up or make it clearer?
 5              MR. GILBERT:  Well to be honest, Your Honor, I was
 6   moving on beyond that.
 7              THE COURT:  Okay.
 8              MR. GILBERT:  I wasn't going to, but of course
 9   they're exhibits.
10              THE COURT:  They're exhibits.  The jury will get a
11   chance to see them close up in the jury room.
12          Keep going, Mr. Gilbert.  You don't have to go back.
13   BY MR. GILBERT:
14   Q.   Sir, you told us early in your testimony that you use to
15   be a cocaine user?
16   A.   That's correct.
17   Q.   But you hadn't used in five years?
18   A.   That's correct.
19   Q.   So that would be early 2008?
20   A.   A lot earlier than that.
21   Q.   So how much earlier?
22   A.   I stopped like in 2003.
23   Q.   So that would be ten years, right?
24   A.   Yes.
25   Q.   You weren't using any crack cocaine during the 2007?
```

1    A.    No.

2    Q.    All right.  Sir, I want to talk about a different topic.

3    I want to pin down some numbers.

4        How many persons have you personally killed?

5    A.    About 20.

6    Q.    And how many persons have you directly ordered someone to

7    kill?

8    A.    Not directly but under orders from someone else, yes, I

9    have ordered that.

10    Q.    How many of those would there be?

11    A.    About ten.

12    Q.    How many of the people that you killed personally were

13    while you were actually serving in the Mexican Army?

14    A.    None.

15    Q.    Okay.  So all of them have been since you have been with

16    the Zetas?

17    A.    That's correct.  I did kill people while I was in the

18    Army, but that is apart from it, and you're asking me now when

19    I was in the cartel?

20    Q.    And that that's the 20 number, correct?

21    A.    That's correct.

22    Q.    All right.  Were any of those women?

23    A.    No.

24    Q.    Any of them children?

25    A.    No.

1  Q.   So there was never a time when you would kill an entire

2  family as punishment or discipline?

3  A.   No.

4  Q.   Sir, do you know a man by the name of Victor Jaimes Bahena

5  also known as Manuel Lopez-Jaimes, also known as Manolo?

6  A.   If, I don't know him by his name.  If you are speaking

7  about the same person I know him as Manolo.

8  Q.   Let me ask you this.  Does the Manolo that you are talking

9  about did you ever tell him stories about violent crimes that

10 you committed?

11 A.   I did not understand the question.

12 Q.   Well, I'll ask you directly.

13     Did you ever tell him about a family in Chena, a town in

14 Tamaulipas that you killed?

15 A.   No.

16 Q.   Didn't you have to kill somebody because the father had

17 lost some drugs?

18 A.   I have killed people because of drugs.

19 Q.   Okay.  I'm now talking about a family, a father, a mother

20 and a child?

21 A.   No.

22 Q.   And so you have never told Manolo that before you shot the

23 son you told the son you were going to kill him because

24 otherwise, he'd grew up and kill you?

25 A.   No.

1  Q.    Did you ever tell him that you had left some buckets at a

2  house he was building, that inside of the buckets were the

3  remains of other people?

4  A.    No.

5  Q.    So you never tried to intimidate him that way?

6  A.    No.

7  Q.    All right.  Is it true that you have committed acts of

8  violence against other members of the cartel?

9  A.    That's correct.

10  Q.    All right.  Who would those people have been, do you

11  remember their names?

12  A.    No.

13  Q.    Do you remember how many?

14  A.    No.

15  Q.    Is it because there's too many to remember?

16  A.    No, I don't know.

17  Q.    Well, did you ever discuss that with Mr. McCullough?

18  A.    Yes, I have.

19  Q.    Did you tell him the details?

20  A.    Yes, I have told him.

21  Q.    All right, well tell me now?

22  A.    I have been combat fighting against other cartels.  I have

23  been in cross fire.  And that is the situation when I was not

24  the only one shooting, there are many people that are along

25  with me are shooting.

1      So I cannot tell you how many people died due to the shots

2   that I fired or the shots that someone else fired.

3   Q.    Well, for example, you told us yesterday when you took

4   over in Coahuila, you executed a plaza boss because his

5   accounts were wrong, remember that?

6   A.    That's correct.

7   Q.    All right.  Was there more than one person that you had to

8   kill for discipline within the cartel?

9   A.    Yes.

10  Q.    So how many others?

11  A.    I don't remember.  I have killed about 20 people.

12  Q.    Well, I'm talking about people that you had executed, not

13  somebody you killed in combat?

14  A.    What I am telling you I have executed about 20 people.

15  Q.    All right.  Have you ever kidnapped and interrogated

16  suspected enemies of the Gulf Cartel?

17  A.    That's correct.

18  Q.    Did you kill them?

19  A.    Some.

20  Q.    Are they included in the 20?

21  A.    Yes.

22  Q.    So some of them are enemies of the cartel and some of them

23  were members of the cartel?

24  A.    That's correct.

25  Q.    All right.  Were there ever anybody that you kidnapped and

1  interrogated that you let go?

2  A.   Yes.

3  Q.   So about how many times did that happen?

4  A.   About five or six times.

5  Q.   But when you were interrogating them did you torture them?

6  A.   The ones that I let go, no.

7  Q.   All right.  Did you, the ones that you killed, did you

8  torture them before you killed them?

9  A.   Yes.

10 Q.   You told Mr. McCullough that you believe you profited from

11 your work for the Gulf Cartel in the amount of 50 million

12 dollars?

13 A.   That's correct.

14 Q.   How much of that do you have left?

15 A.   I couldn't tell you exactly, but enough to live

16 comfortably.

17 Q.   I believe you told us that you had money in storage in

18 Mexico?

19 A.   That's correct.

20 Q.   So where is it?

21 A.   In a safe box.

22 Q.   Where is the safe box?

23 A.   My house.

24 Q.   So your house was not searched when you were arrested?

25 A.   They did not arrest me at home.

```
 1   Q.   Well, all right.  Where did they arrest you anyway?

 2   A.   In a part of Mexico.

 3   Q.   What part of Mexico?

 4   A.   The capital city.

 5   Q.   I see, all right.  And how did you get captured?

 6   A.   There was an operation.

 7   Q.   A military operation?

 8   A.   Federal forces.

 9   Q.   Against you?

10   A.   That's correct.

11   Q.   What were you doing in Mexico?

12   A.   I was in transit to another state.

13   Q.   All right.  Do you plan to get that money back some day?

14   A.   What money are you talking about?

15   Q.   The money that you say is in a safe box in your house?

16   A.   It's in the house.

17   Q.   And nobody would come in your house and take it?

18   A.   That's correct.

19   Q.   All right.  Well, let's talk about your situation at the

20   time you were brought to the United States.  I suppose I should

21   ask first when were you arrested by the Mexican authorities?

