IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 08-57-16 (BJR) |
| | : | |
| AURELIO CANO FLORES | : | |

<u>DEFENDANT'S NOTICE OF FILING</u>

In anticipation of the government's additional evidence to be presented at the sentencing hearing on the question of the amount of any forfeiture, Defendant, Aurelio Cano Flores, through undersigned counsel, respectfully submits for the record the attached exhibit.

The exhibit consists of the printed pages from a Microsoft Excel spreadsheet "workbook" which contained multiple spreadsheets within it.[1] The spreadsheet was provided by the United States to counsel for the Defendant, as, as part of discovery. It is <u>not</u> the purported records kept by Jaime Gonzales-Duran, also known as "Hummer," about which government witness Jesus Rejon Aguilar was permitted, over defense objection, to testify, as those records have never been produced to the defense.

Defendant has reproduced all of the printed data from the workbook.  The 111 pages in Defendant's exhibit correspond to the amount of text that will fit on a single page of paper, and not to the "pages" of the worksheet.  In the upper left hand corner of each page, Defendant has identified the source of the data.   Identical files were not

---

[1] The Excel workbook also contained files of photographs depicting deer and various saved musical downloads. Defendant's exhibit does not include the  pictures of the deer or the music, but copies of the deer pictures will be made available to the Court at Monday's hearing if there is any interest..

produced twice.  Where there is duplication, however, it is because the creator(s) of the worksheet stored the information in more than one file.

The significance of the spreadsheets lies in what is <u>not</u> in the spreadsheets. There is no mention of a "plaza" known as Los Guerras. There is mention at page 19 of a plaza known as "Los Aldama," and on page 22, it states that "Yanke" is in charge.[2] There is only one other "operative," referred to as "El Teniente," which translates to "the lieutenant." The spreadsheet also list 6 "guardia," which can be translated as "guards" or as "police" associated with Los Aldama. It is not clear what role they played; they are not named and the spreadsheet contains no notation that any expenditures were made on their behalf. Unlike other plazas, there were not administrative persons associated with the plaza and no "cuidapuntos," which may mean lookouts, and no "cocineros," which literally means "cook," but may have a more sinister meaning. Los Aldama is the smallest of all plazas listed in the spreadsheets.

Equally significantly, the spreadsheets purport to talk about "investments," and there is no mention of Defendant associated with any of these entries.

---

[2] The same exact data also appears at pages 52 and 50, which are certainly duplicates.

Respectfully submitted

/s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004
(202) 898-0857
rkgesq@juno.com

/s/

Kristen Grim Hughes,
Bar No. 456171
Law Offices of Kristen Grim Hughes
1390 Chain Bridge Road, Suite 530
McLean, Virginia 22101
(703) 798-4444  phone
kghughes@hotmail.com

Attorneys for Defendant