22   A.   June 5th, 2011.

23   Q.   When were you brought to the United States?

24   A.   Like the 14th of September, the 19th of September,

25   something like that.
```

1  Q.   All right.  Now at the time you were caught in Mexico,

2  that got a lot of publicity, right?

3  A.   That's correct.

4  Q.   Because you were a very hated and feared man in Mexico?

5  A.   That's correct.

6  Q.   And your captures actually let you speak to the press when

7  you were arrested, right?

8  A.   No.

9  Q.   Was that before you came to the United States?

10  A.   What are you talking about?

11  Q.   There's a video interview of you, on U-tube when you were

12  arrested or before you came to the United States?

13  A.   That video just for you to know was before I was brought

14  to the press and it was done under torture and there was no

15  other person present to prove that it was illegally recorded

16  video.

17  Q.   Well, do you remember talking about the wars between the

18  cartels then?

19  A.   No, I don't remember the video clearly.

20  Q.   Do you remember saying that if someone betrays you once

21  they're likely to betray you again?

22  A.   If you're talking about the video, no.

23  Q.   Is that something you believe?

24  A.   It was under torture.

25  Q.   In the roughly three months of when you were in custody in

1  Mexico before they brought you here, you learned that there was

2  an indictment against you; is that correct?

3  A.    Yes.

4  Q.    Yes.  Because you were being extradited to the United

5  States, correct?

6  A.    That's correct.

7  Q.    All right.  And you had a chance to hire an American

8  lawyer to represent you once you got here?

9  A.    Yes.

10  Q.    So from that indictment you knew what it was that the

11  United States Government thought you had done?

12  A.    That's correct.

13  Q.    And you also knew what they thought Mr. Cano-Flores had

14  done because he's in the same indictment, correct?

15  A.    That's correct.

16  Q.    Now you knew that over the years a lot of people from the

17  Mexican cartels had been arrested and had gone to American

18  jails and prisons?

19  A.    Yes.

20  Q.    So you knew there were people in American jails all over

21  the Southwest part of our country who knew you and may be

22  willing to testify against you?

23  A.    I didn't know that, I supposed it.

24  Q.    In fact, when you got here to Washington, D.C., you found

25  that one of your junior commanders was actually already in jail

1  here, right?

2  A.    (No response.)

3  Q.    I'm talking about, I know you haven't answered, but I'm

4  talking about Julian Zapata Espinoza also known as Piolin.

5  A.    I didn't know he was here in Washington.  I knew that he

6  was in United States, that he had been extradited but I didn't

7  know where to.

8  Q.    But there was a time you saw him at the jail together,

9  right?

10  A.    Yep.

11  Q.    You knew what he was up here for, right?

12  A.    Yes.

13  Q.    It wasn't this case, right?

14  A.    That's correct.

15  Q.    Because he's up here because he's accused of murdering an

16  American agent, right?

17  A.    That's correct.

18  Q.    But even if Piolin was loyal to you, you knew that if

19  there were witnesses against Piolin, they would know who Mamito

20  was, right?

21  A.    Oh that's logical.  Of course they knew.

22  Q.    And then while you were up here your lawyer, as the law

23  allows, received evidence from the Government about what their

24  case against you was, right?

25  A.    Yes.

1  Q.    Lots of calls between you and Metro Tres?

2  A.    That's correct.

3  Q.    And so you came to the conclusion that you could not win

4  this case?

5  A.    That's correct.

6  Q.    And so let's talk about your situation and when you

7  realized that you couldn't win the case.  You knew that without

8  a plea that you were looking at life, possibility of life

9  without parole, right?

10         MR. MCCULLOUGH:  Your Honor, I object to the question

11  on the grounds that it's already been established that even

12  under the plea he's looking at the possibility of life without

13  parole and the question pre-supposes that he's not.

14         THE COURT:  I don't think the question pre-supposes

15  that.

16         MR. MCCULLOUGH:  He said he knew without a plea he

17  was facing the possibility of life without parole.  That's a

18  misstatement of the plea agreement.

19         MR. GILBERT:  No, no, it's not a misstatement of the

20  plea agreement.  I haven't gotten to the plea agreement yet.

21         THE COURT:  Why don't you just ask the question a

22  little differently and get to the same place.

23  BY MR. GILBERT:

24  Q.    Well, you knew that if you didn't plead guilty there was a

25  very good chance you would get life without parole; is that

1  correct?

2  A.   According to what I remember regarding my country's

3  extradition law, if I do not plead I can, I do not lose my

4  rights and I cannot get life in jail, and I cannot get the

5  death sentence either.

6  Q.   Okay.  So the plea agreement which has already been

7  admitted into evidence is something that your lawyer went over

8  with you very carefully, correct?

9  A.   Can you repeat the question again?

10  Q.   Yes.  The agreement before you signed it, you discussed it

11  with your lawyer, correct?

12  A.   That's correct.

13  Q.   All right.  And although the paper you signed is in

14  English, it was translated for you into Spanish, correct?

15  A.   That's correct.

16  Q.   And your lawyer is completely fluent in both English and

17  Spanish, correct?

18  A.   That's correct.

19  Q.   All right.  Now in the plea agreement it talks about how,

20  what will be considered when you get sentenced, correct?

21  A.   That's correct.

22  Q.   And in fact, when you did plead guilty the Judge asked you

23  whether that process had been explained to you and you said

24  yes, correct?

25  A.   That's correct.

1  Q.   All right.  So you knew that there was something that we

2  call the sentencing guidelines?

3  A.   I don't know the technical words for it, but yes.

4  Q.   All right.  Well, it was explained to you that there's

5  rules that the Judge is suppose to look at in helping in

6  deciding what the sentence will be, correct?

7  A.   That's correct.

8  Q.   All right.  And you also knew that the Judge, the Judge

9  didn't have to follow those guidelines?

10  A.   That's correct.

11  Q.   That there was some other factors that she was required to

12  consider?

13  A.   That's correct.

14  Q.   And as a result of considering all of those factors, the

15  Judge would and indeed still will give you a sentence, correct?

16  A.   That's correct.

17  Q.   So when you were deciding whether you wanted to accept

18  this plea agreement, you were considering how the sentencing

19  guidelines would work, were you not?

20  A.   That's correct.

21  Q.   I mean, you knew that just on the basis of the amount of

22  the drugs alone you were looking at a guideline range of about

23  20 years, right?

24  A.   I don't know.

25  Q.   Was this discussed with you?

1  A.    Yes --

2           MR. MCCULLOUGH:   Getting awfully close to attorney

3  client privilege, Judge.   The discussions with his attorney are

4  not something that we can go into here obviously.

5  BY MR. GILBERT:

6  Q.    Well, you told the Judge that you did understand these

7  things, right?

8  A.    That's correct.

9  Q.    All right.   When you consider the other factors like your

10 being a leader of the organization, about there being weapons,

11 about there being money laundering, about there being bribery,

12 you knew that would make the guidelines higher, right?

13 A.    That's correct.

14 Q.    And that didn't even count the murders, right?

15 A.    That's correct.

16 Q.    So you knew you would be at the top of the guidelines,

17 correct?

18 A.    That's correct.

19 Q.    Now as part of your agreement with the Government, they

20 have agreed to recommend that this top level be reduced some

21 just because you've pled guilty and saved them having to go to

22 trial, right?

23 A.    I pled guilty, yes, I did.

24 Q.    And you know that that itself will help reduce your

25 sentence some?

1  A.   That's correct.

2  Q.   All right.  And but you knew that there were things that

3  the Judge had to take into account in deciding whether that

4  guideline range was the right sentence for you, correct?

5  A.   No.

6  Q.   And indeed the Judge, whenever you're sentenced is going

7  to have to consider those other factors, right?

8  A.   I don't know.  The Judge is the one who makes the

9  decision.

10 Q.   That's right, but it was explained to you as part of the

11 agreement that there are factors that she has to take into

12 account.  She has to at least think about them in deciding what

13 the appropriate sentence is, right?

14 A.   That's correct.

15 Q.   Part of it is your personal history?

16 A.   That's correct.

17 Q.   And part of it is the nature of the offense and by your

18 own admission you're a cold blooded killer and brought just

19 tons and tons and tons of drugs into this country, so you know

20 that you'd like to get a little more help in getting a lower

21 sentence, right?

22 A.   That's correct.

23 Q.   And so that's why you looked to the Government?

24 A.   That's correct.

25 Q.   And so this agreement which the jury will get a copy of

1   has several things the Government has said they may consider

2   doing for you.  They haven't promised either, correct?

3   A.   That's correct.

4   Q.   All right.  But it's possible that they could file papers

5   that would let the Judge ignore the mandatory ten years?

6   A.   I don't know.

7   Q.   You don't know whether they could do that or you don't

8   know whether they are going to do that?

9   A.   I don't know if they will do it.

10      What I do know is that they're going to say everything I've

11  done, the good and the bad and then the Judge will make the

12  decision.

13  Q.   Well, they also, you understand that if they don't file

14  the paper that I was just talking about, the Judge has to give

15  you ten years, she has no choice?

16  A.   The Judge can sentence me to ten or more years, whatever

17  she believes.

18  Q.   And but if the Government files those papers, if she

19  thought it was right she could give you less than ten years,

20  right?

21  A.   I don't know that.

22  Q.   Do you know that the Government has the possibility of

23  filing papers that tells the Judge she's free to ignore these

24  sentencing guidelines?

25  A.   I don't know what you're referring to, but --

1  Q.   Well, let me ask you this question.  How much time you

2  spend in prison is important to you, correct?

3  A.   That's correct.

4  Q.   All right.  You've hired somebody you think is a very good

5  lawyer to help you understand this?

6  A.   That's correct.

7  Q.   The plea bargain that you signed talks about the very

8  things that I'm talking about, the types of papers the

9  Government could file?

10       MR. MCCULLOUGH:  Your Honor, I object on the ground

11  that it's vague, compound, asked and answered.

12       THE COURT:  I think it's a confusing question and so

13  I'll sustain the objection.

14       It doesn't mean that you can't rephrase, but let's hear

15  when you rephrase it whether it is something that's been asked

16  and answered.

17       MR. GILBERT:  All right.

18  BY MR. GILBERT:

19  Q.   The document that you signed saying you understood has

20  parts of it that talk about the papers the Government says they

21  might file, correct?

22  A.   Yes.

23  Q.   All right.  And you understood that as part of your

24  agreement, correct?

25  A.   That's correct.

1  Q.   All right.  So I want to talk then about cooperation.

2  That's the real heart of this agreement other than your

3  admitting what you've done?

4     The reality is that you have to answer any questions the

5  prosecutor ever asks you about this case.  I won't say ever.

6  During the pendency of this case, while this case is going on,

7  you have got to answer any questions that the Government wants

8  to ask you about this case or anything else?

9           MR. MCCULLOUGH:  Objection, can that be reduced to

10 one question?

11          THE COURT:  Overruled.

12          THE WITNESS:  That's correct.

13 BY MR. GILBERT:

14 Q.   All right.  And if you refused to do that, then you lose

15 the benefit of the agreement, correct?

16 A.   That's correct.

17 Q.   But an important part of this agreement is that the

18 Government only wants you to tell the truth, correct?

19 A.   That's correct.

20 Q.   Every time you meet with them they tell you they only want

21 you to tell them the truth?

22 A.   That's correct.

23 Q.   And if they think you haven't told them the truth, you

24 could lose the entire benefit of the agreement, right?

25 A.   That's correct.

1   Q.   And it's even worse because everything you've told them

2   they can introduce in a trial if you have to go to trial?

3   A.   That's correct.

4   Q.   So as we talk about what truth is from your perspective,

5   there's three things that have to happen.  First, what you say

6   can't be something that will be shown to be a lie?  So you have

7   to be careful about that don't you?

8   A.   That's correct.

9   Q.   Secondly, you know that what you say has to at least be

10  consistent with what you know they believe is the truth?

11          MR. MCCULLOUGH:  I object to the form of the

12  question, Your Honor.

13          THE COURT:  Let's see if the witness understands it.

14          THE WITNESS:  No.  I tell the truth and I don't know

15  if what I say is exactly what they have or not, but I tell the

16  truth.

17  BY MR. GILBERT:

18  Q.   But you know what it is that they believe is the truth,

19  don't you?

20  A.   Because what I'm saying is the truth.

21  Q.   Well, you've had a lot of meetings with them, right?

22  A.   That's correct.

23  Q.   And I'm going to ask you about that process in a minute.

24  But you're a smart man, correct?

25  A.   I don't know how smart, but --

1   Q.   Well, I understand the language can be difficult since I'm

2   speaking in English and you're understanding in Spanish.

3        You didn't get very far with formal education, did you?

4   A.   That's correct.

5   Q.   But you were running for the Gulf Cartel or for the Zetas

6   a huge section of Mexico, correct?

7   A.   For the cartel, yes.

8   Q.   All right.  So the other thing that you need to have

9   happen is that what you say has to be of assistance to the

10  Government, correct?

11  A.   That's correct.

12  Q.   Because the benefits come because you've assisted them,

13  not just told them what they already knew?

14  A.   That's correct.

15  Q.   And so let's talk a little bit about the process by which

16  you got onto the witness chair this week.  Now you first met

17  with the prosecutors or with I'm going to say, I can't tell the

18  initials, you first met with agents of the Government to

19  include agents and prosecutors on the 15th of September of last

20  year, right?

21             THE COURT:  Talking about the United States

22  Government?

23             MR. GILBERT:  Yes, yes.

24             THE WITNESS:  Yes.

25  BY MR. GILBERT:

1  Q.    And before you had that meeting your lawyer presented you

2  with a document to sign; is that correct?

3  A.    That's correct.

4        MR. GILBERT:    If I might ask the Clerk to hand

5  Defense Exhibit 9 for identification to the witness.

6  BY MR. GILBERT:

7  Q.    Mr. Aguilar, I understand that the document is in English,

8  but I would like to turn your attention to the last, the next

9  to last page, page 3.

10 A.    Yes.

11 Q.    And down at the bottom there is something that has been

12 written in by hand and it says I've had this agreement

13 explained to me in Spanish by my attorney.

14 A.    That's correct.

15 Q.    And it says that you've discussed it with your attorney

16 and you understand all of the terms?

17 A.    That's correct.

18 Q.    And that you entered into this agreement knowingly and of

19 your, and voluntarily, meaning your own choice.

20     Now that statement has your initials and Mr. Roch's

21 initials; is that correct?

22 A.    That's correct.

23 Q.    And then below are actually your signature and I guess his

24 signature.

25 A.    That's correct.

1  Q.   And above are the signatures of the people that you met

2  with on that day from the United States Government?

3  A.   That's correct.

4  Q.   This was a letter that was designed to give you some

5  protection while you talked to the Government about what you

6  had done?

7  A.   That's correct.

8  Q.   All right.  It said that anything that you told them they

9  wouldn't use as part of their case if you went to trial?

10  A.   That's correct.

11  Q.   But they did warn you that if you later testified to

12  something different than what you told them, they could use

13  that against you?

14  A.   That's correct.

15  Q.   And then you met with them on that day?

16  A.   Yes.

17  Q.   And you met with them on many other days?

18  A.   That's correct.

19  Q.   If you turn to the next page it has all of the other

20  different dates that you met with officials from the

21  Government?

22  A.   That's correct.

23  Q.   And your initials are there for each date?

24  A.   That's correct.

25  Q.   And you knew the same rules applied?

1          MR. GILBERT:  Your Honor, I would move Defense

2  Exhibit 9 into evidence.

3          MR. MCCULLOUGH:  Can I just see it?

4     (Pause.)

5     All right.  That's fine, no objection.

6          THE COURT:  Be admitted.

7     (Defense Exhibit No. 9 received into evidence.)

8  BY MR. GILBERT:

9  Q.   All right.  So Mr. Aguilar, you met with them on the 16th

10 of September, the first day was the 15th, right?

11 A.   The date here is the 16th.

12 Q.   Right, but the day, the date of the letter was the 15th,

13 and everybody signed it on that day?

14 A.   That's correct.

15 Q.   All right.  But then there was a, as we said a meeting on

16 the 16th which was the next day.  Then on the 17th, day after

17 that, so three days in a row.  Then you met with them again on

18 October 10th?

19 A.   Yes.

20 Q.   And the next day, 10/11/2012?

21 A.   Yes.

22 Q.   Then the 12th?

23 A.   Yes.

24 Q.   Then you took a break for a month and came back and met

25 with them again on November 13th?

1  A.    That's correct.

2  Q.    14th?

3  A.    Yes.

4  Q.    15th?

5  A.    Yes.

6  Q.    16th?

7  A.    Yes.

8  Q.    And then the last one on here is December 4th?

9  A.    Yes.

10  Q.    Now during all of these meetings were you ever asked to

11  sign any statements?

12  A.    No.

13  Q.    By statement I mean were you asked to sign anything about

14  what it is you did or anybody else did?

15  A.    No.

16  Q.    To the best of your knowledge you weren't being recorded

17  either your voice or your picture?

18  A.    That's correct.

19  Q.    And you were never even asked to agree with or to approve

20  any notes that any of the agents wrote?

21  A.    I don't understand that question.

22  Q.    Well, when you were meeting with these people they were

23  taking notes, right?

24  A.    That's correct.

25  Q.    But they weren't showing the notes to you?

1   A.    They were in English, there was a translator.

2   Q.    And the lawyers, some of the lawyers you were meeting with

3   spoke Spanish as well, right?

4   A.    My attorney did.

5   Q.    Yeah, but Mr. Torriente speaks Spanish, right?

6   A.    Yes.

7   Q.    Ms. Gohbar, prosecutor sitting in the back, she speaks

8   Spanish, right?

9   A.    Yes.

10  Q.    But the people whether they spoke English or Spanish they

11  weren't showing you what they had written and saying; is that

12  correct or not correct?

13  A.    (No response.)

14  Q.    So you don't know what they may have written down about

15  what you may have said?

16  A.    They were writing down what I was saying.

17  Q.    You don't know that though do you?  They were writing down

18  while you were talking?

19  A.    That's correct.

20  Q.    But you are only assuming that they were writing that down

21  correctly?

22  A.    That's correct.

23  Q.    All right.  You finally signed Government Exhibit 4, the

24  plea agreement on January 16th of this year?

25  A.    That's correct.

1  Q.   Although you didn't actually enter a guilty plea until the

2  31st of January.

3      All right, between December 4th which is the last date of a

4  meeting on the last page of Defense Exhibit 9 and the day you

5  signed your plea agreement, did you have meetings with the

6  Government?

7  A.   Yes.

8  Q.   All right.  Was anybody writing anything down then?

9  A.   Yes.

10  Q.   But they didn't show it to you?

11  A.   No.

12  Q.   You weren't being recorded?

13  A.   No.

14  Q.   You didn't sign any statements?

15  A.   No.

16  Q.   And then between the time you signed the plea agreement on

17  January 16th, and the day you pled guilty on January 13th, did

18  you have meetings with the Government?

19            INTERPRETER ESTRADA:  January 13th?

20            MR. GILBERT:  No.  If I said 13th I misspoke.

21            INTERPRETER ESTRADA:  Yes.

22  BY MR. GILBERT:

23  Q.   January 31st?

24  A.   Yes.

25  Q.   And about how many meetings did you have then?

1  A.   I don't know but there were several.

2  Q.   All right.  In that period of time same questions, you

3  didn't sign any statement?

4  A.   No.

5  Q.   Weren't recorded?

6  A.   No.

7  Q.   Nobody showed you what they'd been writing down?

8  A.   No.

9  Q.   Now how about after you pled guilty on the 31st of

10 January, about two weeks ago?  Have you still had meetings with

11 the Government?

12 A.   Yes.

13 Q.   Because they were getting you ready to testify, correct?

14 A.   Talking about the case, yes.

15 Q.   Did they tell you what was going to be happening in the

16 courtroom?

17 A.   I don't understand that question.

18 Q.   Did they tell you the process that was going to happen

19 here in the courtroom?

20 A.   Yes.

21 Q.   Did they explain that I would be asking you questions?

22 A.   Yes.

23 Q.   What did they tell you about me?

24           MR. MCCULLOUGH:  Objection, Your Honor.

25           MR. GILBERT:  Never mind, I'll withdraw.

```
 1                MR. MCCULLOUGH:  If he wants to know.

 2                MR. GILBERT:  I'll withdraw the question.

 3                THE COURT:  Why don't you ask Mr. McCullough later,

 4   see what answer you get.

 5   BY MR. GILBERT:

 6   Q.   All right.  If you can give me a few moments, I can come

 7   to what I think is a good stopping point.

 8                THE COURT:  Okay.  I was going to ask you, your

 9   stopping point before lunch meaning you're going to resume

10   after lunch?

11                MR. GILBERT:  I would, Your Honor.  I think I can

12   estimate at this point that I will not use the entire day, but

13   there will be a segment after lunch that I will need to --

14                THE COURT:  That's fine.  Why don't you go on until

15   you reach a stopping point and then we will recess for lunch.

16                MR. GILBERT:  All right.

17   BY MR. GILBERT:

18   Q.   Going back to my question though about what you were

19   learning.  You could tell from their questions what they were

20   interested in and what they thought was important; is that

21   correct?

22   A.   Yes.

23   Q.   All right.  Because particularly once you signed the plea

24   agreement it was no longer going to be about you, it was going

25   to be about your testimony against Mr. Cano-Flores?
```

1  A.    I don't understand that question.

2  Q.    Well, going back to the beginning September of last year,

3  they wanted to know what you'd done as well, right?

4  A.    That's correct.

5  Q.    All right.  But once, once you got to the point where you

6  decided you were going to sign this plea agreement and hoped

7  that they would help you with the Judge, at that point the

8  focus was on how you could help them, how you could be a

9  witness against Mr. Cano-Flores?

10 A.    That's correct.

11 Q.    Because you had already made your choice to plead guilty?

12 A.    That's correct.

13 Q.    So they showed you photographs?

14 A.    That's correct.

15 Q.    Many of whom you've identified in court over the course of

16 your testimony?

17 A.    That's correct.

18 Q.    They played you phone calls, many of whom they played for

19 you while you've been testifying?

20 A.    That's correct.

21 Q.    So you knew that these were important to the Government;

22 is that correct?

23 A.    Yes.

24        MR. GILBERT:  Your Honor, this would be as good a

25 place as any.

1           THE COURT:  Well, timing is pretty perfect.

2           And okay, ladies and gentlemen, we're going to break for

3  lunch and I'll see you back here at two.  And as you've already

4  heard, we probably will not go the full afternoon.  We can't

5  tell you now how early you'll be recessing unless you express

6  great regret to me about not staying until the very bitter end

7  of Friday afternoon.  If I hear that we'll reconsider, but

8  assuming that I won't, we'll let you know sort of an estimate.

9  Anyway, we'll see you back here at two.

10          Remember, not to discuss the case amongst yourselves or

11 with anyone else.  You may retire to the jury room.

12          (Jurors excused at 12:30 p.m.)

13          Counsel, if you'll wait a moment.

14          Two things:  Any estimate, any feelings you have about

15 how long it will be?

16              MR. GILBERT:  Two witnesses.

17              MR. MCCULLOUGH:  Can we take him out?

18          (Defendant leaves courtroom.)

19          MR. GILBERT:  No, that's all right.  I can say what

20 I, I'm going to do at this point, there's just a couple of

21 questions and then really I do want to talk about some of the

22 calls.

23              THE COURT:  Okay.  Are you going to have to play them

24 again?

25              MR. GILBERT:  One of the things, let me, let the

1  witness leave, get his lunch.

2      I think that what I just prefer to do is use the

3  transcripts.  If the books can be available.

4      (Witness excused.)

5          THE COURT:  I think they're still available, right?

6          MR. GILBERT:  I can't see them from here so I don't

7  know that.

8          THE COURT:  I think they are.  We'll make sure they

9  are.

10          MR. GILBERT:  I'm pretty confident that little would

11  be gained by going through every call.

12          THE COURT:  Thank you for that, Mr. Gilbert.

13          MR. GILBERT:  But there are some I obviously simply

14  have to do.

15          THE COURT:  Sure, sure.

16      Okay.  There's one other matter I'd like to do.  So what

17  do you think an hour, two hours, what do you think?

18          MR. GILBERT:  I imagine --

19          THE COURT:  I'm not going to hold you to it.

20          MR. CRAWLEY:  No, no, I understand.  I would think to

21  the afternoon break.  It might be a tad longer but maybe not

22  the rest of the afternoon.

23          THE COURT:  Okay.  I've given you the letter that we

24  received.  Is it Juror Number 7?

25          THE DEPUTY CLERK:  13.

1        MR. MCCULLOUGH:  13.

2        THE COURT:  Which seat is it?

3        THE DEPUTY CLERK:  She's in seat number 13.  It's

4   next to the, next to the last seat on the right.

5        THE COURT:  Okay, I was going to, I just want to

6   suggest a couple of things to you and see how you feel about

7   it.

8        One is I was going to suggest to talk to her and tell

9   her the case is not going to take four weeks which I think

10  would be unkind to keep her here for four weeks either using up

11  her vacation time or not getting paid.  See how she felt about

12  it.

13       I would also consider giving a call to her employer, but

14  I want to see how she feels about that.  And I don't know if

15  counsel want to be there when I talk to her.

16       What do you think?

17       MR. MCCULLOUGH:  Judge, the Government would defer to

18  your discretion in the matter.

19       THE COURT:  Okay.

20       MR. MCCULLOUGH:  I don't know that we need to be

21  there with her, I don't feel a need to be there when you're

22  discussing it with her.  Obviously, we are concerned about the

23  situation any time that this happens.  I don't know that there

24  is an easy fix.

25       I think that we're going to come in under the four week

1  mark.  We are certainly going to finish the evidence next week

2  and we don't know what will follow after that.

3          THE COURT:  Are you sure you're going to finish next

4  week?

5          MR. MCCULLOUGH:  I'm confident, I'm relatively

6  confident that we'll finish next week.  Unless Mr. Gilbert's

7  cross rattles on beyond all measure.

8          MR. GILBERT:  It will be beyond all measure.

9          THE COURT:  And he has not been rattling so I think

10 we can probably expect a reasonable cross.

11          MR. GILBERT:  I understand the delicate nature of

12 this and I am inclined to give deference to the Court.  But I

13 do think it's appropriate for us to be present.

14      What I would suggest you do is just bring her in, sit

15 her casually in the very first seat in the jury box and have

16 the conversation with her, but I think it does have to be on

17 the record.

18          THE COURT:  Oh, sure.  It will be on the record.

19          MR. GILBERT:  And I think that's the sort of thing

20 that the parties should be present for.

21          THE COURT:  Okay.

22          MR. GILBERT:  Particularly if you're going to turn

23 around and ask us if we have an objection to what you might

24 decide to do.

25          THE COURT:  I probably won't bring her in the room.

1  I'll probably do it the way we did our jury impaneling; namely

2  in a jury room, so she doesn't feel quite on the spot.  I

3  always feel that jurors feel awkward coming into a large

4  courtroom and talking in front of everyone.

5      I don't think that the defendant needs to be here for

6  that, for my just finding out how she would feel about staying

7  on another week.  We can do that I think.

8      Do you?  Does the defendant think?

9          MR. GILBERT:  Well, I haven't discussed it with him.

10  But I'm frankly always reluctant to waive a defendant's

11  presence since I had a case overturned once for doing that,

12  many years ago.

13      I'll defer to the Court.  I do think since I've had it

14  happen before, generally just having them come in in that

15  corner seat isn't nearly as intimidating.

16          THE COURT:  Well, let me decide.

17      Meanwhile, let's have some lunch.

18      I assume if Mr. Gilbert is going to be there, Mr.

19  McCullough, you'll change your opinion about whether you're

20  going to be there?

21          MR. MCCULLOUGH:  Obviously, if Mr. Gilbert is going

22  to be there, I will have to be there.  Again, I'll do it

23  whatever way you think is best to handle the situation.

24          THE COURT:  Okay.

25          (Luncheon recess at 12:35 p.m.)

```
 1                        I-N-D-E-X

 2                              Direct  Cross  Redirect  Recross

 3  On behalf of the Government:

 4     Jesus Enrique Rejon Aguilar

 5        By Mr. Gilbert                2

 6

 7

 8                      E-X-H-I-B-I-T-S

 9                              Marked      Received

10  On behalf of the Defense:

11  Defense Exhibit No. 7                     27

12  Defense Exhibit No. 8                     28

13  Defense Exhibit No. 9                     53

14

15

16

17

18

19

20

21

22

23

24

25
```

CERTIFICATE

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages, of the stenographic notes provided to me by the United States District Court, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____          _____

/s/Crystal M. Pilgrim, RPR                Date: February 17, 2013

'93 [1]   19/14

−

--------------------------
 1/7

/

/s/Crystal [1]   66/12

0

08-57-16 [1]   1/3

1

10/11/2012 [1]   53/20
10:50 [1]   30/18
10th [1]   53/18
11:25 [1]   30/23
12:30 [1]   60/12
12:35 [1]   64/25
12th [1]   53/22
13 [3]   61/25 62/1 62/3
1360 [1]   1/18
13th [4]   53/25 56/17
 56/19 56/20
145 [1]   1/12
14th [2]   37/24 54/2
15 [3]   1/5 30/16 30/21
15th [4]   50/19 53/10
 53/12 54/4
16 [1]   1/3
16th [6]   53/9 53/11 53/16
 54/6 55/24 56/17
17 [1]   66/12
17th [1]   53/16
1995 [1]   19/21
1999 [1]   23/4
19th [1]   37/24

2

20 [6]   32/5 32/20 35/11
 35/14 35/20 43/23
20001 [1]   1/22
20004 [1]   1/16
2003 [1]   31/22
2007 [5]   25/8 26/9 26/12
 27/19 31/25
2008 [1]   31/19
2010 [1]   10/3
2011 [2]   4/10 37/22
2012 [1]   53/20
2013 [2]   1/5 66/12
20530 [1]   1/13
22101 [1]   1/18
27 [1]   65/11
28 [1]   65/12

3

31st [3]   56/2 56/23 57/9
333 [1]   1/21

4

4th [2]   54/8 56/3

5

50 [1]   36/11
53 [1]   65/13
5th [1]   37/22

6

60 [2]   14/5 14/8

601 [1]   1/15
9

900 [1]   1/16
9:35 [1]   1/5

A−x [1]

A-K-U-A-M-A-L [1]   7/21
a.m [4]   1/5 1/8 30/18
 30/23
ability [1]   66/3
able [1]   17/16
aborted [1]   23/18
about [90]
above [3]   52/1 66/3 66/6
accept [1]   43/17
According [1]   42/2
account [2]   45/3 45/12
accountants [1]   9/20
accounts [1]   35/5
accurate [1]   28/10
accused [1]   40/15
achieved [1]   19/23
action [2]   66/8 66/10
activities [1]   12/21
acts [1]   34/7
actually [12]   4/7 6/22
 11/21 13/23 16/2 16/8
 17/20 32/13 38/6 39/25
 51/23 56/1
Acuna [2]   5/9 5/10
admission [1]   45/18
admitted [4]   27/7 28/15
 42/7 53/6
admitting [1]   48/3
after [10]   10/4 10/5
 17/11 23/17 23/24 53/16
 57/9 58/10 58/13 63/2
afternoon [4]   60/4 60/7
 61/21 61/22
again [10]   16/1 16/24
 17/22 26/5 38/21 42/9
 53/17 53/25 60/24 64/22
against [11]   10/21 34/8
 34/22 37/9 39/2 39/22
 40/19 40/24 52/13 58/25
 59/9
agent [1]   40/16
agents [3]   50/18 50/19
 54/20
aggressive [1]   30/1
ago [2]   57/10 64/12
agree [1]   54/19
agreed [2]   7/15 44/20
agreement [23]   8/19 41/18
 41/20 41/20 42/6 42/10
 42/19 43/18 44/19 45/11
 45/25 47/24 48/2 48/15
 48/17 48/24 51/12 51/18
 55/24 56/5 56/16 58/24
 59/6
Aguascalientes [1]   5/17
AGUILAR [5]   2/9 2/12 51/7
 53/9 65/4
aided [1]   1/24
Akuama [1]   7/18
Aleman [15]   10/9 11/8
 11/15 19/1 19/4 19/9
 23/14 23/19 25/14 25/20
 26/20 27/16 27/20 27/22
 27/25

all [107]
allowed [1]   8/18
allows [1]   40/23
almost [1]   7/14
alone [1]   43/22
along [1]   34/24
already [6]   39/25 41/11
 42/6 50/13 59/11 60/3
also [15]   2/18 4/24 8/5
 12/12 12/20 13/23 16/2
 20/19 33/5 33/5 39/13
 40/4 43/8 46/13 62/13
although [2]   42/13 56/1
always [2]   64/3 64/10
am [6]   21/11 23/1 35/14
 63/12 66/7 66/9
AMERICA [1]   1/3
American [4]   39/7 39/17
 39/20 40/16
amongst [1]   60/10
amount [2]   36/11 43/21
another [5]   17/8 18/23
 19/8 37/12 64/7
answer [3]   48/4 48/7 58/4
answered [3]   40/3 47/11
 47/16
any [23]   5/21 8/10 8/22
 9/16 10/1 10/6 17/19
 22/23 31/25 32/22 32/24
 48/4 48/7 54/11 54/20
 54/20 56/14 57/3 59/25
 60/14 60/14 62/23 66/8
anybody [6]   3/20 14/15
 28/3 35/25 54/14 56/8
anymore [1]   20/22
anyone [1]   60/11
anything [7]   23/12 25/21
 29/25 48/8 52/8 54/13
 56/8
anyway [2]   37/1 60/9
apart [1]   32/18
Apparently [1]   25/5
APPEARANCES [1]   1/10
appears [2]   26/19 28/8
applied [1]   52/25
apply [1]   16/21
appointed [1]   19/9
appropriate [2]   45/13
 63/13
approval [1]   17/19
approve [1]   54/19
Approximately [1]   23/11
are [32]   7/24 8/2 11/18
 12/8 22/14 25/3 29/1 29/1
 31/2 33/6 33/8 34/24
 34/24 34/25 35/20 35/22
 37/14 38/10 44/3 45/11
 46/8 51/23 52/1 52/23
 55/20 60/23 61/8 61/9
 61/13 62/22 63/1 63/3
area [8]   5/6 9/7 9/16
 10/16 18/24 26/20 26/21
 26/23
aren't [2]   27/4 28/21
arguing [1]   25/3
armed [4]   15/4 15/6 15/10
 29/4
Army [11]   10/17 10/20
 10/22 12/7 12/7 12/12
 19/14 22/19 22/20 32/13
 32/18

**A** Case 1:08-cr-00057-BJR

around [1]   63/23
arrest [2]   36/25 37/1
arrested [9]   4/10 9/21
 13/7 23/25 36/24 37/21
 38/7 38/12 39/17
arresting [1]   20/19
Arrests [1]   20/20
arrive [1]   23/1
Arturo [1]   23/3
as [34]   6/22 8/18 9/9
 12/24 16/13 16/13 16/22
 21/11 22/8 23/3 23/8
 26/15 27/25 28/6 29/22
 33/2 33/5 33/5 33/7 40/4
 40/22 43/14 44/19 45/10
 47/23 49/4 52/9 53/15
 55/3 59/3 59/24 59/25
 60/3 64/15
ask [22]   2/15 5/23 8/21
 14/4 14/18 17/22 17/23
 18/11 26/14 26/18 28/5
 33/8 33/12 37/21 41/21
 47/1 48/8 49/23 51/4 58/3
 58/8 63/23
asked [13]   12/11 14/7
 14/8 23/21 25/9 25/25
 26/1 42/22 47/11 47/15
 54/10 54/13 54/19
asking [5]   15/6 24/24
 29/13 32/18 57/21
asks [1]   48/5
assistance [1]   50/9
assisted [1]   50/12
associate [1]   14/1
assume [1]   64/18
assuming [2]   55/20 60/8
attempt [1]   23/17
attention [1]   51/8
attitude [1]   21/14
attorney [5]   44/2 44/3
 51/13 51/15 55/4
audits [1]   9/18
AURELIO [2]   1/5 26/9
authorities [1]   37/21
available [2]   61/3 61/5
Ave [1]   1/15
Avenue [1]   1/21
awfully [1]   44/2
awkward [1]   64/3

**B**

B-R-U-J-O [1]   3/20
back [10]   10/10 23/18
 31/12 37/13 53/24 55/7
 58/18 59/2 60/3 60/9
bad [1]   46/11
Bahena [1]   33/4
BARBARA [1]   1/9
bargain [1]   47/7
based [1]   4/4
basically [1]   7/15
basis [1]   43/21
battles [1]   7/16
be [77]
became [4]   3/2 23/23
 23/24 23/24
because [27]   2/22 4/1
 7/18 8/18 13/13 13/20
 17/8 21/14 30/9 33/16

Downloaded 33/23 34/15 35/4 10/10
 38/4 39/4 39/14 40/15
 40/15 44/21 49/1 49/20
 50/12 50/12 57/13 58/23
 59/11
become [1]   14/19
been [25]   4/16 9/3 21/10
 23/8 23/12 23/14 23/25
 26/15 27/17 28/6 32/15
 32/15 34/10 34/22 34/23
 39/17 40/6 41/11 42/6
 42/23 47/15 51/11 57/7
 59/19 63/9
before [14]   1/9 2/14 14/3
 19/13 33/22 36/8 38/9
 38/12 38/13 39/1 42/10
 51/1 58/9 64/14
beginning [1]   59/2
behalf [2]   65/3 65/10
being [9]   12/17 29/22
 39/4 44/10 44/10 44/11
 44/11 54/16 56/12
believe [8]   4/16 11/7
 21/18 36/10 36/17 38/23
 49/10 49/18
believes [1]   46/17
Belong [1]   14/20
below [1]   51/23
benefit [2]   48/15 48/24
benefits [1]   50/12
besides [1]   23/12
best [3]   54/16 64/23 66/3
betray [2]   22/10 38/21
betrays [1]   38/20
Bettancourt [1]   24/11
Bettancourt's [1]   23/22
better [2]   13/18 17/14
between [4]   38/17 41/1
 56/3 56/16
beyond [4]   22/13 31/6
 63/7 63/8
bit [7]   2/15 10/15 19/11
 19/12 19/13 23/2 50/15
bitter [1]   60/6
Bldg [1]   1/16
blooded [1]   45/18
blow [1]   31/4
blue [1]   9/7
boarders [1]   6/11
bodyguard [2]   23/6 23/13
books [1]   61/3
border [1]   10/7
boss [11]   16/2 17/3 17/9
 17/19 17/20 18/14 19/1
 22/25 26/10 27/13 35/4
bosses [4]   16/8 18/3 18/4
 19/4
both [1]   42/16
bottom [1]   51/11
box [4]   36/21 36/22 37/15
 63/15
break [7]   13/13 23/10
 23/17 30/13 53/24 60/2
 61/21
bribe [4]   12/20 12/25
 13/10 13/25
bribery [2]   11/3 44/11
Bridge [1]   1/18
bring [3]   17/17 63/14
 63/25
broke [2]   9/24 10/4

broken [1]   3/20
brought [6]   16/15 37/20
 37/23 38/13 39/1 45/18
Brujo [1]   3/20
buckets [2]   34/1 34/2
building [1]   34/2
business [2]   14/16 15/19
buy [2]   16/11 16/12
buys [1]   14/10

**C**

Cabellero [1]   3/4
Cachetes [3]   26/2 26/7
 28/3
call [8]   3/20 29/10 30/3
 30/5 30/9 43/2 61/11
 62/13
called [4]   2/23 3/4 11/17
 27/10
calls [6]   9/1 17/6 25/9
 41/1 59/18 60/22
calm [2]   30/8 30/10
came [6]   11/14 24/19 38/9
 38/12 41/3 53/24
Campeche [1]   7/4
can [17]   25/5 42/3 42/9
 44/4 46/16 48/9 49/2 50/1
 53/3 58/6 58/6 58/11
 60/17 60/19 61/3 63/10
 64/7
can't [6]   22/13 47/14
 49/6 50/17 60/4 61/6
Cancun [3]   7/18 7/22 8/2
cannot [3]   35/1 42/4 42/4
CANO [7]   1/5 2/17 26/9
 29/3 39/13 58/25 59/9
CANO-FLORES [3]   1/5 26/9
 58/25
capital [1]   37/4
captain [1]   20/1
capture [1]   13/3
captured [2]   21/6 37/5
captures [1]   38/6
Cardenas [1]   13/6
care [2]   2/22 3/6
career [2]   19/13 23/3
careful [1]   49/7
carefully [1]   42/8
cartel [41]   5/7 6/13 7/2
 8/9 8/15 8/24 8/24 9/3
 9/24 9/25 10/5 10/6 10/13
 11/8 11/12 11/14 14/3
 14/13 14/16 14/16 14/19
 14/20 15/3 15/19 15/23
 16/22 17/7 17/8 17/25
 19/3 29/4 29/7 32/19 34/8
 35/8 35/16 35/22 35/23
 36/11 50/5 50/7
cartels [4]   7/15 34/22
 38/18 39/17
case [16]   2/14 13/6 24/18
 40/13 40/24 41/4 41/7
 48/5 48/6 48/6 48/8 52/9
 57/14 60/10 62/9 64/11
cases [1]   16/1
casually [1]   63/15
caught [1]   38/1
central [1]   16/21
certain [1]   22/13
certainly [6]   7/11 8/2
 11/3 30/14 30/14 63/1

Case 1:08-cr-00057-BJR    Document 142    Filed 04/10/19    Page 69 of 79

**C**

CERTIFICATE [1]   66/1
certify [2]   66/2 66/7
Chain [1]   1/18
chair [1]   50/16
chance [3]   31/11 39/7
 41/25
chances [1]   17/10
change [1]   64/19
charge [4]   9/19 11/10
 11/19 29/17
Chena [1]   33/13
Chiapas [3]   6/11 6/16
 6/17
chicken [1]   14/10
child [1]   33/20
children [1]   32/24
Chispa [1]   23/16
choice [3]   46/15 51/19
 59/11
cities [1]   16/9
city [2]   27/16 37/4
Ciudad [3]   5/9 5/10 25/12
civilian [2]   4/22 4/23
claimed [1]   16/5
clearer [1]   31/4
clearly [1]   38/19
Clerk [2]   26/14 51/4
client [1]   44/3
close [3]   24/14 31/11
 44/2
Coahuila [2]   5/11 35/4
cocaine [4]   16/11 18/8
 31/15 31/25
cold [1]   45/18
COLUMBIA [2]   1/1 1/21
combat [2]   34/22 35/13
come [7]   27/24 27/24
 37/17 50/12 58/6 62/25
 64/14
comfortably [1]   36/16
coming [1]   64/3
command [3]   18/19 26/8
 27/24
commander [14]   9/6 9/9
 9/10 18/9 18/16 19/9
 19/10 23/15 25/16 27/17
 27/19 27/25 28/2 29/10
commanders [5]   18/18
 18/23 18/24 29/14 39/25
comment [1]   25/9
commissioned [1]   21/20
commit [1]   29/24
committed [3]   13/3 33/10
 34/7
company [4]   9/21 9/24
 10/2 10/11
company's [1]   9/20
compare [1]   14/23
complaining [1]   17/7
complete [1]   8/5
completely [1]   42/16
complicated [1]   17/21
compound [1]   47/11
computer [1]   1/24
computer-aided [1]   1/24
concerned [1]   62/22
conclusion [1]   41/3
confident [3]   61/10 63/5
 63/6
confusing [1]   47/13
connections [2]   12/19
 16/8
consider [6]   25/2 43/12
 44/9 45/7 46/1 62/13
considered [2]   27/22
 42/20
considering [2]   43/14
 43/18
consistent [1]   49/10
Constitution [1]   1/21
continue [1]   22/14
continued [1]   15/14
control [15]   6/5 6/8 6/25
 7/4 8/13 9/9 9/17 9/25
 10/6 10/16 10/21 10/25
 11/1 17/25 18/5
controlled [6]   5/6 5/8
 6/12 8/6 9/5 10/7
conversation [1]   63/16
cooperate [3]   11/4 11/23
 24/1
cooperation [1]   48/1
coordinate [1]   17/3
copies [1]   26/16
copy [1]   45/25
corner [1]   64/15
correct [230]
correctly [1]   55/21
corrupted [1]   10/16
could [28]   12/20 13/16
 13/20 15/4 15/12 15/13
 16/14 16/24 17/13 17/18
 17/25 18/8 18/13 18/23
 21/6 21/19 26/7 26/14
 41/3 46/4 46/7 46/19 47/9
 48/24 52/12 58/19 59/8
 59/8
couldn't [4]   15/9 24/4
 36/15 41/7
counsel [5]   30/12 30/20
 60/13 62/15 66/7
count [1]   44/14
country [6]   14/6 22/10
 22/12 22/12 39/21 45/19
country's [1]   42/2
couple [2]   60/20 62/6
courage [2]   30/7 30/8
course [5]   8/5 18/9 31/8
 40/21 59/15
court [9]   1/1 1/19 1/20
 1/20 30/20 59/15 63/12
 64/13 66/5
courtroom [4]   57/16 57/19
 60/18 64/4
Cozumel [1]   8/2
CR [1]   1/3
crack [1]   31/25
crime [2]   21/4 29/24
crimes [2]   13/4 33/9
criminal [1]   11/1
cross [6]   2/10 16/6 34/23
 63/7 63/10 65/2
crying [1]   30/3
CRYSTAL [2]   1/19 66/12
Cuarenta [2]   4/21 9/13
Cuba [2]   4/4 4/6
custody [1]   38/25

**D**

D.C [2]   1/4 39/24

confusing [1]   47/13
DARRIN [1]   1/11
date [7]   23/23 52/23
 53/11 53/12 56/3 66/5
 66/12
dates [1]   52/20
day [15]   1/6 2/25 4/21
 37/13 52/2 52/15 53/10
 53/12 53/13 53/16 53/16
 53/20 56/4 56/17 58/12
days [2]   52/17 53/17
DC [3]   1/13 1/16 1/22
death [1]   42/5
December [2]   54/8 56/3
Decena [1]   23/3
decide [3]   29/19 63/24
 64/16
decided [4]   10/20 23/18
 23/25 59/6
deciding [4]   43/6 43/17
 45/3 45/12
decision [3]   20/24 45/9
 46/12
defendant [5]   1/6 1/15
 60/18 64/5 64/8
defendant's [1]   64/10
Defense [15]   26/15 26/18
 27/1 27/8 28/6 28/13
 28/16 51/5 53/1 53/7 56/4
 65/10 65/11 65/12 65/13
defer [2]   62/17 64/13
deference [1]   63/12
delicate [1]   63/11
Department [1]   1/12
depends [2]   12/8 24/23
described [1]   29/22
description [1]   26/23
desert [2]   20/24 21/4
deserted [2]   19/14 20/23
designed [1]   52/4
desire [1]   22/5
details [1]   34/19
did [62]   3/6 3/13 3/20
 5/3 5/5 6/5 6/7 8/16 8/21
 9/9 9/16 9/25 10/5 11/17
 12/19 13/2 14/5 14/18
 15/23 17/1 20/11 20/13
 20/16 21/7 22/25 23/18
 24/11 24/14 24/25 27/24
 27/24 32/17 33/9 33/11
 33/13 34/1 34/17 34/19
 35/18 36/3 36/5 36/7 36/7
 36/25 37/1 37/5 42/22
 44/6 44/23 50/3 52/11
 54/14 54/14 55/4 56/5
 56/17 56/25 57/15 57/18
 57/21 57/23 64/1
didn't [25]   2/22 3/1 6/25
 8/10 11/4 12/10 14/17
 15/1 20/22 21/9 22/3
 24/19 24/20 33/16 39/23
 40/5 40/6 41/24 43/9
 44/14 50/3 56/1 56/10
 56/14 57/3
died [1]   35/1
different [9]   13/17 14/1
 15/23 17/24 17/25 24/24
 32/2 52/12 52/20
differently [1]   41/22
difficult [3]   17/22 22/11
 50/1

| | | |
|---|---|---|
| **D** Case 1:08-cr-00057-BJR | during [4] 4/5 8-11/24/10/13 Filed 04/10/13 Page 70 of 79 | 65/11 65/12 65/13 |

Direct [1]   65/2
directly [4]   24/5 32/6
32/8 33/12
dirt [1]   28/20
discipline [2]   33/2 35/8
discretion [1]   62/18
discuss [2]   34/17 60/15
discussed [4]   42/10 43/25
51/15 64/9
discussing [2]   25/4 62/22
discussions [1]   44/3
DISTRICT [6]   1/1 1/1 1/9
1/20 1/21 66/5
divided [2]   8/7 8/8
division [2]   15/5 15/6
do [49]   8/18 10/15 11/11
14/5 15/19 15/19 20/16
24/9 24/19 24/20 24/21
24/22 25/23 25/25 26/1
26/7 30/6 33/4 34/10
34/13 36/14 37/13 38/17
38/20 42/3 42/3 46/7 46/8
46/9 46/10 46/22 48/14
55/17 60/20 60/21 61/2
61/14 61/16 61/17 61/17
62/16 63/13 63/14 63/24
64/1 64/7 64/8 64/13
64/22
Docket [1]   1/3
document [3]   47/19 51/2
51/7
does [7]   9/13 12/5 20/1
28/8 33/8 63/16 64/8
doesn't [3]   12/4 47/14
64/2
doing [6]   25/11 26/4 26/7
37/11 46/2 64/11
dollars [3]   14/5 14/8
36/12
don't [56]   2/23 4/17 7/22
8/16 10/19 12/3 12/15
12/17 14/7 15/25 18/21
21/24 22/11 22/11 22/13
23/23 25/2 27/23 28/21
30/5 31/12 33/6 34/16
35/11 38/19 41/14 41/21
43/3 43/24 45/8 46/6 46/7
46/7 46/9 46/13 46/21
46/25 49/7 49/14 49/19
49/25 54/21 55/14 55/17
57/1 57/17 58/3 58/14
59/1 61/6 62/14 62/20
62/21 62/23 63/2 64/5
done [8]   9/3 38/14 39/11
39/14 46/11 48/3 52/6
59/3
down [9]   30/8 32/3 51/11
55/14 55/16 55/17 55/20
56/8 57/7
draw [1]   6/20
drawing [1]   22/1
drug [2]   14/15 15/22
drugs [15]   16/3 16/5
16/15 16/17 16/22 17/2
17/9 17/10 17/11 18/1
18/3 33/17 33/18 43/22
45/19
due [1]   35/1
Durango [1]   5/13

E

E-X-H-I-B-I-T-S [1]   65/8
each [1]   52/23
earlier [2]   31/20 31/21
early [3]   31/14 31/19
60/5
easier [2]   13/20 13/23
easily [1]   20/25
East [1]   1/13
eastern [2]   5/13 6/10
easy [2]   14/21 62/24
eat [1]   14/10
education [1]   50/3
either [4]   42/5 46/2
54/17 62/10
E1 [1]   3/20
eliminated [1]   11/24
else [6]   18/11 32/8 35/2
48/8 54/14 60/11
employed [1]   66/8
employer [1]   62/13
end [1]   60/6
enemies [2]   35/16 35/22
enforcement [1]   11/18
English [6]   42/14 42/16
50/2 51/7 55/1 55/10
enough [1]   36/15
ENRIQUE [2]   2/9 65/4
enter [1]   56/1
entered [1]   51/18
entire [4]   21/20 33/1
48/24 58/12
Erin [1]   2/2
escape [1]   13/23
especially [2]   12/1 17/22
Espinoza [1]   40/4
Esquire [4]   1/11 1/11
1/15 1/17
essentially [3]   10/10
10/11 20/8
established [1]   41/11
estimate [3]   58/12 60/8
60/14
even [6]   30/1 40/18 41/11
44/14 49/1 54/19
ever [10]   3/20 33/9 33/13
34/1 34/17 35/15 35/25
48/5 48/5 54/10
every [2]   48/20 61/11
everybody [3]   9/13 22/24
53/13
everyone [1]   64/4
everything [2]   46/10 49/1
evidence [9]   27/2 27/8
28/13 28/16 40/23 42/7
53/2 53/7 63/1
exactly [2]   36/15 49/15
EXAMINATION [1]   2/10
example [2]   18/25 35/3
except [3]   9/13 17/19
28/3
excused [4]   30/18 30/19
60/12 61/4
executed [3]   35/4 35/12
35/14
exhibit [16]   26/15 26/15
26/18 27/2 27/8 28/6
28/13 28/16 51/5 53/2

55/18 56/4 65/11
65/12 65/13
exhibits [2]   31/9 31/10
expect [1]   63/10
expected [1]   24/16
explain [2]   22/11 57/21
explained [5]   15/22 42/23
43/4 45/10 51/13
express [1]   60/5
extradited [2]   39/4 40/6
extradition [1]   42/3
eye [1]   25/20

F

facing [1]   41/17
fact [3]   4/6 39/24 42/22
factors [5]   43/11 43/14
44/9 45/7 45/11
facts [1]   2/14
Fadia [1]   8/24
fair [1]   26/23
family [4]   24/5 33/2
33/13 33/19
far [1]   50/3
father [2]   33/16 33/19
feared [1]   38/4
February [3]   1/5 10/3
66/12
Federal [1]   37/8
feed [1]   3/1
feel [6]   62/6 62/21 64/2
64/3 64/3 64/6
feelings [1]   60/14
feels [1]   62/14
fees [1]   16/13
felt [1]   62/11
few [2]   28/22 58/6
fight [2]   10/22 11/5
fighting [1]   34/22
file [4]   46/4 46/13 47/9
47/21
files [1]   46/18
filing [1]   46/23
finally [1]   55/23
financially [1]   66/9
finding [1]   64/6
fine [3]   3/9 53/5 58/14
finish [3]   63/1 63/3 63/6
fire [1]   34/23
fired [2]   35/2 35/2
first [11]   2/16 5/23
10/11 10/25 26/18 37/21
49/5 50/16 50/18 53/10
63/15
five [2]   31/17 36/4
fix [1]   62/24
Floor [1]   1/13
FLORES [7]   1/5 2/17 26/9
29/3 39/13 58/25 59/9
fluent [1]   42/16
focus [1]   59/8
follow [3]   24/16 43/9
63/2
force [1]   15/10
forces [7]   19/21 19/24
19/25 20/5 21/11 29/4
37/8
foregoing [1]   66/2
form [1]   49/11
formal [1]   50/3
Forty [1]   4/20

**F**

forward [1]   23/18
found [1]   39/24
four [5]   23/11 23/12 62/9
 62/10 62/25
frankly [1]   64/10
free [1]   46/23
Friday [2]   1/5 60/7
friends [2]   24/11 24/14
From Matamoros [1]   5/10
front [1]   64/4
full [1]   60/4
fun [1]   2/21
further [2]   66/7 66/9

**G**

gain [1]   17/25
gained [1]   61/11
Gaston [1]   2/2
Gaston-Owen [1]   2/2
gave [2]   3/1 24/9
generally [1]   64/14
gentleman [1]   2/19
gentlemen [3]   2/4 30/15
 60/2
get [18]   11/4 12/15 13/11
 20/13 22/12 31/10 37/5
 37/13 41/22 41/25 42/4
 42/4 42/20 45/20 45/25
 50/3 58/4 61/1
getting [5]   21/7 44/2
 45/20 57/13 62/11
GILBERT [10]   1/15 2/7
 25/4 31/1 31/12 51/4
 61/12 64/18 64/21 65/5
Gilbert's [1]   63/6
give [8]   5/3 25/21 43/15
 46/14 46/19 52/4 58/6
 63/12
given [2]   26/16 61/23
giving [1]   62/13
go [14]   7/25 14/3 16/19
 22/13 23/18 23/18 31/12
 36/1 36/6 44/4 44/21 49/2
 58/14 60/4
Gohbar [1]   55/7
going [45]   9/2 10/10
 10/20 11/23 14/5 16/19
 17/4 17/17 23/9 26/18
 28/5 30/15 31/8 31/12
 33/23 45/6 46/8 46/10
 48/6 49/23 50/17 57/15
 57/18 58/8 58/9 58/18
 58/24 58/24 59/2 59/6
 60/2 60/20 60/23 61/11
 61/19 62/5 62/8 62/9
 62/25 63/1 63/3 63/22
 64/18 64/20 64/21
gone [1]   39/17
good [12]   2/4 2/5 2/12
 2/13 21/15 22/5 30/12
 41/25 46/11 47/4 58/7
 59/24
got [7]   29/19 38/2 39/8
 39/24 48/7 50/16 59/5
gotten [1]   41/20
Government [33]   1/11 2/9
 12/18 12/23 13/2 13/11
 24/1 26/16 29/23 39/11
 40/23 44/19 45/23 46/1

**H**

had [61]   3/9 6/7 6/16
 6/22 8/24 9/21 10/18 11/8
 12/19 12/23 12/23 13/3
 14/24 15/19 16/5 16/8
 16/21 17/8 17/9 18/3 18/4
 18/19 21/2 21/6 21/14
 21/18 21/18 21/21 22/5
 22/8 23/8 23/12 23/14
 23/25 25/13 27/17 29/17
 30/6 30/7 33/16 34/1 35/7
 35/12 36/17 39/7 39/11
 39/13 39/17 39/17 40/6
 42/23 45/3 49/21 51/1
 51/12 52/6 55/11 57/10
 59/11 64/11 64/13
hadn't [1]   31/17
half [3]   6/9 6/10 6/12
hand [4]   3/4 26/14 51/4
 51/12
handle [2]   30/10 64/23
happen [6]   17/19 36/3
 49/5 50/9 57/18 64/14
happened [1]   15/23
happening [2]   25/22 57/15
happens [1]   62/23
has [16]   31/1 42/6 45/11
 45/12 46/1 46/1 46/14
 46/15 46/22 47/19 49/9
 50/9 51/11 51/20 52/19
 63/9
hated [1]   38/4
have [65]   5/11 6/5 8/10
 8/16 8/22 9/3 9/7 9/16
 11/4 11/24 12/11 13/20
 16/2 18/13 18/18 21/10
 21/11 22/23 27/3 30/6

46/18 46/22 47/9 47/20 48/3 48/18
 48/7 48/18 50/10 50/18
 50/22 52/2 52/5 52/21
 55/23 56/6 56/18 57/11
 59/21 62/17 65/3
Grande [1]   5/8
great [2]   21/11 60/6
greatly [1]   10/17
grew [1]   33/24
ground [1]   47/10
grounds [1]   41/11
group [1]   21/20
grow [2]   30/4 30/7
Guatemala [2]   6/22 6/25
Guerra [7]   26/10 26/20
 27/10 27/22 27/24 28/7
 29/11
guess [1]   51/23
guideline [2]   43/22 45/4
guidelines [6]   43/2 43/9
 43/19 44/12 44/16 46/24
Guillen [1]   13/6
guilty [8]   41/24 42/22
 44/21 44/23 56/1 56/17
 57/9 59/11
Gulf [23]   5/7 9/24 9/25
 10/5 10/6 10/13 14/3
 14/13 14/16 14/16 14/19
 15/18 15/23 16/22 17/7
 17/8 17/25 19/3 29/4 29/7
 35/16 36/11 50/5
guts [1]   30/7
Guzman [1]   23/3

**H**

had [61] ...
(see above)

21/11 22/23 27/3 30/6

30/7 30/8 31/8 31/19 32/4 32/6
 32/9 32/15 32/15 33/16
 33/18 33/22 34/7 34/10
 34/18 34/20 34/22 34/22
 35/11 35/14 35/15 36/14
 43/9 44/20 45/7 48/4 48/7
 49/2 49/5 49/6 49/15 50/8
 55/14 55/15 56/5 56/18
 56/25 57/10 60/14 60/23
 61/14 63/15 63/16 63/23
 64/17 64/22
haven't [5]   40/3 41/20
 46/2 48/23 64/9
having [4]   31/2 31/3
 44/21 64/14
he [38]   2/18 2/22 3/1 3/1
 4/23 5/1 5/3 12/5 13/6
 13/7 14/7 14/8 23/24
 23/25 23/25 24/1 26/4
 26/7 26/8 27/13 28/2 29/5
 30/1 30/1 30/6 30/7 30/8
 30/9 34/2 40/5 40/5 40/6
 40/11 41/16 41/16 41/16
 58/1 63/9
he'd [1]   33/24
he's [8]   4/16 4/24 30/9
 39/14 40/15 40/15 41/12
 41/13
hear [3]   17/6 47/14 60/7
heard [4]   25/22 30/3 30/3
 60/4
hearing [1]   66/9
heart [1]   48/2
helicopters [1]   13/14
help [7]   14/6 29/19 44/24
 45/20 47/5 59/7 59/8
helping [1]   43/5
her [12]   62/8 62/9 62/10
 62/11 62/13 62/15 62/21
 62/22 63/14 63/15 63/16
 63/25
here [22]   6/14 6/20 24/24
 25/4 27/16 39/1 39/8
 39/24 40/1 40/5 40/11
 40/15 40/22 44/4 53/11
 54/8 57/19 60/3 60/9 61/6
 62/10 64/5
Hidalgo [2]   5/21 5/24
high [1]   13/22
higher [1]   44/12
highest [1]   19/23
him [28]   2/21 2/22 2/23
 2/24 13/11 13/13 17/8
 19/10 24/4 24/4 28/3
 29/10 29/24 30/3 30/4
 30/6 33/6 33/7 33/9 33/13
 33/23 34/1 34/5 34/19
 34/20 40/8 60/17 64/9
hint [1]   25/5
hire [1]   39/7
hired [1]   47/4
his [11]   18/9 24/5 24/7
 24/12 24/14 24/25 33/6
 35/4 44/3 51/23 61/1
history [1]   45/15
hit [1]   29/18
hold [1]   61/19
home [1]   36/25
honest [1]   31/5
Honor [13]   5/22 7/9 27/1
 28/14 30/14 31/5 41/10

**H**
Honor... [6]   47/10 49/12
 53/1 57/24 58/11 59/24
HONORABLE [1]   1/9
hoped [1]   59/6
horse [5]   2/19 2/22 3/1
 3/1 3/2
horses [2]   3/6 3/9
hour [1]   61/17
hours [1]   61/17
house [6]   34/2 36/23
 36/24 37/15 37/16 37/17
how [36]   2/22 3/1 3/6
 5/17 6/7 7/6 12/7 23/8
 24/21 24/21 24/23 31/21
 32/4 32/6 32/10 32/12
 34/13 35/1 35/10 36/3
 36/14 37/5 42/19 43/18
 47/1 49/25 56/25 57/9
 59/8 59/8 60/5 60/15 62/6
 62/11 62/14 64/6
huge [1]   50/6
HUGHES [1]   1/17
Hummer [5]   19/8 25/16
 25/18 27/19 27/25

**I**
I'd [2]   23/1 61/16
I'll [13]   16/25 17/21
 17/23 18/11 30/10 33/12
 47/13 57/25 58/2 60/3
 64/1 64/13 64/22
I'm [27]   11/13 12/15 15/6
 15/15 17/1 17/13 18/20
 19/12 26/18 27/4 28/5
 31/2 33/19 35/12 40/3
 40/3 47/8 49/20 49/23
 50/1 50/17 60/20 61/10
 61/19 63/5 63/5 64/10
I've [5]   26/16 46/10
 51/12 61/23 64/13
I-N-D-E-X [1]   65/1
identification [4]   26/19
 27/2 28/6 51/5
identified [1]   59/15
ignore [2]   46/5 46/23
ill [1]   3/2
illegally [1]   38/15
imagine [1]   61/18
impaneling [1]   64/1
important [4]   47/2 48/17
 58/20 59/21
inclined [1]   63/12
include [2]   24/7 50/19
included [1]   35/20
incorrect [1]   12/15
indeed [2]   43/15 45/6
indictment [3]   39/2 39/10
 39/14
influence [2]   6/22 8/22
initially [1]   23/6
initials [4]   50/18 51/20
 51/21 52/23
inside [1]   34/2
insignia [1]   14/24
interested [2]   58/20
 66/10
interfere [1]   12/20
interpreter [5]   2/2 5/22
 5/25 7/9 7/19

interrogating [1]   36/5
interview [1]   38/11
intimidate [1]   34/5
intimidating [1]   64/15
intimidation [1]   11/3
introduce [1]   49/2
invested [2]   21/21 21/24
involving [1]   17/7
is [108]
Island [1]   8/2
isn't [3]   12/2 13/23
 64/15
it [104]
it's [15]   18/8 21/4 22/11
 22/12 27/10 28/6 37/16
 41/11 41/19 46/4 47/11
 47/12 49/1 62/3 63/13
its [1]   8/24
itself [1]   44/24

**J**
jail [3]   39/25 40/8 42/4
jails [2]   39/18 39/20
Jaimes [2]   33/4 33/5
January [7]   55/24 56/2
 56/17 56/17 56/19 56/23
 57/10
JESUS [2]   2/9 65/4
job [3]   21/7 22/23 24/9
join [2]   14/21 15/18
joined [3]   19/14 19/21
 20/8
JUDGE [18]   1/9 42/22 43/5
 43/8 43/8 43/15 44/3 44/6
 45/3 45/6 45/8 46/5 46/11
 46/14 46/16 46/23 59/7
 62/17
Julian [1]   40/4
June [1]   37/22
junior [1]   39/25
Juror [1]   61/24
jurors [3]   30/18 60/12
 64/3
jury [12]   1/8 2/3 30/17
 30/25 31/1 31/10 31/1
 45/25 60/11 63/15 64/1
 64/2
just [26]   2/15 8/5 14/7
 14/13 15/3 15/4 15/9
 15/15 18/3 19/16 20/22
 22/13 38/13 41/21 43/21
 44/21 45/18 46/14 50/13
 53/3 60/20 61/2 62/5
 63/14 64/6 64/14
Justice [1]   1/12

**K**
keep [4]   16/14 25/20
 31/12 62/10
kidnapped [2]   35/15 35/25
kill [11]   23/21 24/25
 29/20 32/7 32/17 33/1
 33/16 33/23 33/24 35/8
 35/18
killed [10]   4/16 24/5
 32/4 32/12 33/14 33/18
 35/11 35/13 36/7 36/8
killer [1]   45/18
killing [1]   29/24

know [57]   2/22 2/23 2/23
 3/1 3/6 4/17 7/22 8/16
 12/3 14/7 18/11 18/21
 21/24 22/11 22/11 22/14
 24/11 24/14 33/4 33/6
 33/7 34/16 38/13 39/23
 40/3 40/5 40/7 40/19 43/3
 43/24 44/24 45/8 45/19
 46/6 46/7 46/8 46/9 46/10
 46/21 46/22 46/25 49/9
 49/10 49/14 49/18 49/25
 55/14 55/17 57/1 58/1
 59/3 60/8 61/7 62/14
 62/20 62/23 63/2
knowingly [1]   51/18
knowledge [1]   54/16
known [5]   3/18 13/7 33/5
 33/5 40/4
KRISTEN [1]   1/17

**L**
La [2]   8/24 23/16
ladies [3]   2/4 30/15 60/2
laid [1]   28/10
land [2]   10/1 10/6
language [1]   50/1
large [2]   12/13 64/3
largest [1]   27/5
last [8]   50/19 51/8 51/9
 54/8 56/3 56/4 59/2 62/4
later [2]   52/11 58/3
launch [1]   10/20
laundering [1]   44/11
law [4]   11/18 21/4 40/22
 42/3
lawyer [7]   39/8 40/22
 42/7 42/11 42/16 47/5
 51/1
lawyers [2]   55/2 55/2
Lazcano [6]   4/13 4/18
 9/14 25/20 25/23 28/3
leader [2]   4/13 44/10
learned [2]   22/2 39/1
learning [1]   58/19
least [2]   45/12 49/9
leave [4]   10/23 21/7 21/9
 61/1
leaves [1]   60/18
left [6]   19/8 20/21 20/22
 22/20 34/1 36/14
Leon [4]   8/6 8/7 8/15
 8/17
less [2]   13/16 46/19
let [19]   2/14 8/21 14/18
 14/23 16/1 17/21 18/11
 22/14 23/2 33/8 36/1 36/6
 38/6 46/5 47/1 60/8 60/25
 60/25 64/16
let's [9]   19/11 19/11
 25/8 37/19 41/6 47/14
 49/13 50/15 64/17
letter [3]   52/4 53/12
 61/23
level [2]   9/11 44/20
lie [1]   49/6

**L**

lieutenant [1]   20/1
life [7]   13/20 41/8 41/8
  41/12 41/17 41/25 42/4
like [16]   12/19 19/6 20/1
  20/3 22/12 22/15 22/23
  26/24 29/24 31/22 37/24
  37/25 44/9 45/20 51/8
  61/16
liked [1]   3/11
likely [1]   38/21
line [1]   6/20
listening [1]   9/1
little [12]   2/15 5/21
  10/15 19/11 19/12 19/13
  23/2 28/10 41/22 45/20
  50/15 61/10
live [1]   36/15
local [3]   11/18 12/1 12/4
logical [1]   40/21
long [3]   16/13 23/8 60/15
longer [2]   58/24 61/21
look [3]   26/24 28/5 43/5
looked [1]   45/23
looking [3]   41/8 41/12
  43/22
Lopez [1]   33/5
Lopez-Jaimes [1]   33/5
Los [7]   26/10 26/20 27/10
  27/22 27/24 28/7 29/10
lose [3]   42/3 48/14 48/24
lost [1]   33/17
lot [10]   7/24 14/10 21/21
  21/24 21/25 24/2 31/20
  38/2 39/16 49/21
Lots [2]   28/20 41/1
low [2]   12/2 12/3
lower [2]   20/4 45/20
loyal [1]   40/18
Luis [2]   5/19 8/12
lunch [7]   58/9 58/10
  58/13 58/15 60/3 61/1
  64/17
Luncheon [1]   64/25

**M**

machine [1]   1/23
made [2]   20/25 59/11
make [9]   2/21 12/4 12/17
  16/14 17/18 31/4 44/12
  46/11 61/8
makes [1]   45/8
Mamito [2]   3/15 40/19
man [5]   24/1 29/22 33/4
  38/4 49/24
mandatory [1]   46/5
Manolo [4]   33/5 33/7 33/8
  33/22
Manuel [1]   33/5
many [17]   28/21 28/24
  32/4 32/6 32/10 32/12
  34/13 34/15 34/24 35/1
  35/10 36/3 52/17 56/25
  59/15 59/18 64/12
map [6]   26/19 26/23 27/10
  28/7 31/2 31/2
marijuana [4]   9/2 16/12
  17/16 18/8
mark [1]   63/1
marked [3]   26/15 28/6

Matamoros [4]   5/10 9/18
  10/8 10/9
matter [3]   61/16 62/18
  66/6
may [10]   2/7 5/22 5/25
  7/9 7/19 39/21 46/1 55/14
  55/15 60/11
maybe [1]   61/21
MCCULLOUGH [7]   1/11 25/9
  29/13 34/17 36/10 58/3
  64/19
McLean [1]   1/18
me [28]   2/15 8/21 14/18
  14/23 15/4 16/1 17/21
  18/6 18/11 22/15 23/2
  24/24 26/1 30/2 32/18
  33/8 34/21 34/25 36/25
  46/16 47/1 51/13 57/23
  58/6 60/6 60/25 64/16
  66/4
mean [14]   2/21 3/9 9/13
  10/16 12/3 12/10 14/23
  20/1 21/2 25/16 28/2
  43/21 47/14 54/13
meaning [5]   3/21 12/15
  12/15 51/19 58/9
means [1]   29/18
meant [1]   12/10
Meanwhile [1]   64/17
measure [2]   63/7 63/8
meet [1]   48/20
meeting [8]   11/8 11/12
  11/17 51/1 53/15 54/22
  55/2 56/4
meetings [6]   49/21 54/10
  56/5 56/18 56/25 57/10
member [7]   14/16 14/19
  17/7 17/8 29/5 29/6 29/8
members [3]   19/3 34/8
  35/23
men [1]   29/18
mentioned [4]   2/18 2/18
  11/12 31/1
message [1]   24/5
met [9]   50/16 50/18 52/1
  52/15 52/17 52/20 53/9
  53/17 53/24
Metro [3]   19/6 30/10 41/1
Mexican [9]   10/17 12/12
  12/23 13/10 21/4 24/1
  32/13 37/21 39/17
Mexico [16]   5/21 6/3 10/1
  12/1 12/4 16/12 16/12
  17/16 36/18 37/2 37/3
  37/11 38/1 38/4 39/1 50/6
Michoacan [4]   8/21 8/24
  9/2 9/3
might [7]   13/25 17/10
  22/14 47/21 51/4 61/21
  63/23
Miguel [15]   10/9 11/8
  11/15 19/1 19/4 19/9
  23/14 23/18 25/13 25/20
  26/20 27/16 27/19 27/22
  27/25
military [15]   12/20 15/15
  18/16 18/18 18/20 18/22
  19/8 19/9 20/11 20/24
  21/22 22/2 27/19 29/3
  37/7

mill [2]   36/11 40/5
  36/11
mind [1]   57/25
mine [1]   7/24
minute [2]   30/16 49/23
minutes [1]   30/21
mission [1]   13/14
misspoke [1]   56/20
misstatement [2]   41/18
  41/19
misunderstood [1]   11/13
mock [2]   2/21 2/24
molasses [1]   3/2
moment [2]   14/14 60/13
moments [1]   58/6
money [14]   12/5 12/16
  12/17 17/18 21/8 21/9
  21/22 21/24 22/18 36/17
  37/13 37/14 37/15 44/11
month [1]   53/24
months [1]   38/25
more [15]   17/18 18/13
  21/7 21/9 22/16 22/17
  22/18 22/22 22/24 30/6
  30/7 30/8 35/7 45/20
  46/16
morning [6]   2/4 2/5 2/12
  2/13 30/16 30/22
most [3]   3/18 28/25 29/1
mother [1]   33/19
move [11]   13/17 14/1
  16/17 16/22 17/2 18/7
  18/12 25/5 27/1 28/13
  53/1
moved [2]   17/11 17/20
moving [2]   17/9 31/6
Mr [6]   2/12 31/12 51/4
  58/25 64/18 65/5
Mr. [20]   2/7 2/17 25/4
  25/9 29/3 29/13 31/1
  34/17 36/10 39/13 51/7
  51/20 53/9 55/5 58/3 59/9
  61/12 63/6 64/18 64/21
Mr. Aguilar [2]   51/7 53/9
Mr. Cano-Flores [4]   2/17
  29/3 39/13 59/9
Mr. Gilbert [6]   2/7 25/4
  31/1 61/12 64/18 64/21
Mr. Gilbert's [1]   63/6
Mr. McCullough [5]   25/9
  29/13 34/17 36/10 58/3
Mr. Roch's [1]   51/20
Mr. Torriente [1]   55/5
Ms. [1]   55/7
Ms. Gohbar [1]   55/7
much [8]   2/8 6/7 12/5
  12/16 12/17 31/21 36/14
  47/1
murdering [1]   40/15
murders [1]   44/14
must [1]   21/11
my [11]   4/1 11/13 22/12
  36/23 42/2 42/3 51/13
  55/4 58/18 64/6 66/3

**N**

name [4]   3/17 8/16 33/4
  33/6
namely [1]   64/1
names [3]   2/15 2/17 34/11
national [1]   9/11

nature [2]   45/17 63/11
nearly [1]   64/15
need [4]   50/8 58/13 62/20
 62/21
needed [3]   16/18 17/3
 30/8
needs [1]   64/5
neither [1]   66/7
never [8]   11/12 23/1
 29/24 33/1 33/22 34/5
 54/19 57/25
next [9]   51/8 52/19 53/16
 53/20 62/4 62/4 63/1 63/3
 63/6
nicknames [1]   3/15
night [1]   14/11
no [72]
nobody [2]   37/17 57/7
None [1]   32/14
noodle [1]   14/10
Northeast [1]   1/12
northern [1]   6/18
not [58]   2/24 7/8 7/13
 9/16 10/3 10/4 10/5 10/5
 10/16 12/12 12/20 12/25
 15/3 17/1 17/8 17/13
 18/20 20/24 22/24 23/18
 24/21 24/25 27/4 28/2
 28/24 29/3 29/4 29/8
 29/20 30/2 30/7 31/2 32/8
 33/11 34/23 35/12 36/24
 36/25 41/3 41/13 41/19
 42/3 42/3 43/19 44/4
 49/15 50/13 55/12 58/12
 60/4 60/6 60/10 61/19
 61/21 62/9 62/11 63/9
 66/9
notes [4]   54/20 54/23
 54/25 66/4
nothing [1]   7/14
notorious [1]   13/16
November [1]   53/25
now [21]   6/22 7/4 9/5
 11/10 11/18 13/6 15/16
 20/5 20/21 32/18 33/19
 34/21 38/1 39/16 42/19
 44/19 50/16 51/20 54/10
 57/9 60/5
Nuevo [5]   8/6 8/7 8/15
 8/17 25/12
number [8]   3/9 4/11 10/17
 27/8 28/16 32/20 61/24
 62/3
numbered [1]   27/4
numbers [1]   32/3
NW [2]   1/15 1/21

O
Oaxaca [1]   6/7
object [3]   41/10 47/10
 49/11
objection [8]   27/3 27/6
 28/14 47/13 48/9 53/5
 57/24 63/23
obviously [4]   44/4 61/13
 62/22 64/21
occasion [1]   3/24
October [1]   53/18
offense [1]   45/17

officer [1]   19/25
officers [2]   11/9 11/21
official [1]   1/20
officials [3]   11/4 13/17
 52/20
oh [2]   40/21 63/18
okay [23]   5/17 6/10 6/14
 6/25 19/21 21/10 21/21
 24/25 25/10 30/15 31/7
 32/15 33/1 42/6 58/8
 60/2 60/23 61/16 61/23
 62/5 62/19 63/21 64/24
once [7]   10/6 38/20 39/8
 58/23 59/5 59/5 64/11
one [22]   3/15 3/17 5/23
 6/1 13/2 14/1 14/4 17/7
 18/13 18/16 20/24 27/4
 27/5 34/24 35/7 39/25
 45/8 48/10 54/8 60/25
 61/16 62/8
ones [3]   18/4 36/6 36/7
only [7]   17/2 18/16 20/5
 34/24 48/18 48/20 55/20
operate [1]   8/15
operating [1]   28/2
operation [3]   10/21 37/6
 37/7
operations [1]   21/23
operative [1]   23/14
opinion [1]   64/19
order [3]   16/22 18/7
 21/10
ordered [4]   24/22 24/25
 32/6 32/9
orders [3]   5/3 24/16 32/8
organization [3]   12/9
 26/8 44/10
organizations [2]   11/1
 15/24
organized [2]   18/7 18/8
Osiel [6]   13/6 14/6 23/6
 23/10 23/13 23/17
other [22]   2/25 3/4 4/18
 4/21 6/12 11/1 13/2 14/4
 16/11 19/3 34/3 34/8
 34/22 38/15 43/11 44/9
 45/7 48/2 50/8 52/17
 52/19 61/16
others [1]   35/10
otherwise [2]   33/24 66/10
our [5]   2/6 30/12 30/16
 39/21 64/1
Ours [1]   27/4
out [13]   4/18 5/1 7/16
 11/14 13/11 13/13 22/1
 23/10 23/17 28/11 30/9
 60/17 64/6
outcome [1]   66/10
outline [1]   9/7
outnumbered [1]   10/17
over [11]   9/17 11/7 15/14
 16/1 19/1 28/3 35/4 39/16
 39/20 42/7 59/15
Overruled [1]   48/11
overturned [1]   64/11
Owen [1]   2/2
own [5]   8/24 14/24 17/9
 45/18 51/19

P-O-L-L-A [1]   18/6
P-R-O-C-E-E-D-I-N-G-S [1]
 2/1
p.m [2]   60/12 64/25
page [4]   51/9 51/9 52/19
 56/4
pages [1]   66/3
paid [8]   12/7 12/8 12/15
 12/17 16/13 17/8 21/7
 62/11
pair [2]   30/4 30/7
paper [2]   42/13 46/14
papers [5]   46/4 46/18
 46/23 47/8 47/20
parole [4]   41/9 41/13
 41/17 41/25
part [24]   5/13 6/11 6/17
 6/19 8/7 8/10 8/16 8/18
 9/16 10/7 10/9 21/14
 27/22 29/4 37/2 37/3
 39/21 44/19 45/10 45/15
 45/17 47/23 48/17 52/9
Partially [1]   11/6
particularly [2]   58/23
 63/22
parties [2]   63/20 66/8
parts [2]   9/9 47/20
passive [1]   29/22
patrol [1]   22/1
Pause [1]   53/4
paved [2]   28/22 29/2
pay [5]   11/21 12/1 13/16
 13/25 17/11
pendency [1]   48/6
Pennsylvania [1]   1/15
people [24]   9/2 13/3
 13/16 15/18 16/11 16/18
 16/21 17/25 20/19 32/12
 32/17 33/18 34/3 34/10
 34/24 35/1 35/11 35/12
 35/14 39/16 39/20 52/1
 54/22 55/10
Perez [1]   26/1
Perez-Rojas [1]   26/1
perfect [1]   60/1
period [1]   57/2
permission [3]   9/3 16/18
 18/9
person [10]   3/22 4/11
 13/7 18/23 19/8 29/25
 30/1 33/7 35/7 38/15
personal [2]   12/19 45/15
personally [3]   16/5 32/4
 32/12
persons [2]   32/4 32/6
perspective [1]   49/4
phone [2]   25/9 59/18
photographs [1]   59/13
phrasing [1]   24/23
physically [1]   10/5
picture [2]   15/1 54/17
PILGRIM [2]   1/19 66/12
pin [1]   32/3
Piolin [3]   40/4 40/18
 40/19
place [4]   16/21 30/12
 41/22 59/25
places [1]   2/6
plan [1]   37/13

planning [1]  13/13
play [1]  60/23
played [3]  30/3 59/18
 59/18
plaza [23]  10/21 16/2
 16/8 16/13 16/14 17/3
 17/3 17/9 17/19 17/19
 18/3 18/4 18/9 18/13
 18/14 18/23 18/24 18/25
 19/4 19/10 26/10 27/13
 35/4
plazas [1]  29/15
plea [16]  41/8 41/12
 41/16 41/18 41/20 41/20
 42/6 42/19 43/18 47/7
 55/24 56/1 56/5 56/16
 58/23 59/6
plead [4]  41/24 42/3
 42/22 59/11
please [1]  17/14
pled [4]  44/21 44/23
 56/17 57/9
point [8]  22/13 58/7 58/9
 58/12 58/15 59/5 59/7
 60/20
police [3]  11/9 11/21
 12/1
policeman [2]  12/4 12/4
polla [2]  18/6 18/7
popular [1]  8/3
portion [2]  7/14 8/17
possibility [4]  41/8
 41/12 41/17 46/22
possible [1]  46/4
Potosi [2]  5/19 8/12
pre [2]  41/13 41/14
pre-supposes [2]  41/13
 41/14
precise [1]  30/5
prefer [1]  61/2
presence [1]  64/11
present [5]  2/3 30/25
 38/15 63/13 63/20
presented [1]  51/1
press [2]  38/6 38/14
pretty [2]  60/1 61/10
previously [1]  66/6
prison [7]  13/11 13/17
 14/1 14/1 23/10 23/17
 47/2
prisoners [1]  29/19
prisons [7]  13/3 13/17
 13/18 13/20 13/22 14/4
 39/18
privilege [1]  44/3
probably [5]  3/18 60/4
 63/10 63/25 64/1
proceed [1]  2/7
proceedings [3]  1/23
 30/23 66/5
process [4]  42/23 49/23
 50/15 57/18
produced [1]  1/23
profit [1]  16/14
profited [1]  36/10
promise [1]  21/11
promised [1]  46/2
promoted [1]  20/13
prosecutor [3]  20/14 48/5

prosecutor's [3]  20/8
 20/16 21/18
prosecutors [2]  50/17
 50/19
protected [1]  23/24
protection [1]  52/5
prove [1]  38/15
provided [1]  66/4
Province [2]  7/4 8/21
Provinces [1]  5/21
public [1]  11/4
publicity [1]  38/2
pull [1]  14/8
punished [1]  21/6
punishment [1]  33/2
purchase [2]  9/2 17/16
pushed [1]  11/14

Q
quarters [3]  6/17 6/18
 9/6
question [28]  10/19 11/13
 12/11 14/4 14/17 15/25
 16/24 17/13 17/21 17/23
 24/23 26/5 27/23 33/11
 41/10 41/13 41/14 41/21
 42/9 47/1 47/12 48/10
 49/12 54/21 57/17 58/2
 58/18 59/1
questions [7]  18/11 48/4
 48/7 57/2 57/21 58/19
 60/21
Quintana [4]  7/8 7/13
 7/15 9/11
quite [1]  64/2

R
race [1]  3/13
ran [1]  13/2
range [2]  43/22 45/4
rank [4]  19/18 19/18
 19/23 20/11
ranked [2]  4/19 5/1
rattles [1]  63/7
rattling [1]  63/9
Rd [1]  1/18
reach [2]  24/4 58/15
ready [1]  57/13
real [1]  48/2
reality [1]  48/4
realized [1]  41/7
really [4]  12/2 13/10
 15/19 60/21
reasonable [1]  63/10
reasons [1]  22/14
recall [1]  30/5
received [6]  27/8 28/16
 40/23 53/7 61/24 65/9
recess [5]  30/16 30/20
 30/22 58/15 64/25
recessing [1]  60/5
recognize [1]  17/22
recommend [1]  44/20
reconsider [1]  60/7
record [2]  63/17 63/18
recorded [5]  1/23 38/15
 54/16 56/12 57/5
Recross [1]  65/2
recruited [2]  23/3 23/9
Redirect [1]  65/2

reduce [1]  44/24
reduced [2]  44/20 48/9
referring [3]  18/20 18/22
 46/25
refuse [1]  24/19
refused [3]  24/18 25/4
 48/14
refusing [2]  24/21 24/21
regarding [1]  42/2
regional [2]  9/6 9/10
regret [1]  60/6
regular [4]  19/16 19/19
 19/20 21/7
REJON [3]  2/9 2/12 65/4
related [1]  66/7
relatively [1]  63/5
religion [3]  4/1 4/2 4/4
reluctant [1]  64/10
remains [1]  34/3
remember [14]  11/11 23/23
 29/15 30/6 34/11 34/13
 34/15 35/5 35/11 38/17
 38/19 38/20 42/2 60/10
repeat [2]  16/24 42/9
repetition [4]  5/23 6/1
 7/10 7/20
rephrase [3]  17/14 47/14
 47/15
reported [2]  9/14 25/18
Reporter [2]  1/19 1/20
reports [2]  25/21 28/7
represent [1]  39/8
request [3]  5/25 7/10
 7/19
required [1]  43/11
respect [1]  7/15
responded [1]  24/24
response [2]  40/2 55/13
responsibilities [1]
 29/14
responsibility [5]  16/2
 22/22 22/23 22/24 25/13
responsible [3]  9/6 20/19
 29/21
rest [1]  61/22
result [1]  43/14
resume [1]  58/9
resumed [1]  30/23
resumes [1]  30/24
retain [1]  20/11
retire [2]  30/17 60/11
Reynosa [1]  10/9
RICHARD [1]  1/15
ride [1]  3/11
right [151]
rights [1]  42/4
Rio [1]  5/8
River [1]  5/8
roads [3]  28/20 28/22
 29/17
Roch's [1]  51/20
Rojas [1]  26/1
role [1]  25/8
Roo [3]  7/8 7/13 7/15
room [5]  30/17 31/11
 60/11 63/25 64/2
ROTHSTEIN [1]  1/9
roughly [1]  38/25
row [1]  53/17
RPR [2]  1/19 66/12
ruins [1]  7/24

R Case 1:08-cr-00057-BJR

**rules** [2]   43/5 52/25
**run** [1]   15/14
**running** [1]   50/5

**S**

**safe** [3]   36/21 36/22
  37/15
**said** [10]   15/1 18/13
  25/21 41/16 42/23 46/1
  52/8 53/15 55/15 56/20
**salary** [2]   12/12 22/1
**same** [10]   10/2 15/14
  18/19 18/24 30/9 33/7
  39/14 41/22 52/25 57/2
**San** [2]   5/19 8/12
**Santeria** [2]   4/2 4/7
**saved** [1]   44/21
**saw** [3]   25/21 29/24 40/8
**say** [17]   13/13 10/21 12/3
  15/4 15/10 17/7 26/9
  27/13 37/15 46/10 48/5
  49/5 49/9 49/15 50/9
  50/17 60/19
**saying** [6]   12/8 38/20
  47/19 49/20 55/11 55/16
**says** [5]   30/9 30/9 47/20
  51/12 51/15
**SEAN** [1]   1/11
**searched** [1]   36/24
**seat** [5]   62/2 62/3 62/4
  63/15 64/15
**second** [3]   1/13 6/1 26/8
**Secondly** [1]   49/9
**section** [1]   50/6
**secure** [1]   29/17
**security** [1]   13/22
**see** [15]   15/1 21/18 21/21
  27/16 31/11 37/5 49/13
  53/3 58/4 60/3 60/9 61/6
  62/6 62/11 62/14
**seeing** [2]   31/2 31/3
**segment** [1]   58/13
**Seizures** [1]   20/18
**selected** [2]   21/10 21/17
**sell** [2]   17/10 17/17
**send** [1]   24/5
**sending** [1]   16/3
**sentence** [8]   42/5 43/6
  43/15 44/25 45/4 45/13
  45/21 46/16
**sentenced** [2]   42/20 45/6
**sentencing** [3]   43/2 43/18
  46/24
**separated** [1]   10/6
**September** [5]   37/24 37/24
  50/19 53/10 59/2
**sergeant** [2]   20/3 20/4
**serving** [1]   32/13
**SESSION** [1]   1/8
**several** [2]   46/1 57/1
**shared** [1]   7/2
**she** [12]   43/11 45/11
  45/12 46/15 46/17 46/18
  46/19 55/7 62/11 62/14
  64/2 64/6
**she's** [2]   46/23 62/3
**shield** [1]   15/1
**ship** [1]   16/12
**shipment** [1]   17/20

**shooting** [2]   34/24 34/25
**shorthand** [1]   1/23
**shot** [1]   33/22
**shots** [2]   35/1 35/2
**should** [3]   10/13 37/20
  63/20
**show** [1]   56/10
**showed** [3]   21/14 57/7
  59/13
**showing** [3]   26/20 54/25
  55/11
**shown** [4]   21/11 22/5 22/8
  49/6
**sicarios** [1]   29/18
**sign** [6]   51/2 54/11 54/13
  56/14 57/3 59/6
**signature** [2]   51/23 51/24
**signatures** [1]   52/1
**signed** [9]   42/10 42/13
  47/7 47/19 53/13 55/23
  56/5 56/16 58/23
**silence** [1]   24/4
**simply** [2]   24/19 61/13
**Sinaloa** [8]   6/13 6/14 7/3
  8/9 8/15 11/8 11/12 11/14
**since** [6]   4/16 18/22
  32/15 50/1 64/11 64/13
**Sir** [5]   26/18 28/5 31/14
  32/2 33/4
**sit** [1]   63/14
**sitting** [1]   55/7
**situation** [5]   34/23 37/19
  41/6 62/23 64/23
**situations** [2]   17/1 18/18
**six** [2]   22/10 36/4
**skill** [1]   22/8
**small** [2]   5/21 7/14
**smart** [2]   49/24 49/25
**so** [68]
**soldier** [8]   12/12 19/16
  19/19 19/20 21/11 21/15
  22/6 22/8
**soldiers** [2]   10/17 12/23
**some** [21]   13/20 13/22
  16/1 16/8 17/16 22/2 32/3
  33/17 34/1 35/19 35/22
  35/22 37/13 43/11 44/20
  44/25 52/4 55/2 60/21
  61/13 64/17
**somebody** [5]   15/9 17/16
  33/16 35/13 47/4
**someone** [10]   13/25 17/10
  17/17 18/11 21/19 22/15
  32/6 32/8 35/2 38/20
**something** [11]   18/7 18/8
  37/25 38/23 42/7 43/1
  44/4 47/15 49/6 51/11
  52/12
**son** [2]   33/23 33/23
**sophisticated** [1]   22/2
**sorry** [3]   11/13 17/1
  19/12
**sort** [2]   60/8 63/19
**soup** [1]   14/10
**sourcer** [1]   3/21
**South** [1]   1/16
**Southwest** [1]   39/21
**Spanish** [8]   42/14 42/17
  50/2 51/13 55/3 55/5 55/8
  55/10
**speak** [1]   38/6

**speaking** [2]   9/8 25/2
**speaks** [2]   55/5 55/7
**special** [6]   19/21 19/23
  19/25 20/5 21/10 21/22
**specially** [1]   12/24
**spend** [1]   47/2
**spending** [1]   21/25
**spoke** [2]   55/3 55/10
**spot** [1]   64/2
**squad** [1]   23/9
**stand** [1]   30/24
**start** [2]   2/14 16/1
**started** [3]   10/11 10/11
  10/13
**state** [5]   5/11 5/13 6/5
  6/7 37/12
**stated** [1]   66/6
**statement** [3]   51/20 54/13
  57/3
**statements** [2]   54/11
  56/14
**states** [25]   1/1 1/3 1/9
  1/20 9/12 16/3 16/6 16/9
  16/13 16/15 16/18 16/23
  17/2 17/12 17/18 37/20
  37/23 38/9 38/12 39/5
  39/11 40/6 50/21 52/2
  66/4
**stay** [1]   7/16
**stayed** [1]   20/5
**staying** [2]   60/6 64/6
**stenographic** [1]   66/4
**still** [6]   4/13 9/25 22/1
  43/15 57/10 61/5
**stop** [1]   10/22
**stopped** [1]   31/22
**stopping** [3]   58/7 58/9
  58/15
**storage** [1]   36/17
**stories** [1]   33/9
**story** [1]   2/25
**Street** [1]   1/12
**study** [1]   4/7
**such** [1]   12/24
**suggest** [3]   62/6 62/8
  63/14
**suggestible** [1]   12/25
**Suite** [1]   1/16
**superior** [1]   18/10
**supervisory** [1]   25/13
**suppose** [4]   12/25 24/7
  37/20 43/5
**supposed** [1]   39/23
**supposes** [2]   41/13 41/14
**sure** [9]   17/13 18/20 27/4
  31/2 61/8 61/15 61/15
  63/3 63/18
**surprise** [1]   13/25
**surrounding** [1]   26/20
**suspected** [1]   35/16
**sustain** [1]   47/13
**sworn** [2]   2/2 2/9

**T**

**tactics** [1]   22/2
**tad** [1]   61/21
**take** [12]   2/22 3/6 14/18
  17/10 25/5 30/12 30/16
  37/17 45/3 45/11 60/17
  62/9
**taken** [3]   30/22 66/5 66/9

T  Case 1:08-cr-00057-BJR  Document 74  Filed 04/10/13  Page 50 of 52
16/14 16/21 17/4
18/13 18/16 18/23 19/3
20/22 25/22 26/4 27/11
28/21 31/3 32/10 33/1
34/24 35/7 35/25 37/6
38/14 39/1 39/20 40/8
40/19 41/24 43/1 43/11
44/10 44/11 44/11 45/2
45/11 51/11 52/23 53/15
55/1 57/1 58/13 61/13
62/15 62/21 62/21 62/23
64/18 64/20 64/22 64/22
**there's [7]**  28/22 34/15
38/11 43/4 49/5 60/20
61/16
**these [8]**  5/21 18/11
21/22 44/6 46/23 54/10
54/22 59/21
**they [95]**
**they'd [1]**  57/7
**they're [6]**  31/3 31/9
31/10 38/21 46/10 61/5
**thing [1]**  13/2 50/8 63/19
**things [8]**  44/7 45/2 46/1
47/8 49/5 60/14 60/25
62/6
**think [27]**  14/5 21/2
41/14 45/12 47/4 47/12
48/23 58/7 58/11 61/2
61/5 61/8 61/17 61/17
61/20 62/9 62/16 62/25
63/9 63/13 63/16 63/19
64/5 64/7 64/8 64/13
64/23
**this [38]**  2/14 9/16 14/6
14/18 21/20 22/12 27/10
29/22 30/12 30/16 33/8
40/13 41/4 43/18 43/25
44/20 45/19 45/25 47/1
47/5 48/2 48/5 48/6 48/6
48/8 48/17 50/16 51/12
51/18 52/4 55/24 58/12
59/6 59/24 60/20 62/23
63/12 66/9
**those [9]**  11/21 23/12
32/10 32/22 34/10 43/9
43/14 45/7 46/18
**though [3]**  29/8 55/17
58/18
**thought [7]**  4/21 18/22
23/1 39/11 39/13 46/19
58/20
**three [7]**  6/17 6/18 9/6
13/14 38/25 49/5 53/17
**through [5]**  16/13 16/19
17/4 17/20 61/11
**time [20]**  4/14 11/14
18/25 21/21 21/25 22/5
24/19 26/12 30/16 33/1
37/20 38/1 40/8 47/1
48/20 56/16 57/2 62/11
62/23 66/5
**times [2]**  36/3 36/4
**timing [1]**  60/1
**Tocayo [1]**  12/19
**together [2]**  14/8 40/8
**told [24]**  3/15 4/6 4/21
5/6 5/7 8/12 9/5 11/7
11/9 13/14 25/20 31/14
33/22 33/23 34/20 35/3
36/10 36/17 44/6 48/23

**taking [1]**  54/23
**talk [19]**  5/5 10/15 14/3
14/13 19/11 19/12 19/13
23/2 25/8 32/2 37/19 41/6
47/20 48/1 49/4 50/15
60/21 62/8 62/15
**talked [3]**  2/15 2/17 52/5
**talking [20]**  2/14 9/1
10/25 15/15 29/23 33/8
33/19 35/12 37/14 38/10
38/17 38/22 40/3 40/4
46/14 47/8 50/21 55/18
57/14 64/4
**talks [2]**  42/19 47/7
**Tamaulipas [4]**  8/6 10/7
28/7 33/14
**Tampico [1]**  10/9
**technical [1]**  43/3
**tell [22]**  11/18 18/6 26/7
33/9 33/13 34/1 34/19
34/21 35/1 36/15 48/18
48/20 48/21 49/14 49/15
50/17 57/15 57/18 57/23
58/19 60/5 62/8
**telling [5]**  2/25 11/11
30/4 30/6 35/14
**tells [1]**  46/23
**ten [6]**  31/23 32/11 46/5
46/15 46/16 46/19
**terminology [1]**  30/5
**terms [2]**  7/16 51/16
**territory [2]**  16/18 17/20
**testified [2]**  2/16 52/11
**testify [2]**  39/22 57/13
**testifying [1]**  59/19
**testimony [5]**  10/10 14/15
31/14 58/25 59/16
**Texas [1]**  5/8
**than [8]**  4/18 18/13 20/4
31/20 35/7 46/19 48/2
52/12
**Thank [2]**  2/8 61/12
**that [309]**
**that's [197]**
**their [5]**  7/16 34/11
40/23 52/9 58/19
**them [46]**  3/11 3/13 8/18
11/5 11/9 11/18 11/24
12/20 13/17 13/22 14/7
15/20 17/11 28/25 29/1
29/20 31/11 32/15 32/24
35/18 35/22 35/22 36/5
36/5 36/8 36/8 44/21
45/12 48/20 48/21 48/23
49/1 49/21 50/12 50/13
52/8 52/12 52/15 52/17
53/9 53/17 53/25 59/8
60/23 61/6 64/14
**then [33]**  4/16 5/11 5/21
9/11 11/17 11/23 16/14
19/21 20/8 21/17 22/10
23/2 23/15 25/11 25/16
38/18 40/22 46/11 48/1
48/14 51/23 52/15 53/15
53/16 53/17 53/22 53/24
54/8 56/8 56/16 56/25
58/15 60/21
**there [55]**  4/7 7/16 7/24
8/22 9/16 11/14 13/10

**tons [3]**  45/19 45/19
45/19
**too [3]**  17/21 24/7 34/15
**took [5]**  4/7 11/7 29/19
35/3 53/24
**top [2]**  44/16 44/20
**topic [1]**  32/2
**TORRIENTE [2]**  1/11 55/5
**torture [4]**  36/5 36/8
38/14 38/24
**tourists [2]**  7/25 8/3
**town [5]**  27/10 27/13
28/10 28/18 33/13
**trafficking [1]**  15/22
**trained [1]**  12/24
**training [2]**  21/22 21/25
**transaction [1]**  17/18
**transcript [3]**  1/8 1/23
66/3
**transcription [1]**  1/24
**transcripts [1]**  61/3
**transit [1]**  37/12
**translated [1]**  42/14
**translation [1]**  17/23
**translator [1]**  55/1
**Tres [6]**  19/6 19/6 30/3
30/6 30/10 41/1
**trial [5]**  1/8 44/22 49/2
49/2 52/9
**tried [2]**  9/7 34/5
**troops [1]**  12/23
**trouble [2]**  31/2 31/3
**true [4]**  22/4 29/24 34/7
66/2
**trust [1]**  21/19
**truth [9]**  48/18 48/21
48/23 49/4 49/10 49/14
49/16 49/18 49/20
**try [4]**  10/22 16/25 17/15
17/22
**tube [1]**  38/11
**Tuesday [1]**  2/16
**turn [3]**  51/8 52/19 63/22
**two [10]**  4/11 18/18 18/23
20/5 57/10 60/3 60/9
60/14 60/16 61/17
**types [2]**  15/23 47/8

**U**

**U-tube [1]**  38/11
**U.S [1]**  1/12
**under [11]**  6/5 7/4 8/12
10/21 27/24 27/24 32/8
38/14 38/24 41/12 62/25
**understand [19]**  10/19
14/17 15/25 17/13 23/25
27/23 28/21 33/11 44/6
46/13 47/5 50/1 51/7
51/16 54/21 57/17 59/1
61/20 63/11
**understanding [1]**  50/2
**understands [1]**  49/13
**understood [2]**  47/19
47/23
**unit [7]**  12/24 14/24 15/3
15/4 15/15 20/5 20/24
**UNITED [24]**  1/1 1/3 1/9
1/20 16/3 16/6 16/9 16/13
16/15 16/17 16/23 17/2
17/11 17/18 37/20 37/23

**U**

UNITED... [8]   38/9 38/12
 39/4 39/11 40/6 50/21
 52/2 66/4
unkind [1]   62/10
unknown [1]   22/15
unless [2]   60/5 63/6
until [4]   22/5 56/1 58/14
 60/6
up [13]   6/14 9/22 9/24
 10/4 15/9 22/5 31/4 31/11
 33/24 40/11 40/15 40/22
 62/10
us [18]   2/25 3/15 4/6
 4/21 5/5 5/6 5/7 8/12 9/5
 11/7 11/11 13/14 15/22
 31/14 35/3 36/17 63/13
 63/23
use [6]   11/3 31/14 52/9
 52/12 58/12 61/2
used [3]   15/3 30/5 31/17
user [1]   31/15
using [2]   31/25 62/10

**V**

VA [1]   1/18
vacation [2]   4/6 62/11
vague [1]   47/11
various [2]   16/8 29/14
Veracruz [2]   6/5 6/11
very [20]   2/8 3/9 8/2 8/3
 12/2 12/3 12/4 12/13
 12/16 13/7 13/7 22/2 38/4
 41/25 42/8 47/4 47/7 50/3
 60/6 63/15
Victor [1]   33/4
video [5]   38/11 38/13
 38/16 38/19 38/22
violence [1]   34/8
violent [1]   33/9
voice [1]   54/17
voluntarily [1]   51/19
volunteered [1]   25/23

**W**

wait [1]   60/13
waive [1]   64/10
walk [1]   15/9
want [14]   10/15 14/4
 14/13 15/10 19/13 20/22
 32/2 32/3 48/1 48/20
 60/21 62/5 62/14 62/15
wanted [13]   15/18 16/17
 17/2 17/17 21/15 22/16
 22/17 22/18 22/22 22/25
 24/4 43/17 59/3
wants [4]   22/24 48/7
 48/18 58/1
war [1]   9/25
warn [1]   52/11
wars [1]   38/17
was [131]
Washington [6]   1/4 1/13
 1/16 1/22 39/24 40/5
wasn't [6]   10/12 13/10
 18/3 30/1 31/8 40/13
way [10]   5/9 13/10 14/18
 15/14 17/24 28/10 31/3
 34/5 64/1 64/23
we [20]   9/1 15/1 17/6

Da7-/1nz44(41 49/4 53/154 58/15 60/4 60/4 60/17
 61/23 62/20 62/22 63/1
 63/2 63/10 63/23 64/1
 64/7
we'll [5]   60/7 60/8 60/9
 61/8 63/6
we're [5]   2/6 25/4 30/15
 60/2 62/25
weapons [1]   44/10
wear [1]   14/24
week [6]   50/16 62/25 63/1
 63/4 63/6 64/7
weeks [3]   57/10 62/9
 62/10
well [45]   3/18 4/13 4/18
 5/5 6/23 7/24 11/7 12/7
 12/8 13/7 15/6 17/1 18/6
 18/25 20/24 21/10 21/25
 22/18 22/24 23/2 26/4
 29/13 31/5 33/12 34/17
 34/21 35/3 35/12 37/1
 37/19 38/17 41/24 43/4
 44/6 46/13 47/1 49/21
 50/1 54/22 55/3 59/2 59/3
 60/1 64/9 64/16
went [4]   4/7 9/25 42/7
 52/9
were [97]
weren't [11]   2/25 11/23
 13/22 17/9 22/1 31/25
 54/16 54/25 55/11 56/12
 57/5
what [81]
what's [3]   19/23 26/15
 28/5
whatever [2]   46/16 64/23
when [47]   2/16 2/17 4/10
 5/7 9/1 9/21 9/24 9/24
 10/10 10/16 11/7 11/14
 11/17 12/3 13/3 13/7 15/4
 19/8 19/18 22/19 22/20
 23/9 23/21 23/23 24/19
 29/23 32/18 33/1 34/23
 35/3 36/5 36/24 37/21
 37/23 38/6 38/11 38/25
 39/24 41/6 42/20 42/22
 43/17 44/9 47/15 54/22
 62/15 62/21
whenever [1]   45/6
where [14]   7/18 8/15
 10/11 13/18 16/21 17/1
 18/18 23/1 27/16 36/20
 36/22 37/1 40/7 59/5
whether [9]   29/19 42/23
 43/17 45/3 46/7 46/8
 47/15 55/10 64/19
which [11]   27/4 29/18
 31/2 42/6 45/25 50/15
 53/16 56/3 62/2 62/9 66/8
while [8]   20/13 32/13
 32/17 40/22 48/6 52/5
 55/18 59/19
who [16]   4/18 6/12 8/8
 9/19 12/24 13/16 14/15
 16/11 17/17 18/4 19/3
 23/15 34/10 39/21 40/19
 45/8
whole [4]   15/3 16/22 24/5
 26/12
whom [2]   59/15 59/18

whose [3] 48/19 58/16 17/3
 17/20
why [9]   3/25 13/13 17/6
 20/21 22/10 41/21 45/23
 58/3 58/14
wife [6]   23/22 24/7 24/12
 24/14 24/14 24/25
will [21]   17/15 30/20
 31/10 42/20 43/6 43/15
 44/24 45/25 46/9 46/11
 49/6 58/12 58/13 58/13
 58/15 60/4 60/15 63/2
 63/8 63/18 64/22
willing [2]   15/19 39/22
win [2]   41/3 41/7
Wing [1]   1/13
witch [1]   3/21
withdraw [4]   17/21 17/23
 57/25 58/2
within [1]   35/8
without [8]   17/19 28/2
 41/7 41/9 41/12 41/16
 41/17 41/25
witness [12]   2/9 23/24
 25/3 26/16 30/19 30/24
 49/13 50/16 51/5 59/9
 61/1 61/4
witnesses [2]   40/19 60/16
women [1]   32/22
won't [3]   48/5 60/8 63/25
words [1]   43/3
work [3]   21/17 36/11
 43/19
working [3]   5/8 20/13
 23/8
worse [1]   49/1
would [54]   6/18 6/20 8/15
 9/2 10/8 10/23 11/3 11/21
 11/24 12/11 13/3 14/24
 15/15 16/2 16/11 16/12
 16/14 17/6 17/10 18/16
 18/18 18/22 21/19 22/23
 25/21 26/24 27/1 29/10
 31/19 31/23 32/10 33/1
 34/10 37/17 40/19 41/25
 43/15 43/19 44/12 44/16
 46/5 51/8 53/1 57/21
 58/11 59/7 59/24 61/10
 61/20 62/10 62/13 62/17
 63/14 64/6
wouldn't [4]   10/22 10/23
 13/25 52/9
writing [5]   55/16 55/17
 55/20 56/8 57/7
written [3]   51/12 55/11
 55/14
wrong [1]   35/5
wrote [1]   54/20

**Y**

Yankee [1]   2/18
Yeah [2]   3/6 55/5
year [3]   50/20 55/24 59/2
years [14]   15/14 20/6
 22/10 23/11 23/12 31/17
 31/23 39/16 43/23 46/5
 46/15 46/16 46/19 64/12
Yeo [1]   2/18
Yep [1]   40/10
yes [76]
yesterday [3]   5/5 29/13

**Y**

yesterday... [1]   35/3
yet [1]   41/20
you [495]
you'd [2]   45/20 59/3
you'll [4]   30/17 60/5
 60/13 64/19
you're [17]   10/25 12/8
 18/20 24/23 24/24 32/18
 38/22 45/6 45/18 46/25
 49/24 50/2 58/9 62/21
 63/3 63/22 64/19
you've [12]   3/15 15/22
 44/21 47/4 48/3 49/1
 49/21 50/12 51/15 59/15
 59/19 60/3
your [73]
yourself [1]   16/5
yourselves [1]   60/10
Yucatan [2]   7/2 7/6

**Z**

Zacatecas [2]   5/15 8/10
Zapata [1]   40/4
Zeta [3]   4/24 23/3 23/9
Zetas [23]   4/11 4/13 4/18
 5/6 5/7 8/13 8/18 9/25
 10/6 10/18 10/22 10/22
 14/5 14/8 14/23 15/2 15/7
 15/10 15/15 23/4 29/8
 32/16 50/5