UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
: Docket No.: CR 08-57-16
vs. :
: Washington, DC
AURELIO CANO-FLORES, : 9:46 a.m.
: Friday
Defendant. : February 22, 2013
X

REPORTER'S OFFICIAL TRANSCRIPT OF JURY TRIAL
VOLUME 9
BEFORE THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE (AND A JURY)

APPEARANCES:

For the Government: DARRIN LEE MCCULLOUGH, ESQ.
U.S. Department of Justice
145 N. Street, NE, Second Floor,
East Wing
Washington, DC 20530
(202) 616-2255

SEAN MICHAEL TORRIENTE, ESQ.
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-0917

For the Defendant: RICHARD KEITH GILBERT, ESQ.
Law Office of Richard Keith
Gilbert
601 Pennsylvania Avenue, NW
Suite 900 Washington, DC 20004
(202) 898-0857

Court Reporter: CHANTAL M. GENEUS, RPR, CRR
Certified Realtime Reporter
Registered Professional Reporter
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Proceedings reported by machine shorthand. Transcript produced by computer-aided transcription.

A P P E A R A N C E S (Continued)

| | |
|---|---|
| For the Defendant: | KRISTEN GRIM HUGHES, ESQ.<br>Attorney at Law<br>1390 Chain Bridge Road<br>Suite 530<br>McLean, VA 22101<br>(703) 798-4444 |
| Also Present: | TERESA ROMAN, Interpreter<br>MARTHA GUTIÉRREZ-SHEPARD, Interpreter<br>AMMA SZAL, Interpreter<br>ANTHONY LEWIS, DEA Agent<br>KEVIN LOWELL, U.S. DOJ<br>JEREMY D. WARREN, ESQ. |

# I N D E X


| WITNESSES: | PAGE |
|---|---|
| MANUEL LOPEZ-JAIMES | |
| CROSS-EXAMINATION (CONTINUED) BY MR. GILBERT | 4 |
| REDIRECT EXAMINATION BY MR. TORRIENTE | 31 |
| RECROSS EXAMINATION BY MR. GILBERT | 34 |
| MARIO QUINTERO-LARA | 36 |


# E X H I B I T S


| GOVT.'S NO. | DESCRIPTION | MARKED | ADMITTED |
|---|---|---|---|
| 3.4-3.48 | Transcript of recordings | | 66 |
| 15 | Document | | 66 |

| DEFT.'S NO. | DESCRIPTION | MARKED | ADMITTED |
|---|---|---|---|
| 14 | Photograph of ferry | 11 | |
| 13 | Map of border area | | 13 |

P R O C E E D I N G S

(Whereupon, at 9:46 a.m. the trial resumed, and the following ensued:)

THE COURT: Good morning, ladies and gentlemen.

THE JURY: Good morning.

THE COURT: Good morning, Mr. Gilbert. Whenever you're ready.

MANUEL LOPEZ-JAIMES,

a witness produced on recall of the government, having been previously duly sworn, was examined and testified further through the interpreter as follows:

CROSS-EXAMINATION (CONTINUED)

BY MR. GILBERT:

Q. Good morning, Mr. Jaimes.
A. Good morning.
Q. Have I been doing it wrong? It's Jaimes-Lopez, isn't it?
A. No. Lopez-Jaimes.
Q. Okay. So I want to ask you a little bit about the border area in Tamaulipas and Texas.
A. Okay.
Q. You're pretty familiar with that area, right?
A. Well, yes.

Q. I mean, you were a major drug trafficker in the Texas border area, right?
A. Well, I don't know if major, but I did do drug trafficking.
Q. All right. The federal authorities seized nearly 30,000 kilograms of marijuana, right?
A. Yes, but that's a conspiracy. It's not all mine.
Q. Well, you were head of the conspiracy, right?
A. Well, part of the group. I'm not in charge. I'm not the head. I'm part of the group.
Q. Well, Alvaro Vega and Miguel Zamora worked for you, right?
A. No. Alvaro Vega did. Miguel Zamora was the one who bought the drugs. He was the one who sold them in Houston.
Q. All right. And the conspiracy had -- over 250 kilograms were seized by the government, right?
A. More than what, 200 --
Q. And 50 kilograms of cocaine.
A. For me, the ones that I was responsible for were 100 kilos of cocaine. Maybe Miguel Zamora, possibly, because he bought from other people, but not me.

Q. Well, you told us yesterday that the lawyer you trusted with your life, if he put something in the plea agreement, the jury can consider that as true, right?
A. Yeah. Yes.
Q. All right. Let's see if this is working. Okay.
Mr. Lopez-Jaimes, I have on the screen what has already been admitted in this trial as Defense Exhibit 8. It purports to be a map of Los Guerra.
Does that look right to you?
A. Well, that's very small writing, and I'm unable to fully read -- to see it very well. There, it says "Los Guerra."
Q. Yeah, but the streets, Vicente Ramirez, the 28th of February, those are all the streets in Los Guerra, right?
A. I don't know about the street names. Miguel Alemán is where I live, and I don't know street names for Los Guerra.
Q. But you've been to Los Guerra, right?
A. Yes. I've been to Los Guerra, but I don't know about addresses. I know where people live, but I don't know exactly where the addresses are. I know where their house is, but I don't know about a house

number or street numbers.

Q. All right, sir. I'm going to put up on the projector for everyone to see what has been marked as Defense Exhibit 7 for identification.

I'm sorry. It's already been admitted into evidence, so it's Defense Exhibit 7.

This shows the relationship -- it's a map that shows the relationship of Los Guerra and Miguel Alemán, right?

A. Okay.

Q. And this shows Miguel Alemán, the city?

A. Yes. Yes. Yes.

Q. Roughly, where did you live?

A. Well -- well, the thing is, you find your way around. Like, I know how I can arrive at my house. You go north --

THE INTERPRETER: Interpreter correction.

THE WITNESS: You go on the way from the compass, past the "Feria" --

THE INTERPRETER: Your Honor, may the interpreter request a clarification?

(Discussion held off the record.)

THE WITNESS: You go past the weigh station or the weigh -- the street that has the weigh scales on it, and you go towards the avenue, towards the

"Feria," or fair, and then you arrive -- you go to the Colony of Los Muertos, Colonia del Muerto, which is where I lived. That's where I live, in Colonia del Muerto.

So you don't use addresses. You just know your way around. And I don't know a house number, or you don't use house numbers, but I live in Colonia del Muerto. The place that I live is called Colonia del Muerto, and I know how to get there.

BY MR. GILBERT:

Q. All right. Can you tell us, even generally, what part of the city Colonia del Muerto is?

A. Well, I don't know -- I don't know here. I know you turn on the main street. You make a right on the main street going towards -- it's close to San German, the Colonia San German.

Q. All right, sir.

You have talked about the Plaza Miguel Alemán. Did that Plaza, as controlled by the Cartel, did that include just the city of Miguel Alemán?

A. Well, the Miguel Alemán Plaza is the one that controls a whole area. The Miguel Alemán Plaza is the base, but they control from Ciudad Guerrero all the way up to Camargo. But each little -- each town or city has its own base. So he would have a

commander in Mier, a commander in Nuevo Los Guerra, a commander in Los Guerra and in Camargo -- in Guerrero and in Camargo. But the Miguel Alemán Plaza controls that whole area.

Q. All right. So I have put on the screen for everybody to see what has been at admitted into evidence as Government's Exhibit 5.2.

A. Yes, sir.

Q. And so the Plaza de Miguel Alemán would include everything down to Camargo and up to Guerrero, correct?

A. Yes, sir. As far as I can -- what I -- that's what they control, the one in charge of Miguel Alemán.

Q. All right. You crossed -- sometimes the drugs that your conspiracy obtained from Mexico, sometimes they crossed by river?

A. Well, it was mostly crossed over by the river.

Q. But for the really big loads, you could also cross them in a car or a truck over the bridges, right?

A. But all the drugs go over Rio Bravo or Rio Grande.

Q. Well, they have to go across somehow in

order to get from Mexico to the United States, right?

A. Yes. But it's not over the bridges. It's the river, through the --

Q. So you never had -- well, the money, how about the money? The money went the other way, over the bridges, right?

A. Well, using the bridges as well, but mostly the river. Most of it goes by river.

Q. And there's at least a dozen bridges in Tamaulipas alone between Mexico and Texas, correct?

A. There are lots of bridges. There are bridges in Reynosa, Miguel Alemán to Guerrero there are bridges. There are two bridges in Reynosa; there are bridges in Camargo, Diaz Ordaz. They can all go through that way. But they mostly go through the river. If there's too much control happening on the bridges, then you go the river.

Q. Let me ask you: There is a ferry that runs across the Rio Bravo near Gustavo Diaz Ordaz through Los Ebanos, Texas, right?

THE INTERPRETER: Your Honor, may the interpreter request a repetition of the Texas town?

MR. GILBERT: Los Ebanos, E-B-A-N-O-S.

THE INTERPRETER: Your Honor, may the interpreter request a clarification of a term?

THE COURT: Sure.
(Discussion held off the record.)
THE INTERPRETER: Your Honor, the term the interpreter was clarifying was "ferry" in English.
THE WITNESS: So I told you that you could go that way, and there is a ferry. There is a ferry that goes by.
(Defendant's Exhibit Number 14 was marked for identification.)
BY MR. GILBERT:
Q. The clerk has been kind enough to hand you what has been marked as Defendant's Exhibit 14 for identification.
Do you recognize that picture?
A. That is a ferry. I'm not sure if it's the Diaz Ordaz one.
Q. All right. Does it look like the ferry that crosses the river there?
A. Well, I have never crossed over at that point. I know it's there, but I have never crossed over there.
Q. All right. Let me ask you this question: This is the way the river looks at -- near Diaz Ordaz, right?
A. Well, I don't know if that's Diaz Ordaz. I

don't see the city of Diaz Ordaz here. I know the city of Diaz Ordaz, but I don't know what the river looks like there.

Q. Okay. All right. Let me ask you just a little bit more questions about geography.

All right, sir. I've had the clerk hand you what has been marked Defendant's Exhibit 13 for identification.

Now, that's a map that purports to show the border area, including the checkpoint at Falfurrias.

Do you recognize that?

A. Well, I know the checkpoint, but I can't read it here. I can't read it here.

Q. Well, you know the roads, right?

A. Yes. I know the way.

Q. All right. You know that the United States Highway 281 runs north from McAllen on the way up to Houston, right?

THE COURT: Mr. Gilbert, have you shown a copy of this to the government?

MR. GILBERT: Yes.

THE COURT: Is there any objection?

MR. McCULLOUGH: No, Your Honor. It's a map.

THE COURT: Why don't we admit it into

evidence so while you're showing it, the jury can be following along.

MR. GILBERT: All right.

(Defendant's Exhibit Number 13, previously marked for identification, was received in evidence.)

BY MR. GILBERT:

Q. All right. And so this is the road, 281, that runs from the border area up in the direction of Houston, right?

A. Yeah.

Q. All right. So when you talked to us yesterday about having your drugs -- or your conspiracy's drugs seized in Falfurrias, that was this place north of the border, right?

A. Well, some of it would be seized in Falfurrias, others in Corpus, and others in Houston.

Q. All right. I want to talk to you a little bit about the phone calls that you testified about yesterday.

A. All right.

Q. Do you have the -- you have the book of the calls up there, right?

A. Yes, I believe so.

Q. All right. Let's start with the shooting incident that happened on May 31 of 2007. Turn to Tab 43.

Now, I want to direct your attention to Paragraph 2.

A. All right.

Q. And this man, who you couldn't identify by his voice, says that he's behind the "eight."

Do you see that?

A. Yes, I see it.

Q. Where is that?

A. The thing is, the group or the organization has code words, so "eight" could be a code word for the location where the shootout is, because you have codes such as behind the "Chevrolet," behind the "Soriana." You have different points that you refer to. And so they would be telling you where a shootout is happening. The organization -- we have points such as -- we'll see -- well, we'll see you behind the Chevrolet, or we'll see you behind the park, or the Plaza or "perales" -- just many points, points that are referred to in code. And they are the only ones that know where they are so that they know among each other what they're referring to.

Q. So you don't know what "eight" means?

A. I don't know. It could be a gas station, a restaurant. I don't know. It's their points, their points in code.

Q. Okay. Well -- well, actually, turn to Tab 44 for a minute, next tab.

That's you calling Mr. Cano-Flores, right?

A. Yes, sir.

Q. Okay. Well, where were you?

A. In McAllen.

Q. You were in McAllen. And you could hear the shots?

A. No. I was called by either my brother-in-law or my wife, I don't remember, or maybe I called and they said that there was a shootout in Miguel Alemán. And I called and they said -- you know, asked what's happening in Miguel Alemán, and they said there's a shootout.

Q. Okay. But they actually were living in the city of Miguel Alemán, right?

A. Yes. My wife and my brother-in-law, they lived in Miguel Alemán. They're still living in Miguel Alemán, all my families and all the relatives. Being in McAllen, I would call every thirty minutes, every fifteen minutes, my wife, my children, my friends, keeping in touch with -- you know, to see

what's happening.

Q. So when you called him -- that is, when you called Mr. Cano-Flores, you were calling him about a shooting in McAllen, not a shooting in Los Guerra, right?

A. No. No. No. In Miguel Alemán. No, I was in McAllen. I talked to Miguel Alemán, and I am told there is a shootout.

Q. All right.

A. So for me to find out more information, to see what is happening, I called "Yeyo" -- I called him, "Yanqui."

Q. Let's go back to Tab 43. Again, going to Paragraph 2, the unknown male is telling Mr. Cano-Flores that it was the "Tommy's" against one single dude.

Who were the "Tommy's"?

A. As I repeat, these are code words that the organization has. And the "Tommy's" could be the group of Special Forces coming from the capital. It could be the Judicial Police, Federal Judicial Police, or it could be the state police, it could be preventive police. And the codes are changing very frequently, because the radios are seized frequently as well. So the codes are discovered, and so they are

changed very frequently as well.

Q. Do you know what the letters "PGR" stand for?

A. Yes, sir.

Q. What does that stand for?

A. It's the Federal Judicial Police. It is the Federal Judicial Police. Many will call it federal police, but it is mainly -- the PGR is mainly called Federal Judicial Police.

Q. All right. And going down to Paragraph 8, it talks about the AFI. Do you know what group that's referring to?

A. It's the Federal Judicial in Mexico. It got changed, the name. Now it's AFI.

Q. So the PGR is now the AFI?

A. Yeah, but many people don't know it yet as the AFI. They still call it the PGR. But it has changed because now they even wear a different badge that says AFI.

Q. All right. Let's turn to Tab 45. And so, in Paragraph 8, Mr. Cano-Flores asks the unknown male whether he can still hear the commotion, right?

A. Yeah. You can read -- that's right. You can hear the commotion, yes.

Q. And that person says, it's nice to be over

here listening and watching instead of over there shooting, right?

A. Yes, sir.

Q. And that's -- that's because the man who's talking to Cano-Flores, he's not part of the shooting, right?

A. Right, that he's not part of the shootout, no.

Q. All right. They do talk -- the unknown man talks about two names. One of them is "Meme." That starts when Cano-Flores asks him about it at Paragraph 14.

Do you know who "Meme" is?

A. No. "Meme" is a common name in Mexico.

Q. All right. How about "Tacones"? Do you know who "Tacones" was?

A. No. No.

Q. Then let's turn to Tab 46, which is the last one that has to do with this incident. I'd like to first direct your attention to Paragraph 3, and the unknown man is saying "the eighty are here."

Do you know who he was referring to by the name "the eighty"?

A. "The eighty" is a name many use to refer to the Mexican Army.

Q. And in that same paragraph, they talk about "the MP arrived."

Do you know who the "MP" is?

A. The "MP" would be the prosecutor's office, but they don't specify whether it's a federal prosecutor's office or the state prosecutor's office. But it would be MP, Ministerio Publico, prosecutor's office.

Q. And so Mr. Cano-Flores then asks them -- asks the unknown man whether the Army and the prosecutor's office seized anything, right?

A. Yes.

Q. All right. I want to switch and ask you a little bit about the -- let's turn to Tab 23. Now, this is a call --

I'm sorry. Are you at Tab 23?

A. Yes, sir.

Q. This is a call that you say was your brother talking to Mr. Cano-Flores?

A. All right.

Q. Okay. Did you hear any other conversations in which your brother is on the call?

A. I just heard this call.

Q. All right. In -- your brother is talking about "Metro Tres," Samuel Flores Borrego?

A. Samuel Flores Borrego.

Q. Have you listened to any calls between your brother and "Metro Tres"?

A. Yeah, but I wouldn't think that they would have any calls between my brother and "Metro Tres," because what he's saying here is that there's drugs going that is -- that belongs to "Metro Tres." He's reporting, "Yanqui," -- that the drugs are -- belong to "Metro Tres."

Q. Well, how would your brother know who the drugs belong to if he wasn't talking to "Metro Tres"?

A. Because the person who is passing the drugs says, okay -- or tells the commander, this is who the drugs belong to. Because, for example, if I get some drugs and I'm, like, okay, I'm gonna send you the drugs, and the drugs are mine, and they also have some that belong to "Tres," they have some that belong to "Catorce," some that belong to "Mamito," some that belong to whoever -- whoever that is in the shipment -- you tell them, and they know who it's going with.

Q. Okay. Now, let's talk about the other two calls that you had with Mr. Cano-Flores. They're at Tab 47, 48. I'll start with 47.

All right. Where were you when you made

this phone call?

A. I was in McAllen, Texas.

Q. All right. And how long had you been at McAllen, Texas?

A. Well, I've been in McAllen since 2006, January of 2006.

Q. And that's because it's not safe for you to come back to Miguel Alemán, right?

A. Yes, sir.

Q. All right. Now, the government was also monitoring your telephones during this time, right?

A. Well, I didn't find that out until I was detained. I didn't know; otherwise, I wouldn't be using the phones.

Q. Right. You didn't know how come they kept taking all the marijuana and the money.

A. If I would have known, I wouldn't have -- I mean, I changed phones; I changed everything around, but no.

Q. All right. You told us that this was -- this -- this is referring to a drug transaction. That's your testimony, right?

A. Well, the call's there. It's not what I'm saying. The call's there. I'm not making it up.

Q. Well, you have told us that there's certain

words that are used to describe marijuana or to describe cocaine, right?

A. Yes, sir. Well, the cocaine --

THE INTERPRETER: Interpreter correction.

THE WITNESS: The marijuana, you say kilos, you say pounds, or pound. That's what you're saying when you say -- when you're referring to marijuana.

When you talk about cocaine, you say "the small ones"; you say "the squares"; you say "the devices."

BY MR. GILBERT:

Q. All right. And none of those words are in this call, right?

A. No, but it's marijuana because it says kilos, 200, 300 kilos. That's marijuana because you don't send that much cocaine all at once.

Q. All right. Well, tell us which paragraph has the 200 and 300 kilos in there.

A. No, because -- no, because right there, what he's saying is, Godson, take a look and see what's there, because it fell or it was taken. But I know it's marijuana, because I gave it to him.

Q. I'm sorry. I'm talking about Tab 47.

A. It's 47, right? This is Tab 47.

Q. Right. But it doesn't say anything about

falling.

A. Well, wait. I wasn't even looking at this, but here, it says, "Buddy," and then the answer, "What's up? What's up? What's up, Godfather. How are you?"

And then the answer is, "Good. Good, Godson. I'm looking at a -- they're looking -- they're looking to see if they pass it to you soon. They're checking."

And "they're checking" means that they're looking to see if they are able to send the drugs over -- the drugs over.

And then I answer, "Godfather, be careful there. Be careful. We're here. Call me for whatever reason."

Q. All right. And so now that you're looking at the Spanish in Tab 47, do you agree there's no mention of kilos?

A. No, but that's what I'm saying. What I'm saying is that when he says that they're checking. It's in order to send over the marijuana because what would you be checking? You're checking to see if you can send it.

Q. All right. There's no numbers at all in this conversation, right?

A. No. But how are you going to say over the phone, hey, are you going to send me the marijuana? Yes, the marijuana is coming? You're not going to say that. "Checking" is the word that is used. We're checking, we're looking. We're checking to see if we're able to send it over. "Checking" is what you're going to say. He's going to check.

So when you say, "I'm checking," you're not going to say I'm checking to see if I can send you the cocaine, or if I can send you the marijuana, or if I can send you the money, or if I can send you the weapons. You say "I'm checking."

When you say you're checking, you're checking to see if it's, in fact, clear. And if it is clear, then you can send the cocaine or you can send the weapons. You're checking to see if it's clear, that there's no soldiers, that there's no immigration. What you're checking is to make sure that the passage is clear.

Q. Now, you got -- you're telling us, I believe, that this, this transaction that you say the checking is about also involved "Charly" Hinojosa; is that right?

A. "Charly" gave "Yeyo" the marijuana, a thousand kilos of mine.

Q. All right. Any calls between you and "Charly" that you listened to?
A. No.
Q. Any calls between Mr. Cano-Flores and "Charly" that you listened to?
A. No. They only showed me mine. That's it.
Q. All right. Then there's a call, Tab 48. Now, it is your testimony that this is about the same transaction that you say the last call was about, right?
A. Yes, sir.
Q. Okay. No phone calls between you and Mr. Cano-Flores in those three days?
A. Well, I just talked to him when he was sending the drugs over, or when I needed a favor. I did not talk to him constantly.
Q. All right. But your testimony is that during these three days, he's got a thousand kilograms of your drugs, right?
A. Well, I don't know. It could have been that he had it for longer. I don't recall exactly when it was that it was given to him and when it was that he sent it over. I don't recall. I don't know exactly.
Q. Well, who is it that you say the drugs were being sent to?

A. I gave it to him for him to give it -- for him to send it over to me.

Q. No. You're in McAllen, Texas, right?

A. Yes, sir.

Q. So you didn't give him the drugs?

A. No, I didn't give him the drugs. I saw him in Reynosa, and I asked him if he could send them to me because I could not go to Miguel Alemán.

Q. All right.

A. Because I can't go to Miguel Alemán.

Q. And according to you, "Charly" Hinojosa is involved in this transaction as well?

A. Yes, because I gave it to "Charly." "Charly" received it.

Q. Okay. Where did you give "Charly" Hinojosa the drugs?

A. "Charly" Hinojosa picked it up in -- in -- in -- oh, hold on. I forgot the name. Right there next to -- right there next to it -- Rancherias. The truck went to Rancherias, and that is where the drugs were picked up. I told him -- I told "Charly" to get it there.

I mean, I don't know if it was "Charly" directly. It could have been his people, because "Charly" had people who go -- who went to pick it up.

So I don't know if it was "Charly" directly or his people, but that's where he got it.

Q. All right. And it's your testimony that half of these drugs were seized at the Falfurrias checkpoint?

A. Yes. A thousand kilos were taken, 1,000, 1,100 pound. Well, maybe it could have been about 1,600 pounds, but it was mine. It was about a thousand kilos and a bit, 500.

Q. Well, how much was seized at the Falfurrias checkpoint?

A. I think it was about 16,000 plus pounds. It could have been more. I don't know, because I gave it to the guy, and the guy that I gave it to, that's who it was seized from. I gave him some, and it could have been that lots of other people gave him some as well. I don't know who else was in on it. I just know what I saw in the paper.

And I saw it in the paper because the day I was arrested, they showed me that there was a newspaper article, and that there happened to be some calls that were mine on that same day.

Q. You mean calls that you were making when you learned that your drugs had been seized at the Falfurrias checkpoint?

A. No. I get calls constantly. I'm being kept abreast of what's going on. And the brother, the one that dealt with transportation, would call me, or somebody else who saw something would call me. There, the one who called me is the one who is in charge of the fleet, "Loco" Villareal.

THE INTERPRETER: Interpreter correction.

THE WITNESS: The brother, the one from the transportation, told me that there was an accident, and then he showed me the paper.

BY MR. GILBERT:

Q. All right. But "accident" meant that your drugs were taken, right?

A. Yes, and then I saw it in the paper.

Q. Right, because you had 16,000 pounds of your drugs headed to Houston, right?

A. No. Mine was 1,100 pounds. The guy may have been taking 16,000 or 20,000 pounds, because he's the one who takes it from the border through McAllen, over to McAllen and up to Houston. But he may be taking 1,000 of mine or 1,000 of somebody else's, 3,000 of somebody else's. I don't know how many people are in on it. I don't know who's in on it. All he tells me is I'm going to take yours.

So I know how much mine -- how much of mine

is there, because for him it's not worth it unless he's taking 4-, 5-, or 6,000 of other people's as well.

Q. Well, how do you get yours once it gets to Houston?

A. The one who's in charge of transportation calls you and says, here we are. We're here. Give me the car. And he gets the car, or somebody gives him a car, and in the car, they bring it to wherever it is that they're taking it.

Q. All right. Let me just ask you about one other aspect of this transaction that you had with Mr. Cano-Flores and "Charly" Hinojosa.

A. And Cano-Flores.

Q. As I understand it, you wanted "Charly" Hinojosa to put into the hands of Mr. Cano-Flores some amount of marijuana, right?

A. I told him -- I said, "Charly," can you take the thousand of mine and please give it to Cano-Flores, and then it was for him to give them to Cano-Flores. I don't know if he took them himself. I don't know if he sent some -- if he sent one of his workers, if he sent one of his agents or one of his people.

But then he'd say, okay, partner, I've

handed it over. And then Cano-Flores would call me, and say, hey, partner, I got it. I got yours right here. He confirmed that he had the drugs, and just -- let me take a look and check and see when I could send it over and when I can, I will.

Q. And you told us yesterday that the reason that you went to Mr. Cano-Flores is because he was a Plaza Boss in Los Guerra, right?

A. Yes, sir.

Q. All right. And you were not permitted to do the Cartel's business in Miguel Alemán, right?

A. Yes, because "Three" was mad -- "Tres" was mad.

Q. And you said that you called the defendant because he was a Plaza Boss?

A. Yes, because he was in charge, he was a commander, and for the reasons that, well, he crossed them over for me.

Q. All right. And you told us yesterday under oath that a Plaza Boss has the ability to cross the drugs over. Nobody investigates him so he has the ability to cross the drugs over and nobody questions that?

A. Well, I was referring to among the people of -- among the commanders, among the people of the

same group from the Cartel.

Q. And so it is your testimony today that, as a Plaza Boss in Los Guerra, nobody from Miguel Alemán would investigate what he was doing?

A. They don't question in the sense that if -- if, for example, they cannot cross through Los Guerra, then they go through -- they can cross over Miguel Alemán or Rancherias or Camargo. But in that case, they would just call and say, listen, it got hot here; can I cross over there? And so that's all.

MR. GILBERT: Your Honor, I don't have any further questions of this witness.

THE COURT: Any redirect?

MR. TORRIENTE: Just briefly, Your Honor.

REDIRECT EXAMINATION

BY MR. TORRIENTE:

Q. You were asked whether you were arrested -- ever arrested for murder in Mexico, and your response was no, due to police corruption.

THE INTERPRETER: Could the interpreter have a repetition of the last part.

MR. TORRIENTE: Yes.

BY MR. TORRIENTE:

Q. You were asked whether you were ever arrested for murder in Mexico, and you said no, due to

police corruption?
A. Yes, sir.
Q. What police officer helped you get rid of that arrest warrant?
A. "El Yanqui."
Q. You were asked a lot of questions about legal paperwork that you went over with your lawyer.
A. Yes, sir.
Q. You didn't seem to remember all the details of that legal paperwork?
MR. GILBERT: Objection. Leading.
THE COURT: Sustained.
BY MR. TORRIENTE:
Q. Did you remember all the details of that legal paperwork?
A. Well, no, because I -- I couldn't read it, so I trust my attorney. Otherwise, why would I have an attorney? So he would read it and he would explain.
Q. During your testimony, you gave a lot of details of your interactions with the defendant. How is it you're able to remember those details so well?
A. Because these are things that I lived through.
Q. In call 45 -- I'd like you to turn quickly

to Tab 45. Defense counsel asked you about Paragraph 11. And according to that paragraph, an unknown male tells the defendant, "I said it's nicer to be back here listening and watching instead of over there, among the shooting."

A. Yes.

Q. What was the defendant's response to that?

A. Well, he said that it's the same, to be there. He said, well, no, Godson, it's the same thing, being there or listening to it.

Q. And then in Tab 46, defense counsel asked you some questions about the call. I want to ask you about Paragraph 7.

What does this person report to the defendant was seized at that scene?

A. That an Uzi was seized, and also that two kilos had been seized, but he didn't know whether it was weed or cocaine.

Q. And why would somebody report that to the defendant?

A. Because as a Plaza commander, he has to know what's happening, what is passing, what it taken, who the house belongs to.

Q. Okay. And defense counsel asked you a couple of questions about the calls 47 and 48, which

are between you and the defendant. How do you know on those calls that you were talking to the defendant about drugs?

A. Because he has drugs that are mine, so I'm calling to check -- to check what's happening, whether he can pass them or not. And then he calls me, hey, Godson, you know, they got lost.

Q. And why did you want the defendant to cross your drugs?

A. Because, since I could not come to Miguel Alemán and he was a commander, it was safe with him. Because if I had given the drugs to someone else, for example, and he was asked, he would have said, oh, these drugs belong to "Manolo," and then they take it from him, and this would not happen with -- these people could say that "Manolo" could not go through here.

Q. And for what organization was the defendant a Plaza Boss for?

A. The Gulf Cartel.

MR. TORRIENTE: I have no further questions, Your Honor.

THE COURT: Any other questions, Mr. Gilbert?

RECROSS EXAMINATION

BY MR. GILBERT:

Q. The shooting incident that you called about, because you were concerned, happened in Miguel Alemán, right?

A. In Miguel Alemán or Los Guerra. I -- because it's so close, that if there's a shootout in Miguel Alemán, you could hear it in Los Guerra. They're so close. Everything there -- there's a place called Lindavista; also, they're so close. It's all part of Miguel Alemán.

Q. But he wasn't the Plaza Boss in Miguel Alemán, right?

A. No, he was not a Plaza Boss in Miguel Alemán, but any Plaza Boss is told what is happening around there, and it is so close, they're always calling and reporting what is happening on the radios.

MR. GILBERT: I don't have any further questions, Your Honor. Thank you.

THE COURT: Anything?

MR. TORRIENTE: Nothing from the government, Your Honor.

THE COURT: Ladies and gentlemen, we're going to take our break at this time. If you'll retire to the jury room, we will be in recess at least fifteen minutes, maybe a little longer.

(Whereupon, at 11:01 a.m. the witness and the jury left the courtroom and the following ensued:)

THE COURT: Counsel, I thought that now might be an appropriate time to bring Mr. Quintero back and ask him whether he's changed his mind and is willing to testify.

MR. McCULLOUGH: Sure.

THE COURT: Okay. Let's do that. I don't know how long it's going to take.

(Whereupon, Mr. Warren entered the courtroom.)

THE COURT: Mr. Warren is here.

MR. WARREN: Good morning.

THE COURT: So we have half the team present.

MR. McCULLOUGH: Your Honor, I did submit a proposed order to Your Honor --

THE COURT: It's been signed and filed.

MR. McCULLOUGH: I didn't know it had been approved.

THE DEPUTY MARSHAL: Since they're separated, we have to take one down and bring the other one back up.

THE COURT: Why don't we take a brief

recess, and you let us know when he's back up. Okay?

THE DEPUTY MARSHAL: Okay.

(Whereupon, at 11:02 a.m. a recess was taken and at 11:23 a.m. Mr. Quintero-Lara entered the courtroom and the following ensued outside the presence of the jury:)

MR. WARREN: Your Honor, pardon me for interrupting. I had an opportunity to speak to Mr. Quintero. However the Court wants to proceed, but I think if the Court were to just ask him if he intends to answer questions or not, I think that would expedite the process.

THE COURT: Well, that's what I was going to do.

MR. McCULLOUGH: I have certainly no objection to that, Your Honor.

MARIO QUINTERO-LARA,

a witness produced on recall of the government, having been previously duly sworn, was examined and testified further through the interpreter as follows:

THE COURT: Mr. Quintero, I brought you back here to ask if you have changed your mind and are willing to answer questions posed to you by the government.

THE WITNESS: (In Spanish, not translated.)

THE COURT: You would still assert the Fifth Amendment?

THE INTERPRETER: Would Your Honor like the interpretation of the response?

THE COURT: Yes.

THE WITNESS: No. I am in -- I maintain the same position.

Yes, I'm not going to testify.

THE COURT: You realize the Court could still detain you until the case is finished, right?

THE WITNESS: Right.

THE COURT: Okay. Okay. Escort the prisoner out.

(Whereupon, the witness left the courtroom.)

THE COURT: Mr. McCullough, the thought -- the Court's given a lot of thought to this and, believe me, I recognize your concern and everything you say about Mr. Quintero's obligation to -- as a citizen to testify.

If I detain him over the weekend, he won't -- I think he already knows this case is wrapping up. There is no incentive for him to change his mind, because I'll be releasing him Monday morning anyway. So I don't think detaining him over the weekend is going to have the effect of having him

change his mind. If he stays over -- I think, as pointed out, if he stays over the weekend, why would he change his mind to testify when he's going to get out of here on Monday anyway? So my --

MR. McCULLOUGH: Your Honor -- I'm sorry.

THE COURT: Go ahead.

MR. McCULLOUGH: I think the Recalcitrant Witness Statute is designed to convey the message that actions have consequences and decisions have consequences. And I -- I already gave you my wrapped-in-the-flag speech about how I think he's incredibly derelict in his civic duty. And while I think what he does is morally reprehensible, it's certainly not, to my way of thinking, at this point anyway, criminal.

However, I believe quite strongly that this was probably planned from the beginning by Mr. Quintero in terms of what he was going to do and what he was not going to. He took the liberty of scheduling -- without knowing exactly when or for how long he would be on the witness stand, he scheduled, apparently, several concerts, for which I'm sure he will be very generously paid to go sing his songs about drug trafficking and murder and the other things that he does to make money while living in our

country.

And I think that his actions should have consequences, and I think he should be required to sit in that jail cell and think about his civic obligations and what he bought into when he fled to our country and applied for citizenship.

THE COURT: I hear you, Mr. McCullough. And, believe me, it's a -- it's an almost persuasive argument. The trouble is --

MR. McCULLOUGH: What am I missing?

THE COURT: You're missing the fact that this is not a criminal contempt, and, therefore, it is not designed to be punitive, and it's designed to be coercive. And it's not gonna be coercive to keep him here for a weekend when I'm going to release him on Monday whether he testifies or not. And he's gonna know that. If he doesn't already know it, he's going to know it because his attorney, sitting here, is going to tell him that.

You and I know this case is coming to an end on Monday, and -- well, it's actually coming to -- coming to -- if I release Mr. Quintero, it's coming to its evidentiary end today.

Frankly, Mr. McCullough, other than having him sit there and think about the fact that he is

derelict in his civic duty, I don't think keeping him here for the weekend is going to accomplish anything. This man is not -- I'm convinced is not going to testify.

You may be right, that he knew this all along and, therefore, should have notified you, and given you and the Court more time to cope with it. But it is what it is. I think to keep him here over the weekend would be more punitive than coercive, and I don't think we should be doing that in a case of civil contempt.

So I, at some point today, will be ordering his release.

MR. McCULLOUGH: Your Honor, I certainly -- that's certainly within your discretion, and I'm not going to -- to continue to argue my case, that I clearly lost. I think it would be in the public good if you would release him with a stern lecture.

THE COURT: I have -- that, I will -- I will do.

MR. McCULLOUGH: Because the next time we have one of the situations where we have a "narcocorrido," he'll be here at day one of trial and not day twelve.

THE COURT: I think that, if he were here

earlier, if this becomes an issue and he were then able to be detained longer -- but who knows? It might have a more salutary effect on his decision.

MR. McCULLOUGH: It might. That's a lesson learned for me.

THE COURT: Well, you didn't know that this was going to take place this way. But there are other cases.

Just out of curiosity, Mr. McCullough, are you going -- this case is going to wrap up --

MR. McCULLOUGH: Yes.

THE COURT: -- very soon, which means -- are you going to be free to try Judge Kotelly's case, or what do you think?

MR. McCULLOUGH: Well, because of scheduling, Judge Kotelly's case was reassigned to one of my colleagues. It was my case. And it's up to my supervisors whether I -- where I go and what I do. At this point, I do not believe that I will be -- certainly not in the first chair capacity in that case. I may be in the second chair capacity.

THE COURT: Okay. Well, in that case, since we are now --

Is the government resting?

MR. McCULLOUGH: We have some evidence to

move in formally.

THE COURT: Well, subject to that?

MR. McCULLOUGH: Subject to that, we have no further witnesses.

THE COURT: Okay. And what about the defendant?

MR. GILBERT: We will rest as well.

THE COURT: Counsel, let me give you a game plan I'm sure you're interested in hearing.

What I'd like to do is call the jury in, explain to them that we are at the conclusion of the evidentiary portion of the case. They still must not discuss the case -- I told them that -- and bring them back at 9:00 on Monday for me to instruct and for you to close.

The reason I suggest 9:00 is that it will give us the whole morning, and maybe we can be finished by noon and they can deliberate in the afternoon.

That schedule sound okay to counsel?

MR. McCULLOUGH: That works fine for the government, Your Honor. I would inquire -- we haven't had a chance to discuss it yet -- how much time are you going to give us for closing arguments and rebuttal?

THE COURT: I believe my order says forty-five minutes. Is that enough?

MR. McCULLOUGH: The standing order addressed opening statements, but I don't believe it addressed closing statements.

THE COURT: Ah, it should have. Would forty-five minutes be enough? Because I know the opening statements are half an hour, and I certainly don't expect you to do that.

MR. McCULLOUGH: Your Honor, the government would request -- because of the amount of phone calls that are at issue here, we'd request a little bit more time. I would like at least an hour for summation and thirty minutes for rebuttal. I'd really like a day, but I know you're not going to give me that.

THE COURT: I'm sure you can fill up a week if I gave counsel the time.

How about an hour, including rebuttal? You think you can do that? Or how about an hour and fifteen minutes for rebuttal? There's a compromise, all right? An hour and fifteen minutes.

MR. McCULLOUGH: Yes, Your Honor.

THE COURT: And then I'd be giving you an hour and fifteen minutes for your whole argument.

MR. GILBERT: That would be fine, Your

Honor.

THE COURT: Okay. Neither of you have to use it all. If you find over the weekend you can cut it down, the jury will -- well, in that event, I don't think we will be finishing in the morning. I think we'll go into the afternoon. So we'll probably break -- well, we'll see. But --

You don't want to split your argument, do you, Mr. Gilbert?

MR. GILBERT: Well, obviously, I would prefer not to. But what I'd prefer even less is my finishing my argument and then the government having a long lunch hour to write the rebuttal.

THE COURT: Oh, no, I wasn't going to do that. I was thinking -- I think I'll move it back to 9:30, and then we'll break at lunch, and then you'll go on, and then you'll have rebuttal in the afternoon. How does that sound?

MR. GILBERT: That would be fine as well, Your Honor.

MR. McCULLOUGH: That's fine.

THE COURT: The only problem there is they're not going to get to deliberate at all, but -- hardly at all, but that's all right. They can come back on Tuesday.

MR. GILBERT: They'll be able to elect a foreperson and figure out what else they want, and so forth.

THE COURT: Okay. Let's bring in the jury and excuse them.

Counsel, you will be prepared to discuss jury instructions?

MR. McCULLOUGH: The government's ready.

MR. GILBERT: We're basically ready as well, Your Honor. There's one instruction on the jury recording of transcripts that I want to think through a little bit more, but the rest of the instructions, I've got my comments, and there are very few, actually.

(Whereupon, at 11:35 a.m. the jury entered the courtroom and the following ensued:)

THE COURT: Please be seated, ladies and gentlemen.

Ladies and gentlemen, I want to inform you that we have reached the conclusion of the evidentiary portion of the case. The government and the defendant have rested. That means that the evidence is in upon which you will ultimately deliberate.

But the case is not over. I have to give you instructions of law, and the parties will have an

opportunity to give you closing arguments. That's going to happen on Monday, not this afternoon. There's just too much work for us to be doing to even think about this afternoon.

So I'm going to ask that you be here at the usual time on Monday -- actually --

No. Be here at the usual time on Monday, and at that time, you'll hear my instructions on the law that will govern your deliberations, and you will hear closing arguments by counsel for the better part of the day.

Most importantly, because the case is not over yet -- remember, you haven't heard instructions or closings -- you are still under my order not to discuss this case amongst yourselves or with anyone else.

So you are going to have a nice weekend, I hope. You'll have other things to talk about and think about, and we'll see you back here on Monday.

But, again, that order is just as important now as it was all throughout the case. You'll have lots of time to discuss the case amongst yourselves when we finish closings on Monday.

So you are excused for the day and for the weekend, and we'll see you back here on Monday.

(Whereupon, at 11:38 a.m. the jury left the courtroom and the following ensued:)

MR. McCULLOUGH: Boy, they look heartbroken.

THE COURT: I didn't want them to sound quite that excited about it.

Counsel, do you need some time to organize your thoughts, or what?

MR. McCULLOUGH: Government's ready at the Court's convenience.

THE COURT: I'm sorry?

MR. McCULLOUGH: We're ready whenever the Court wants to go.

MR. GILBERT: Your Honor, why don't we start, because if there are issues that we're stuck on, then I think that would be a more productive time to give us some time to reply to you -- reply to the other party.

THE COURT: Okay. And there's the magic...

Okay. Does the government want to lead off with their problems, such as they are, with the jury instructions?

MR. McCULLOUGH: Happy to. I don't have much in the way of problems necessarily, just a few things to discuss.

One issue we did notice is in your

standing -- we're not worried about the jury instruction, but just generally. But in your standing order, you had made a reference to providing pictures of the witnesses to the jurors. We have pictures of the -- of some of the witnesses. We don't have pictures of people like the chemist and the chain-of-custody witness. We can try and obtain those if it's something Your Honor thinks the jury would benefit from. Given the brevity of the trial --

THE COURT: When I made that suggestion, I thought we had a month-long trial with many more witnesses. I'm not sure it's necessary with these -- just these few witnesses we have. Plus you already have that exhibit with the pictures on it.

MR. McCULLOUGH: We have the organizational chart that has most of the people that are -- that are being discussed. It's really more the law enforcement witnesses, and I don't think we necessarily have the picture of "Manolo." We could go take one if you want us to.

THE COURT: No. And one thing I don't want to do is have pictures of some witnesses and not others. I think that places undue emphasis on them.

MR. McCULLOUGH: Okay.

THE COURT: So let's skip that.

MR. McCULLOUGH: All right. Thank you.

We do need to formally have admitted into evidence all the transcripts. There were two that were actually moved in. We would move the rest in.

THE COURT: I brought that -- I brought that to Miss Hightower's attention. What I am going to suggest about the exhibits, so you don't have to do this now, is that counsel stay after we work the instructions, meet with Miss Hightower, and I want your assurance that what she intends to give to the jurors, take back with them, are only those exhibits that have been admitted into evidence, and that every exhibit you want admitted, that you anticipate is going to be in evidence, is, in fact, admitted.

MR. McCULLOUGH: That would be true with everything except for Tab Number 1, which is the "narcocorrido" call, which we never actually got to.

THE COURT: That should not go back, and you should make sure that is not in her packet to go back.

MR. McCULLOUGH: We'll pull it out.

THE COURT: Okay.

MR. McCULLOUGH: With regard to the charges, Your Honor, I didn't have any issues at all, really.

On Page 28, which is Jury Instruction Number 20, Page 2 of the crime charged in the indictment, in

the original draft of the jury instruction, there was, I believe, just a single sentence that said: "Furthermore, I charge you that marijuana and cocaine are controlled substances." That seems to have fallen out.

THE COURT: That's in there.

MR. McCULLOUGH: I missed it, then.

THE COURT: It's in there, but we moved it.

THE INTERPRETER: Your Honor, I'm sorry to interrupt. Can the interpreters have a copy of what is being read?

MR. McCULLOUGH: No.

THE INTERPRETER: Okay.

THE COURT: Yes, you can. Of course.

Yeah. It will take me a minute to find it.

Well, it doesn't matter. If it isn't in there --

MR. GILBERT: It is.

MR. McCULLOUGH: If it is, I missed it. Maybe I was looking for it there and I didn't see it.

MR. GILBERT: It's not in as a separate sentence, but you talk about cocaine, a Schedule II controlled substance; marijuana, a Schedule I controlled substance.

THE COURT: Give us the number on that.

MR. GILBERT: I'm reading from Page 27, towards the bottom.

MR. McCULLOUGH: Well, that's the charge, though. That's the indictment language. That doesn't say that they are, in fact, controlled substances. That says they've been charged with having controlled substances.

THE COURT: Well, I thought it was in there somewhere else, but if it isn't, we will put it.

MR. McCULLOUGH: It's a small point, but, actually, a technically important one.

THE COURT: Yes, it is. It should be in here, and we'll put it back.

MR. McCULLOUGH: It originally had been in this -- I believe it was in this portion of the charge, but it didn't seem to make it into the final version.

THE COURT: Okay. We'll make sure it's in there.

MR. McCULLOUGH: We had discussed, and perhaps I missed -- misunderstood, but I thought the Court -- when we were discussing the idea of a stipulation or a charge to give the jury some information on quantitative amounts, that is, a kilo is 2.2 pounds --

THE COURT: You never informed me that you were willing to stipulate to that, counsel. Are you?

MR. McCULLOUGH: We definitely are, Your Honor. I think that would be useful.

MR. GILBERT: My recollection is the Court declined to take judicial notice that one kilogram is 2.2 pounds.

We have no objection to stipulating to such a fact.

MR. McCULLOUGH: Okay.

THE COURT: Okay.

MR. McCULLOUGH: And that a ton is 2,000 pounds or 1,000 kilos.

MR. GILBERT: Well, that's not true.

MR. McCULLOUGH: Well, okay. A ton is 2,000 pounds or --

Anybody have a calculator?

A SPEAKER: What are we calculating?

THE COURT: Kilos to tons. So it should be 2,220?

MR. McCULLOUGH: So it would be half -- so it would be 2,220.

MR. TORRIENTE: I went to law school, Judge --

THE COURT: Not engineer?

MR. TORRIENTE: -- to avoid this.

THE COURT: I don't think this is engineering. I think this goes a little bit into multiplication. But I think it should be something like 2,220.

MR. GILBERT: No, I think it's opposite, actually.

MR. McCULLOUGH: It's half.

MR. GILBERT: One ton is less than a thousand kilograms.

THE COURT: Guys, figure it out and give me -- give me a stipulation.

MR. McCULLOUGH: Those are the two numbers that we would want, a ton and a kilo.

THE COURT: What else? What else?

MR. McCULLOUGH: Oh, in the charges -- I think that's all we have, Judge.

THE COURT: Okay. Mr. Gilbert?

MR. GILBERT: I think Miss Hughes went to get her own copy and she'll miss the discussion.

THE COURT: That means it's short.

MR. GILBERT: I believe it will be, Your Honor.

First of all, on Page 9, Jury Instruction 7, "Number of Witnesses," we would like you to delete

that. There are no defense witnesses, so the idea of --

THE COURT: Absolutely.

MR. GILBERT: I think it just highlights that we don't have any witnesses.

THE COURT: Absolutely.

MR. GILBERT: On Page 30, at the last sentence of the -- next to last sentence, you say: "Nor is the government required to prove that Mr. Cano-Flores intended and knew that cocaine would be imported into the United States." You just say that they "must prove that he intended or knew."

And that, of course, is the correct statement of the law. I'm not arguing about that. But since your instruction on the page before is in the alternative, rather than the conjunctive -- and I'm referring to Element 3 --

THE COURT: "Or knew." Right.

MR. GILBERT: -- I just think -- think it confuses them to say they don't have to prove "and," but they can prove "or," when they're told it's "or" in the first place.

THE COURT: I hear it. I may just leave that because I think it helps clarify things.

MR. GILBERT: The other comment I have, I

guess it's -- to be honest with the Court, it's just preserving it for the record, but it has to do with -- on Page 37, Jury Instruction 24, that has to do with foreign language recordings and transcripts. There is a sentence that says: "The transcripts are evidence, just like any other evidence in the case."

You do follow it up with offering -- you do say "the actual evidence of what was said," and you tell them you can arrange to have it played back to them. But it was our -- we did object to the transcripts being moved into evidence and going back to the jury room. And I rest on the pleadings that I filed.

I think it -- it violates the defendant's right to have the jury decide what's actually being said. And the next sentence -- I mean, the next paragraph also says "the transcripts entered into evidence," and we would object to the "entered into evidence." We do agree that we have stipulated that the transcripts actually -- accurately translate the conversations. What we did agree on, I think we used the language "in all material respects," and I think that should probably be included.

And then you say: "Consider any stipulation of fact to be undisputed evidence." Again, I know

you've ruled, but I just want to make sure it's on the record. You know, we weren't stipulating -- we stipulated fact, but I think this last sentence makes it sound like we're also stipulating that the transcripts, you know, were evidence.

So I think, given that our -- my -- given those objections -- I understand the Court's ruled, and I think you've ruled against me than otherwise, with the exception of adding those "in all material respects" -- "aspects" or "respects," I don't remember --

THE COURT: I'll go further than that, unless the government convinces me otherwise. I think, if you're concerned that the "entered into evidence" sounds as if you have stipulated to that, I don't even think that phrase is necessary. It just says the parties have stipulated that the transcripts accurately translate the conversations in all -- between the speakers in all material respects. I don't think that's a problem.

And I've already instructed them about stipulations of fact and what it is. So I could take out that last sentence.

MR. McCULLOUGH: I know you did when they came in. Is there one somewhere else in this package?

THE COURT: Yes, there is. At the very beginning, when I say, evidence is -- the evidence consists of sworn testimony of the witnesses -- look at Number 1: "The exhibits and the facts and testimony stipulated to by the parties."

MR. McCULLOUGH: That's fine.

THE COURT: So I'm changing 24. I'm deleting 7. I'm going to -- I tell you what. We will do it ourselves. We'll make up -- we can probably use a calculator as well as you can, and we'll make up -- say, "The parties have stipulated that" or "You are instructed that." You don't have to stipulate to the weight, do you?

MR. McCULLOUGH: No. I think you can say "you are instructed." It's a matter of --

THE COURT: Okay. And we'll put back that controlled substance sentence for the two of them.

Is there anything else?

MR. McCULLOUGH: Not from the United States.

MR. GILBERT: Let me just make clear, I agree with the changes the Court has made to Jury Instruction 24.

THE COURT: But you're still objecting?

MR. GILBERT: I still object to the one sentence that says their evidence is just like any

other evidence in the case.

MR. McCULLOUGH: I understand the objection.

THE COURT: Right. And you understand the Court's ruling?

MR. GILBERT: I do.

THE COURT: Well, if there's nothing further --

Oh, dear. Counsel, you got not only an afternoon but a whole weekend to work on the closings.

MR. McCULLOUGH: I'll start with a nap.

As a matter of mechanics, when the transcripts go back to the jury, is it going to be the single binder that's in evidence, or are you going to allow them to take their own binders? We need to know which one to change.

THE COURT: I'm sorry. As a matter of fact, what?

MR. McCULLOUGH: When the jury takes the binder of call transcripts back into the jury room, are you going to allow them to take the copies that they have, or the single copy that's in evidence? In other words, will they have twelve copies or one copy?

THE COURT: I'd like them to take -- each to have their copy.

MR. McCULLOUGH: That's fine with us. Then

we would like permission to remove from each of their binders Tab Number 1.

THE COURT: Oh, absolutely. Absolutely.

I'm going to ask you to stay -- after I excuse Mr. Quintero, I'm going to ask you to stay, take care of the exhibits, admit the telephone calls that haven't been admitted, take Number 1 out of all -- all of the binders. Make sure they're out. I mean, that would be a very bad thing if that went back by mistake. And go through all the exhibits, make sure everything's admitted.

And, Mr. Gilbert, you're going to have to do this also.

MR. GILBERT: Yes. Yes.

THE COURT: Just make sure everything is right with Miss Hightower.

But, first, let's bring up Mr. Quintero and get that matter taken care of while you're all here.

Is Mr. Warren still here?

It's all right. I can excuse him without Mr. Warren.

MS. HUGHES: Would you like me --

THE COURT: Is he outside? Yeah.

Is it going to take a few minutes?

THE DEPUTY MARSHAL: Maybe about three.

THE COURT: Counsel, just for your information, since we have a few minutes, when I redid Jury Instruction Number 19, I put the changes and the combinations that I was doing in italics. Did you notice that? And I'm not going to do that, of course, when it goes to the jury.

MR. GILBERT: I see.

MR. McCULLOUGH: I assumed as much, Judge.

THE COURT: I assumed that, too.

MR. GILBERT: Oh, I was hoping you would keep the italics, frankly.

MR. McCULLOUGH: Judge, a metric ton -- and they are using the metric system -- a metric ton is 1,000 kilos, which would be 2,200 pounds.

MR. GILBERT: Well, then, let's just stipulate one kilo is 2.2 pounds, because they didn't use the word "metric ton." They used "tons," and they also were using "pounds." So my suggestion, then, is that we simply tell them what a kilo is in terms of pounds and let them figure out --

THE COURT: I think they probably know that a ton is 2,000 pounds, most people do. So it's up to you guys.

MR. GILBERT: There are places that use the concept of metric tons.

MR. McCULLOUGH: Places like Mexican drug cartels.

THE COURT: I'm going to say a pound is 2.- -- I mean, a kilo is 2.2 pounds. They can do the extrapolations.

MR. GILBERT: Thank you.

THE COURT: Counsel, does your set have a jury instruction on selecting a presiding --

(Whereupon, Mr. Quintero entered the courtroom.)

THE COURT: If you'll step forward, please. No. Right there.

Mr. Quintero, the Court is going to release you at this time. The case is just about over, and it will be over on Monday. And I am not going to detain you over the weekend, since I am firmly convinced that you will not change your mind on Monday. And I'll be releasing you on Monday anyway, when the case is over.

Before you leave, the Court feels compelled to tell you that, while I respect the fear you have of harm to your family and your colleagues who are in -- colleagues who are still in Mexico, I feel compelled to tell you, as part of our justice system, that one of the reasons the justice system in this country works differently than, as I understand it, the

justice system works in Mexico is because our citizens take very seriously their obligations --

MR. GILBERT: He can't hear, Your Honor. He needs --

THE COURT: Okay.

MR. WARREN: Thank you, Your Honor.

THE COURT: I don't know how far -- how much you heard.

It's working? Okay.

I feel compelled to tell you, one of the reasons the justice system in this country works, and, as I've heard for the past two weeks, works a lot better than the system in Mexico, one of the reasons it works so well is because the citizens of this country take very seriously their legal system, orders of the court, and follow the law. That's the only way people who violate the law can be brought to justice, if citizens who have information come forward and testify and do their duty in the court.

I think you should hear this from the Court, because I know you had a moral dilemma in terms of the harm to your family. But on the other hand, you did have an obligation to make this system work, and, in my opinion, you have failed that obligation. You have violated a court order.

There's nothing more the Court can do about it, but I just think you should take it very, very seriously. And should you be called upon again in any context, I think you should realize that you've come to this country, and you're benefiting from the fact that the legal system in this country works. The justice system works. Judges do their job, prosecutors do their job, and defense counsel do their job. It can't work just by those people doing their job. It can only work if the citizens do their job, and that includes coming forward with information when you're called upon to do so.

I am releasing you at this time, and I don't think there's anything further the Court needs to say.

MR. WARREN: Thank you very much, Your Honor.

THE COURT: Okay.

MR. QUINTERO: Thank you, Your Honor. Thank you.

THE COURT: Mr. Warren, thank you for your appearance before the Court.

MR. WARREN: Thank you very much, Your Honor. I appreciate it.

(Whereupon, Mr. Warren and Mr. Quintero left the courtroom.)

THE COURT: Counsel, I just want to make sure you have a complete set of instructions. Do your instructions have "Selecting a Presiding Juror"?

MR. McCULLOUGH: What number is it in your copy?

THE COURT: Well, it isn't in my copy. I may not have a complete set.

MR. GILBERT: I have such an instruction at Page 43 of 44 pages of the jury instructions.

THE COURT: Okay. You have 44 pages? Is that complete?

MR. McCULLOUGH: Juror Instruction Number 30, "Selection of Foreperson." I have it as well.

THE COURT: Okay. I think you've got it all. If not, we'll -- and I'll get you -- we'll get you a new set.

So let me run through again. We're deleting 7 and we're making changes to 24, 19, and 15, and we're going to add those two sentences to one of the instructions. I don't know which one we'll add it to, but --

MR. McCULLOUGH: Right. And delete all the italics.

THE COURT: I'm sorry?

MR. McCULLOUGH: And delete all the italics.

THE COURT: Right.

Okay. See you back here on Monday. Have a nice weekend.

(Government's Exhibit Numbers 3.4 through 3.48 and 15, previously marked for identification, were received in evidence.)

(Whereupon, at 12:03 p.m. the trial was adjourned for the day.)

REPORTER'S CERTIFICATE

I, Chantal M. Geneus, RPR, CRR, do hereby certify that I stenographically reported the proceedings in the matter of CR 08-57-16, *USA versus Aurelio Cano-Flores*, on Friday, February 22, 2013, in the United States District Court for the District of Columbia, before the Honorable Barbara J. Rothstein, United States District Judge (and a jury).

I further certify that the Page Numbers 1 through 66 constitute the official transcript of the proceedings as transcribed by me from my stenographic notes to the within typewritten matter.

In witness whereof, I have affixed my signature on February 23, 2013.

/s/ Chantal M. Geneus
Chantal M. Geneus, RPR, CRR
Official Court Reporter

## /

**/s** [1] - 66:24

## 0

**08-57-16** [2] - 1:3, 66:13

## 1

**1** [5] - 50:16, 58:4, 60:2, 60:7, 66:18
**1,000** [5] - 27:6, 28:21, 53:13, 61:14
**1,100** [2] - 27:7, 28:17
**1,600** [1] - 27:8
**100** [1] - 5:23
**11** [2] - 3:19, 33:2
**11:01** [1] - 36:1
**11:02** [1] - 37:3
**11:23** [1] - 37:4
**11:35** [1] - 46:15
**11:38** [1] - 48:1
**12:03** [1] - 66:8
**13** [4] - 3:20, 12:7, 13:4
**1390** [1] - 2:4
**14** [4] - 3:19, 11:8, 11:12, 18:12
**1400** [1] - 1:16
**145** [1] - 1:12
**15** [3] - 3:16, 65:18, 66:5
**16,000** [3] - 27:12, 28:15, 28:18
**19** [2] - 61:3, 65:18

## 2

**2** [4] - 14:5, 16:14, 50:25, 62:4
**2,000** [3] - 53:12, 53:15, 61:22
**2,200** [1] - 61:14
**2,220** [3] - 53:20, 53:22, 54:5
**2.2** [4] - 52:25, 53:7, 61:16, 62:4
**20** [1] - 50:25
**20,000** [1] - 28:18
**200** [3] - 5:20, 22:15, 22:18
**20001** [1] - 1:24
**20004** [1] - 1:20
**20005** [1] - 1:16
**2006** [2] - 21:5, 21:6
**2007** [1] - 14:2
**2013** [3] - 1:6, 66:14, 66:23
**202** [3] - 1:14, 1:17, 1:20
**20530** [1] - 1:13
**22** [2] - 1:6, 66:14
**22101** [1] - 2:5
**23** [3] - 19:14, 19:16, 66:23
**24** [4] - 56:3, 58:7, 58:22, 65:18
**250** [1] - 5:19
**27** [1] - 52:1
**28** [1] - 50:24
**281** [2] - 12:17, 13:9
**28th** [1] - 6:16

## 3

**3** [2] - 18:20, 55:17
**3,000** [1] - 28:22
**3.4** [2] - 3:15, 66:4
**3.48** [2] - 3:15, 66:5
**30** [2] - 55:7, 65:13
**30,000** [1] - 5:6
**300** [2] - 22:15, 22:18
**31** [2] - 3:7, 14:2
**333** [1] - 1:23
**34** [1] - 3:8
**36** [1] - 3:9
**37** [1] - 56:3

## 4

**4** [2] - 3:5, 29:2
**43** [3] - 14:3, 16:13, 65:9
**44** [3] - 15:5, 65:9, 65:10
**45** [3] - 17:20, 32:25, 33:1
**46** [2] - 18:18, 33:11
**47** [7] - 20:24, 22:23, 22:24, 23:17, 33:25
**48** [3] - 20:24, 25:7, 33:25

## 5

**5** [1] - 29:2
**5.2** [1] - 9:7
**50** [1] - 5:21
**500** [1] - 27:9
**514-0917** [1] - 1:17
**530** [1] - 2:5

## 6

**6,000** [1] - 29:2
**601** [1] - 1:19
**616-2255** [1] - 1:14
**65** [1] - 66:19
**66** [2] - 3:15, 3:16

## 7

**7** [6] - 7:4, 7:6, 33:13, 54:24, 58:8, 65:18
**703** [1] - 2:6
**798-4444** [1] - 2:6

## 8

**8** [3] - 6:10, 17:10, 17:21
**898-0857** [1] - 1:20

## 9

**9** [2] - 1:8, 54:24
**900** [1] - 1:20
**9:00** [2] - 43:14, 43:16
**9:30** [1] - 45:16
**9:46** [2] - 1:5, 4:2

## A

**a.m** [7] - 1:5, 4:2, 36:1, 37:3, 37:4, 46:15, 48:1
**ability** [2] - 30:20, 30:22
**able** [5] - 23:11, 24:6, 32:22, 42:2, 46:1
**abreast** [1] - 28:2
**absolutely** [4] - 55:3, 55:6, 60:3
**accident** [2] - 28:9, 28:12
**accomplish** [1] - 41:2
**according** [2] - 26:11, 33:2
**accurately** [2] - 56:20, 57:18
**actions** [2] - 39:9, 40:2
**actual** [1] - 56:8
**add** [2] - 65:19, 65:20
**adding** [1] - 57:9
**addressed** [2] - 44:4, 44:5
**addresses** [3] - 6:23, 6:24, 8:5
**adjourned** [1] - 66:9
**admit** [2] - 12:25, 60:6
**ADMITTED** [2] - 3:14, 3:18
**admitted** [9] - 6:9, 7:5, 9:6, 50:2, 50:12, 50:13, 50:14, 60:7, 60:11
**affixed** [1] - 66:22
**AFI** [5] - 17:11, 17:14, 17:15, 17:17, 17:19
**afternoon** [6] - 43:19, 45:6, 45:17, 47:2, 47:4, 59:9
**Agent** [1] - 2:9
**agents** [1] - 29:23
**agree** [4] - 23:17, 56:19, 56:21, 58:21
**agreement** [1] - 6:3
**ahead** [1] - 39:6
**aided** [1] - 1:25
**Alemán** [31] - 6:19, 7:9, 7:11, 8:19, 8:20, 8:21, 8:22, 9:3, 9:9, 9:14, 10:12, 15:15, 15:16, 15:19, 15:21, 15:22, 16:6, 16:7, 21:8, 26:8, 26:10, 30:11, 31:3, 31:8, 34:11, 35:3, 35:5, 35:7, 35:10, 35:12, 35:14
**allow** [2] - 59:14, 59:20
**almost** [1] - 40:8
**alone** [1] - 10:10
**alternative** [1] - 55:16
**Alvaro** [2] - 5:13, 5:15
**Amendment** [1] - 38:2
**AMERICA** [1] - 1:2
**AMMA** [1] - 2:8
**amount** [2] - 29:17, 44:11
**amounts** [1] - 52:24
**AND** [1] - 1:9
**answer** [5] - 23:3, 23:6, 23:13, 37:11, 37:23
**ANTHONY** [1] - 2:9
**anticipate** [1] - 50:13
**anyway** [4] - 38:24, 39:4, 39:15, 62:18
**appearance** [1] - 64:21
**APPEARANCES** [1] - 1:10
**applied** [1] - 40:6
**appreciate** [1] - 64:23
**appropriate** [1] - 36:5
**approved** [1] - 36:21
**area** [8] - 3:20, 4:21, 4:23, 5:2, 8:22, 9:4, 12:10, 13:10
**argue** [1] - 41:16
**arguing** [1] - 55:14
**argument** [4] - 40:9, 44:24, 45:8, 45:12
**arguments** [3] - 43:24, 47:1, 47:10
**Army** [2] - 18:25, 19:10
**arrange** [1] - 56:9
**arrest** [1] - 32:4
**arrested** [4] - 27:20, 31:17, 31:18, 31:25
**arrive** [2] - 7:15, 8:1
**arrived** [1] - 19:2
**article** [1] - 27:21
**aspect** [1] - 29:12
**aspects** [1] - 57:10
**assert** [1] - 38:1
**assumed** [2] - 61:8, 61:9
**assurance** [1] - 50:10
**attention** [3] - 14:4, 18:20, 50:6
**Attorney** [1] - 2:4
**attorney** [3] - 32:17, 32:18, 40:18
**AURELIO** [1] - 1:5
**Aurelio** [1] - 66:13
**authorities** [1] - 5:5
**avenue** [1] - 7:25
**Avenue** [3] - 1:16, 1:19, 1:23
**avoid** [1] - 54:1

## B

**bad** [1] - 60:9
**badge** [1] - 17:18
**BARBARA** [1] - 1:8
**Barbara** [1] - 66:16
**base** [2] - 8:23, 8:25
**becomes** [1] - 42:1
**BEFORE** [1] - 1:8
**beginning** [2] - 39:17, 58:2
**behind** [5] - 14:8, 14:15, 14:19, 14:20
**belong** [8] - 20:8, 20:11, 20:14, 20:17, 20:18, 20:19, 34:14
**belongs** [2] - 20:7, 33:23
**benefit** [1] - 49:9
**benefiting** [1] - 64:5
**better** [2] - 47:10, 63:13
**between** [8] - 10:10, 20:2, 20:5, 25:1, 25:4,

25:12, 34:1, 57:19
**big** [1] - 9:20
**binder** [2] - 59:13, 59:19
**binders** [3] - 59:14, 60:2, 60:8
**bit** [8] - 4:20, 12:5, 13:20, 19:14, 27:9, 44:12, 46:12, 54:3
**book** [1] - 13:23
**border** [7] - 3:20, 4:21, 5:2, 12:10, 13:10, 13:16, 28:19
**Borrego** [2] - 19:25, 20:1
**Boss** [8] - 30:8, 30:15, 30:20, 31:3, 34:19, 35:11, 35:13, 35:14
**bottom** [1] - 52:2
**bought** [3] - 5:16, 5:24, 40:5
**boy** [1] - 48:3
**Bravo** [2] - 9:23, 10:19
**break** [3] - 35:23, 45:7, 45:16
**brevity** [1] - 49:9
**Bridge** [1] - 2:4
**bridges** [11] - 9:21, 10:2, 10:6, 10:7, 10:9, 10:11, 10:12, 10:13, 10:14, 10:17
**brief** [1] - 36:25
**briefly** [1] - 31:14
**bring** [6] - 29:9, 36:5, 36:23, 43:13, 46:4, 60:17
**brother** [10] - 15:13, 15:20, 19:18, 19:22, 19:24, 20:3, 20:5, 20:10, 28:2, 28:8
**brother-in-law** [2] - 15:13, 15:20
**brought** [4] - 37:21, 50:5, 63:17
**Buddy** [1] - 23:3
**business** [1] - 30:11
**BY** [13] - 3:6, 3:7, 3:8, 4:14, 8:10, 11:10, 13:8, 22:11, 28:11, 31:16, 31:23, 32:13, 35:1

## C

**calculating** [1] - 53:18
**calculator** [2] - 53:17, 58:10
**call's** [2] - 21:23, 21:24
**Camargo** [6] - 8:24, 9:2, 9:3, 9:10, 10:14, 31:8
**cannot** [1] - 31:6
**Cano** [20] - 15:6, 16:3, 16:15, 17:21, 18:5, 18:11, 19:9, 19:19, 20:23, 25:4, 25:13, 29:13, 29:14, 29:16, 29:20, 29:21, 30:1, 30:7, 55:10, 66:14
**CANO** [1] - 1:5
**Cano-Flores** [20] - 15:6, 16:3, 16:15, 17:21, 18:5, 18:11, 19:9, 19:19, 20:23, 25:4, 25:13, 29:13, 29:14, 29:16, 29:20, 29:21, 30:1, 30:7, 55:10, 66:14
**CANO-FLORES** [1] - 1:5
**capacity** [2] - 42:20, 42:21
**capital** [1] - 16:20
**car** [5] - 9:21, 29:8, 29:9
**care** [2] - 60:6, 60:18
**careful** [2] - 23:13, 23:14
**Cartel** [3] - 8:19, 31:1, 34:20
**Cartel's** [1] - 30:11
**cartels** [1] - 62:2
**case** [24] - 31:8, 38:10, 38:21, 40:20, 41:10, 41:16, 42:10, 42:13, 42:16, 42:17, 42:21, 42:22, 43:12, 43:13, 46:21, 46:24, 47:12, 47:15, 47:21, 47:22, 56:6, 59:1, 62:14, 62:18
**cases** [1] - 42:8
**Catorce** [1] - 20:18
**cell** [1] - 40:4
**certain** [1] - 21:25
**certainly** [6] - 37:15, 39:14, 41:14, 41:15, 42:20, 44:8
**CERTIFICATE** [1] - 66:10
**Certified** [1] - 1:22
**certify** [2] - 66:11, 66:18
**chain** [1] - 49:7
**Chain** [1] - 2:4
**chain-of-custody** [1] - 49:7
**chair** [2] - 42:20, 42:21
**chance** [1] - 43:23
**change** [5] - 38:22, 39:1, 39:3, 59:15, 62:17
**changed** [7] - 17:1, 17:14, 17:18, 21:18, 36:6, 37:22
**changes** [3] - 58:21, 61:3, 65:18
**changing** [2] - 16:23, 58:7
**Chantal** [3] - 66:11, 66:24, 66:25
**CHANTAL** [1] - 1:21
**charge** [9] - 5:11, 9:13, 28:5, 29:6, 30:16, 51:3, 52:3, 52:16, 52:23
**charged** [2] - 50:25, 52:6
**charges** [2] - 50:22, 54:16
**Charly** [16] - 24:22, 24:24, 25:2, 25:5, 26:11, 26:13, 26:14, 26:15, 26:17, 26:21, 26:23, 26:25, 27:1, 29:13, 29:15, 29:18
**chart** [1] - 49:16
**check** [4] - 24:7, 30:4, 34:5
**checking** [17] - 23:9, 23:10, 23:20, 23:22, 24:4, 24:5, 24:6, 24:8, 24:9, 24:12, 24:13, 24:14, 24:16, 24:18, 24:22
**checkpoint** [5] - 12:10, 12:12, 27:5, 27:11, 27:25
**chemist** [1] - 49:6
**Chevrolet** [2] - 14:15, 14:20
**children** [1] - 15:24
**citizen** [1] - 38:19
**citizens** [4] - 63:1, 63:14, 63:18, 64:10
**citizenship** [1] - 40:6
**city** [7] - 7:11, 8:12, 8:20, 8:25, 12:1, 12:2, 15:19
**Ciudad** [1] - 8:23
**civic** [3] - 39:12, 40:4, 41:1
**civil** [1] - 41:11
**clarification** [2] - 7:21, 10:25
**clarify** [1] - 55:24
**clarifying** [1] - 11:4
**clear** [5] - 24:14, 24:15, 24:16, 24:19, 58:20
**clearly** [1] - 41:17
**clerk** [2] - 11:11, 12:6
**close** [6] - 8:15, 35:6, 35:8, 35:9, 35:15, 43:15
**closing** [4] - 43:24, 44:5, 47:1, 47:10
**closings** [3] - 47:14, 47:23, 59:9
**cocaine** [12] - 5:21, 5:23, 22:2, 22:3, 22:8, 22:16, 24:10, 24:15, 33:18, 51:3, 51:22, 55:10
**code** [5] - 14:13, 14:22, 15:3, 16:18
**codes** [3] - 14:15, 16:23, 16:25
**coercive** [3] - 40:14, 41:9
**colleagues** [3] - 42:17, 62:21, 62:22
**Colonia** [6] - 8:2, 8:3, 8:7, 8:8, 8:12, 8:16
**Colony** [1] - 8:2
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 66:16
**combinations** [1] - 61:4
**coming** [7] - 16:20, 24:3, 40:20, 40:21, 40:22, 64:11
**commander** [7] - 9:1, 9:2, 20:13, 30:17, 33:21, 34:11
**commanders** [1] - 30:25
**comment** [1] - 55:25
**comments** [1] - 46:13
**common** [1] - 18:14
**commotion** [2] - 17:22, 17:24
**compass** [1] - 7:19
**compelled** [3] - 62:19, 62:22, 63:10
**complete** [3] - 65:2, 65:7, 65:11
**compromise** [1] - 44:20
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concept** [1] - 61:25
**concern** [1] - 38:17
**concerned** [2] - 35:3, 57:14
**concerts** [1] - 39:22
**conclusion** [2] - 43:11, 46:20
**confirmed** [1] - 30:3
**confuses** [1] - 55:20
**conjunctive** [1] - 55:16
**consequences** [3] - 39:9, 39:10, 40:3
**consider** [2] - 6:3, 56:24
**consists** [1] - 58:3
**conspiracy** [4] - 5:7, 5:9, 5:18, 9:16
**conspiracy's** [1] - 13:15
**constantly** [2] - 25:16, 28:1
**constitute** [1] - 66:19
**Constitution** [1] - 1:23
**contempt** [2] - 40:12, 41:11
**context** [1] - 64:4
**continue** [1] - 41:16
**CONTINUED** [2] - 3:5, 4:13
**Continued** [1] - 2:1
**control** [3] - 8:23, 9:13, 10:16
**controlled** [7] - 8:19, 51:4, 51:23, 51:24, 52:5, 52:6, 58:17
**controls** [2] - 8:22, 9:3
**convenience** [1] - 48:9
**conversation** [1] - 23:25
**conversations** [3] - 19:21, 56:21, 57:18
**convey** [1] - 39:8
**convinced** [2] - 41:3, 62:16
**convinces** [1] - 57:13
**cope** [1] - 41:7
**copies** [2] - 59:20, 59:22
**copy** [8] - 12:20, 51:10, 54:20, 59:21, 59:22, 59:24, 65:5, 65:6
**Corpus** [1] - 13:18
**correct** [3] - 9:11,

10:10, 55:13
**correction** [3] - 7:17, 22:4, 28:7
**corruption** [2] - 31:19, 32:1
**counsel** [17] - 33:1, 33:11, 33:24, 36:4, 43:8, 43:20, 44:17, 46:6, 47:10, 48:6, 50:8, 53:2, 59:8, 61:1, 62:7, 64:8, 65:1
**country** [7] - 40:1, 40:6, 62:24, 63:11, 63:15, 64:5, 64:6
**couple** [1] - 33:25
**course** [3] - 51:14, 55:13, 61:5
**court** [3] - 63:16, 63:19, 63:25
**COURT** [102] - 1:1, 4:4, 4:7, 11:1, 12:19, 12:22, 12:25, 31:13, 32:12, 34:23, 35:19, 35:22, 36:4, 36:9, 36:13, 36:15, 36:19, 36:25, 37:13, 37:21, 38:1, 38:5, 38:9, 38:12, 38:15, 39:6, 40:7, 40:11, 41:19, 41:25, 42:6, 42:12, 42:22, 43:2, 43:5, 43:8, 44:1, 44:6, 44:16, 44:23, 45:2, 45:14, 45:22, 46:4, 46:17, 48:4, 48:10, 48:18, 49:10, 49:21, 49:25, 50:5, 50:18, 50:21, 51:6, 51:8, 51:14, 51:25, 52:8, 52:12, 52:18, 53:1, 53:11, 53:19, 53:25, 54:2, 54:11, 54:15, 54:18, 54:21, 55:3, 55:6, 55:18, 55:23, 57:12, 58:1, 58:7, 58:16, 58:23, 59:3, 59:6, 59:16, 59:23, 60:3, 60:15, 60:23, 61:1, 61:9, 61:21, 62:3, 62:7, 62:11, 63:5, 63:7, 64:17, 64:20, 65:1, 65:6, 65:10, 65:14, 65:24, 66:1
**Court** [19] - 1:21, 1:23, 37:9, 37:10, 38:9, 41:7, 48:12, 52:22, 53:5, 56:1, 58:21, 62:13, 62:19, 63:20, 64:1, 64:14, 64:21, 66:15, 66:25
**Court's** [4] - 38:16, 48:9, 57:7, 59:4
**courtroom** [8] - 36:2, 36:12, 37:5, 38:14, 46:16, 48:2, 62:10, 64:25
**CR** [2] - 1:3, 66:13
**crime** [1] - 50:25
**criminal** [2] - 39:15, 40:12
**cross** [7] - 9:21, 30:20, 30:22, 31:6, 31:7, 31:10, 34:8
**CROSS** [2] - 3:5, 4:13
**CROSS-EXAMINATION** [2] - 3:5, 4:13
**crossed** [6] - 9:15, 9:17, 9:18, 11:19, 11:20, 30:17
**crosses** [1] - 11:18
**CRR** [3] - 1:21, 66:11, 66:25
**curiosity** [1] - 42:9
**custody** [1] - 49:7
**cut** [1] - 45:3

## D

**DARRIN** [1] - 1:11
**days** [2] - 25:13, 25:18
**DC** [5] - 1:4, 1:13, 1:16, 1:20, 1:24
**de** [1] - 9:9
**DEA** [1] - 2:9
**dealt** [1] - 28:3
**dear** [1] - 59:8
**decide** [1] - 56:15
**decision** [1] - 42:3
**decisions** [1] - 39:9
**declined** [1] - 53:6
**defendant** [11] - 30:14, 32:21, 33:3, 33:15, 33:20, 34:1, 34:2, 34:8, 34:18, 43:6, 46:21
**Defendant** [3] - 1:6, 1:18, 2:3
**defendant's** [2] - 33:7, 56:14
**Defendant's** [4] - 11:8, 11:12, 12:7, 13:4
**Defense** [3] - 6:9, 7:4, 7:6
**defense** [5] - 33:1, 33:11, 33:24, 55:1, 64:8
**definitely** [1] - 53:3
**DEFT.'S** [1] - 3:17
**del** [5] - 8:2, 8:3, 8:7, 8:8, 8:12
**delete** [3] - 54:25, 65:22, 65:25
**deleting** [2] - 58:8, 65:17
**deliberate** [3] - 43:18, 45:23, 46:23
**deliberations** [1] - 47:9
**Department** [2] - 1:12, 1:15
**DEPUTY** [3] - 36:22, 37:2, 60:25
**derelict** [2] - 39:12, 41:1
**describe** [2] - 22:1, 22:2
**DESCRIPTION** [2] - 3:14, 3:18
**designed** [3] - 39:8, 40:13
**details** [4] - 32:9, 32:14, 32:21, 32:22
**detain** [3] - 38:10, 38:20, 62:15
**detained** [2] - 21:13, 42:2
**detaining** [1] - 38:24
**devices** [1] - 22:10
**Diaz** [7] - 10:14, 10:19, 11:16, 11:23, 11:25, 12:1, 12:2
**different** [2] - 14:16, 17:18
**differently** [1] - 62:25
**dilemma** [1] - 63:21
**direct** [2] - 14:4, 18:20
**direction** [1] - 13:10
**directly** [2] - 26:24, 27:1
**discovered** [1] - 16:25
**discretion** [1] - 41:15
**discuss** [6] - 43:13, 43:23, 46:6, 47:15, 47:22, 48:24
**discussed** [2] - 49:17, 52:20
**discussing** [1] - 52:22
**discussion** [1] - 54:20
**Discussion** [2] - 7:22, 11:2
**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [4] - 1:23, 66:15, 66:17
**Docket** [1] - 1:3
**Document** [2] - 3:15, 3:16
**DOJ** [1] - 2:9
**down** [4] - 9:10, 17:10, 36:23, 45:4
**dozen** [1] - 10:9
**draft** [1] - 51:1
**drug** [5] - 5:1, 5:4, 21:21, 39:24, 62:1
**drugs** [34] - 5:16, 9:16, 9:23, 13:14, 13:15, 20:6, 20:8, 20:11, 20:12, 20:14, 20:15, 20:16, 23:11, 23:12, 25:15, 25:19, 25:24, 26:5, 26:6, 26:16, 26:20, 27:4, 27:24, 28:13, 28:16, 30:3, 30:21, 30:22, 34:3, 34:4, 34:9, 34:12, 34:14
**dude** [1] - 16:16
**due** [2] - 31:19, 31:25
**duly** [2] - 4:11, 37:19
**during** [3] - 21:11, 25:18, 32:20
**duty** [3] - 39:12, 41:1, 63:19

## E

**E-B-A-N-O-S** [1] - 10:23
**East** [1] - 1:13
**Ebanos** [2] - 10:20, 10:23
**effect** [2] - 38:25, 42:3
**eight** [3] - 14:8, 14:13, 14:25
**eighty** [3] - 18:21, 18:23, 18:24
**either** [1] - 15:12
**El** [1] - 32:5
**elect** [1] - 46:1
**Element** [1] - 55:17
**emphasis** [1] - 49:23
**end** [2] - 40:20, 40:23
**enforcement** [1] - 49:17
**engineer** [1] - 53:25
**engineering** [1] - 54:3
**English** [1] - 11:4
**ensued** [5] - 4:3, 36:3, 37:5, 46:16, 48:2
**entered** [7] - 36:11, 37:4, 46:15, 56:17, 56:18, 57:14, 62:9
**escort** [1] - 38:12
**ESQ** [5] - 1:11, 1:15, 1:18, 2:3, 2:10
**event** [1] - 45:4
**evidence** [25] - 7:6, 9:7, 13:1, 13:7, 42:25, 46:22, 50:3, 50:12, 50:14, 56:5, 56:6, 56:8, 56:11, 56:18, 56:19, 56:25, 57:5, 57:15, 58:2, 58:25, 59:1, 59:13, 59:21, 66:7
**evidentiary** [3] - 40:23, 43:12, 46:20
**exactly** [4] - 6:24, 25:21, 25:23, 39:20
**EXAMINATION** [6] - 3:5, 3:7, 3:8, 4:13, 31:15, 34:25
**examined** [2] - 4:11, 37:19
**example** [3] - 20:14, 31:6, 34:13
**except** [1] - 50:16
**exception** [1] - 57:9
**excited** [1] - 48:5
**excuse** [3] - 46:5, 60:5, 60:20
**excused** [1] - 47:24
**Exhibit** [9] - 6:10, 7:4, 7:6, 9:7, 11:8, 11:12, 12:7, 13:4, 66:4
**exhibit** [2] - 49:14, 50:13
**exhibits** [5] - 50:7, 50:11, 58:4, 60:6, 60:10
**expect** [1] - 44:9
**expedite** [1] - 37:12
**explain** [2] - 32:19, 43:11
**extrapolations** [1] - 62:5

## F

**fact** [11] - 24:14, 40:11, 40:25, 50:14, 52:5, 53:9, 56:25, 57:3, 57:22, 59:16, 64:5

**facts** [1] - 58:4
**failed** [1] - 63:24
**fair** [1] - 8:1
**Falfurrias** [6] - 12:10, 13:15, 13:18, 27:4, 27:10, 27:25
**fallen** [1] - 51:4
**falling** [1] - 23:1
**familiar** [1] - 4:23
**families** [1] - 15:22
**family** [2] - 62:21, 63:22
**far** [2] - 9:12, 63:7
**favor** [1] - 25:15
**fear** [1] - 62:20
**February** [4] - 1:6, 6:16, 66:14, 66:23
**federal** [3] - 5:5, 17:7, 19:5
**Federal** [5] - 16:21, 17:6, 17:7, 17:9, 17:13
**fell** [1] - 22:21
**Feria** [2] - 7:19, 8:1
**ferry** [7] - 3:19, 10:18, 11:4, 11:6, 11:15, 11:17
**few** [5] - 46:13, 48:23, 49:13, 60:24, 61:2
**fifteen** [5] - 15:24, 35:25, 44:20, 44:21, 44:24
**Fifth** [1] - 38:1
**figure** [3] - 46:2, 54:11, 61:20
**filed** [2] - 36:19, 56:13
**fill** [1] - 44:16
**final** [1] - 52:16
**fine** [6] - 43:21, 44:25, 45:19, 45:21, 58:6, 59:25
**finish** [1] - 47:23
**finished** [2] - 38:10, 43:18
**finishing** [2] - 45:5, 45:12
**firmly** [1] - 62:16
**first** [5] - 18:20, 42:20, 54:24, 55:22, 60:17
**five** [2] - 44:2, 44:7
**flag** [1] - 39:11
**fled** [1] - 40:5
**fleet** [1] - 28:6
**Floor** [1] - 1:12
**Flores** [22] - 15:6, 16:3, 16:15, 17:21, 18:5, 18:11, 19:9, 19:19, 19:25, 20:1, 20:23, 25:4, 25:13, 29:13, 29:14, 29:16, 29:20, 29:21, 30:1, 30:7, 55:10, 66:14
**FLORES** [1] - 1:5
**follow** [2] - 56:7, 63:16
**following** [6] - 4:3, 13:2, 36:3, 37:5, 46:16, 48:2
**follows** [2] - 4:12, 37:20
**FOR** [1] - 1:1
**Forces** [1] - 16:20
**foreign** [1] - 56:4
**Foreperson** [1] - 65:13
**foreperson** [1] - 46:2
**forgot** [1] - 26:18
**formally** [2] - 43:1, 50:2
**forth** [1] - 46:3
**forty** [2] - 44:2, 44:7
**forty-five** [2] - 44:2, 44:7
**forward** [3] - 62:11, 63:18, 64:11
**frankly** [2] - 40:24, 61:11
**free** [1] - 42:13
**frequently** [3] - 16:24, 17:1
**Friday** [2] - 1:5, 66:14
**friends** [1] - 15:25
**fully** [1] - 6:13
**furthermore** [1] - 51:3

**G**

**game** [1] - 43:8
**gas** [1] - 15:1
**generally** [2] - 8:11, 49:2
**generously** [1] - 39:23
**GENEUS** [1] - 1:21
**Geneus** [3] - 66:11, 66:24, 66:25
**gentlemen** [4] - 4:5, 35:22, 46:18, 46:19
**geography** [1] - 12:5
**German** [2] - 8:16
**GILBERT** [47] - 1:18, 3:6, 3:8, 4:14, 8:10, 10:23, 11:10, 12:21, 13:3, 13:8, 22:11, 28:11, 31:11, 32:11, 35:1, 35:17, 43:7, 44:25, 45:10, 45:19, 46:1, 46:9, 48:13, 51:18, 51:21, 52:1, 53:5, 53:14, 54:6, 54:9, 54:19, 54:22, 55:4, 55:7, 55:19, 55:25, 58:20, 58:24, 59:5, 60:14, 61:7, 61:10, 61:15, 61:24, 62:6, 63:3, 65:8
**Gilbert** [7] - 1:19, 4:7, 12:19, 34:24, 45:9, 54:18, 60:12
**given** [7] - 25:22, 34:12, 38:16, 41:7, 49:9, 57:6
**Godfather** [2] - 23:4, 23:13
**Godson** [4] - 22:20, 23:7, 33:9, 34:7
**gonna** [3] - 20:15, 40:14, 40:16
**govern** [1] - 47:9
**Government** [1] - 1:11
**government** [15] - 4:10, 5:19, 12:20, 21:10, 35:20, 37:18, 37:24, 42:24, 43:22, 44:10, 45:12, 46:21, 48:19, 55:9, 57:13
**government's** [3] - 46:8, 48:8, 66:4
**Government's** [1] - 9:7
**GOVT.'S** [1] - 3:13
**Grande** [1] - 9:24
**GRIM** [1] - 2:3
**group** [6] - 5:11, 5:12, 14:12, 16:20, 17:11, 31:1
**Guerra** [15] - 6:10, 6:14, 6:17, 6:20, 6:21, 6:22, 7:8, 9:1, 9:2, 16:4, 30:8, 31:3, 31:6, 35:5, 35:7
**Guerrero** [4] - 8:23, 9:2, 9:10, 10:12
**guess** [1] - 56:1
**Gulf** [1] - 34:20
**Gustavo** [1] - 10:19
**GUTIÉRREZ** [1] - 2:7
**GUTIÉRREZ-SHEPARD** [1] - 2:7
**guy** [3] - 27:14, 28:17
**guys** [2] - 54:11, 61:23

**H**

**half** [5] - 27:4, 36:15, 44:8, 53:21, 54:8
**hand** [3] - 11:11, 12:6, 63:22
**handed** [1] - 30:1
**hands** [1] - 29:16
**happy** [1] - 48:22
**hardly** [1] - 45:24
**harm** [2] - 62:21, 63:22
**head** [2] - 5:9, 5:12
**headed** [1] - 28:16
**hear** [11] - 15:10, 17:22, 17:24, 19:21, 35:7, 40:7, 47:8, 47:10, 55:23, 63:3, 63:20
**heard** [4] - 19:23, 47:13, 63:8, 63:12
**hearing** [1] - 43:9
**heartbroken** [1] - 48:3
**held** [2] - 7:22, 11:2
**helped** [1] - 32:3
**helps** [1] - 55:24
**hereby** [1] - 66:11
**highlights** [1] - 55:4
**Hightower** [2] - 50:9, 60:16
**Hightower's** [1] - 50:6
**Highway** [1] - 12:17
**himself** [1] - 29:21
**Hinojosa** [6] - 24:22, 26:11, 26:15, 26:17, 29:13, 29:16
**hold** [1] - 26:18
**honest** [1] - 56:1
**Honor** [34] - 7:20, 10:21, 10:24, 11:3, 12:23, 31:11, 31:14, 34:22, 35:18, 35:21, 36:17, 36:18, 37:7, 37:16, 38:3, 39:5, 41:14, 43:22, 44:10, 44:22, 45:1, 45:20, 46:10, 48:13, 49:8, 50:23, 51:9, 53:4, 54:23, 63:3, 63:6, 64:16, 64:18, 64:23
**HONORABLE** [1] - 1:8
**Honorable** [1] - 66:16
**hope** [1] - 47:18
**hoping** [1] - 61:10
**hot** [1] - 31:9
**hour** [7] - 44:8, 44:13, 44:18, 44:19, 44:21, 44:24, 45:13
**house** [6] - 6:25, 7:16, 8:6, 8:7, 33:23
**Houston** [7] - 5:17, 12:18, 13:11, 13:18, 28:16, 28:20, 29:5
**HUGHES** [2] - 2:3, 60:22
**Hughes** [1] - 54:19

**I**

**idea** [2] - 52:22, 55:1
**identification** [6] - 7:4, 11:9, 11:13, 12:8, 13:6, 66:6
**identify** [1] - 14:7
**II** [1] - 51:22
**immigration** [1] - 24:17
**important** [2] - 47:20, 52:11
**importantly** [1] - 47:12
**imported** [1] - 55:11
**incentive** [1] - 38:22
**incident** [3] - 14:2, 18:19, 35:2
**include** [2] - 8:20, 9:10
**included** [1] - 56:23
**includes** [1] - 64:11
**including** [2] - 12:10, 44:18
**incredibly** [1] - 39:12
**indictment** [2] - 50:25, 52:4
**inform** [1] - 46:19
**information** [5] - 16:10, 52:24, 61:2, 63:18, 64:11
**informed** [1] - 53:1
**inquire** [1] - 43:22
**instead** [2] - 18:1, 33:4
**instruct** [1] - 43:14
**instructed** [3] - 57:21, 58:12, 58:15
**instruction** [6] - 46:10, 49:2, 51:1, 55:15, 62:8, 65:8
**Instruction** [6] - 50:24, 54:24, 56:3, 58:22, 61:3, 65:12
**instructions** [11] - 46:7, 46:12, 46:25, 47:8, 47:13, 48:21, 50:9, 65:2, 65:3, 65:9, 65:20

**intended** [2] - 55:10, 55:12
**intends** [2] - 37:11, 50:10
**interactions** [1] - 32:21
**interested** [1] - 43:9
**interpretation** [1] - 38:4
**interpreter** [10] - 4:12, 7:17, 7:21, 10:22, 10:25, 11:4, 22:4, 28:7, 31:20, 37:20
**Interpreter** [3] - 2:7, 2:8, 2:8
**INTERPRETER** [11] - 7:17, 7:20, 10:21, 10:24, 11:3, 22:4, 28:7, 31:20, 38:3, 51:9, 51:13
**interpreters** [1] - 51:10
**interrupt** [1] - 51:10
**interrupting** [1] - 37:8
**investigate** [1] - 31:4
**investigates** [1] - 30:21
**involved** [2] - 24:22, 26:12
**issue** [3] - 42:1, 44:12, 48:25
**issues** [2] - 48:14, 50:23
**italics** [4] - 61:4, 61:11, 65:23, 65:25

## J

**jail** [1] - 40:4
**JAIMES** [2] - 3:4, 4:9
**Jaimes** [4] - 4:15, 4:18, 4:19, 6:8
**Jaimes-Lopez** [1] - 4:18
**January** [1] - 21:6
**JEREMY** [1] - 2:10
**job** [5] - 64:7, 64:8, 64:9, 64:10
**Judge** [6] - 42:13, 42:16, 53:24, 54:17, 61:8, 66:17
**JUDGE** [1] - 1:9
**judge** [1] - 61:12
**judges** [1] - 64:7
**judicial** [1] - 53:6
**Judicial** [6] - 16:21, 17:6, 17:7, 17:9, 17:13
**Juror** [2] - 65:3, 65:12
**jurors** [2] - 49:4, 50:11
**Jury** [5] - 50:24, 54:24, 56:3, 58:21, 61:3
**jury** [25] - 6:3, 13:1, 35:24, 36:2, 37:6, 43:10, 45:4, 46:4, 46:7, 46:10, 46:15, 48:1, 48:20, 49:1, 49:8, 51:1, 52:23, 56:12, 56:15, 59:12, 59:18, 59:19, 61:6, 62:8, 65:9
**JURY** [3] - 1:7, 1:9, 4:6
**jury)** [1] - 66:17
**Justice** [2] - 1:12, 1:15
**justice** [6] - 62:23, 62:24, 63:1, 63:11, 63:17, 64:7

## K

**keep** [3] - 40:14, 41:8, 61:11
**keeping** [2] - 15:25, 41:1
**KEITH** [1] - 1:18
**Keith** [1] - 1:18
**kept** [2] - 21:15, 28:1
**KEVIN** [1] - 2:9
**kilo** [5] - 52:24, 54:14, 61:16, 61:19, 62:4
**kilogram** [1] - 53:6
**kilograms** [5] - 5:6, 5:19, 5:21, 25:18, 54:10
**kilos** [13] - 5:23, 22:5, 22:15, 22:18, 23:18, 24:25, 27:6, 27:9, 33:17, 53:13, 53:19, 61:14
**kind** [1] - 11:11
**knowing** [1] - 39:20
**known** [1] - 21:17
**knows** [2] - 38:21, 42:2
**Kotelly's** [2] - 42:13, 42:16
**KRISTEN** [1] - 2:3

## L

**ladies** [4] - 4:4, 35:22, 46:17, 46:19
**language** [3] - 52:4, 56:4, 56:22
**Lara** [1] - 37:4
**LARA** [2] - 3:9, 37:17
**last** [7] - 18:18, 25:9, 31:21, 55:7, 55:8, 57:3, 57:23
**law** [9] - 15:13, 15:20, 46:25, 47:9, 49:17, 53:23, 55:14, 63:16, 63:17
**Law** [2] - 1:18, 2:4
**lawyer** [2] - 6:1, 32:7
**lead** [1] - 48:19
**leading** [1] - 32:11
**learned** [2] - 27:24, 42:5
**least** [3] - 10:9, 35:24, 44:13
**leave** [2] - 55:23, 62:19
**lecture** [1] - 41:18
**LEE** [1] - 1:11
**left** [4] - 36:2, 38:14, 48:1, 64:24
**legal** [5] - 32:7, 32:10, 32:15, 63:15, 64:6
**less** [2] - 45:11, 54:9
**lesson** [1] - 42:4
**letters** [1] - 17:2
**LEWIS** [1] - 2:9
**liberty** [1] - 39:19
**life** [1] - 6:2
**Lindavista** [1] - 35:9
**listen** [1] - 31:9
**listened** [3] - 20:2, 25:2, 25:5
**listening** [3] - 18:1, 33:4, 33:10
**live** [6] - 6:19, 6:23, 7:13, 8:3, 8:7, 8:8
**lived** [3] - 8:3, 15:21, 32:23
**living** [3] - 15:18, 15:21, 39:25
**loads** [1] - 9:20
**location** [1] - 14:14
**Loco** [1] - 28:6
**look** [6] - 6:11, 11:17, 22:20, 30:4, 48:3, 58:3
**looking** [8] - 23:2, 23:7, 23:8, 23:11, 23:16, 24:5, 51:20
**looks** [2] - 11:23, 12:3
**Lopez** [3] - 4:18, 4:19, 6:8
**LOPEZ** [2] - 3:4, 4:9
**Lopez-Jaimes** [2] - 4:19, 6:8
**LOPEZ-JAIMES** [2] - 3:4, 4:9
**Los** [18] - 6:10, 6:14, 6:16, 6:20, 6:21, 6:22, 7:8, 8:2, 9:1, 9:2, 10:20, 10:23, 16:4, 30:8, 31:3, 31:6, 35:5, 35:7
**lost** [2] - 34:7, 41:17
**LOWELL** [1] - 2:9
**lunch** [2] - 45:13, 45:16

## M

**machine** [1] - 1:25
**mad** [2] - 30:12, 30:13
**magic..** [1] - 48:18
**main** [2] - 8:14, 8:15
**maintain** [1] - 38:6
**major** [2] - 5:1, 5:3
**male** [3] - 16:14, 17:21, 33:2
**Mamito** [1] - 20:18
**man** [6] - 14:7, 18:4, 18:9, 18:21, 19:10, 41:3
**Manolo** [3] - 34:14, 34:16, 49:19
**MANUEL** [2] - 3:4, 4:9
**map** [4] - 6:10, 7:7, 12:9, 12:24
**Map** [1] - 3:20
**marijuana** [16] - 5:6, 21:16, 22:1, 22:5, 22:7, 22:14, 22:15, 22:22, 23:21, 24:2, 24:3, 24:10, 24:24, 29:17, 51:3, 51:23
**MARIO** [2] - 3:9, 37:17
**marked** [6] - 7:3, 11:9, 11:12, 12:7, 13:5, 66:6
**MARKED** [2] - 3:14, 3:18
**MARSHAL** [3] - 36:22, 37:2, 60:25
**MARTHA** [1] - 2:7
**material** [3] - 56:22, 57:9, 57:19
**matter** [7] - 51:16, 58:15, 59:11, 59:16, 60:18, 66:13, 66:21
**McAllen** [12] - 12:17, 15:9, 15:10, 15:23, 16:4, 16:7, 21:2, 21:4, 21:5, 26:3, 28:19, 28:20
**MCCULLOUGH** [1] - 1:11
**McCullough** [65] - 12:23, 36:8, 36:17, 36:20, 37:15, 38:15, 39:5, 39:7, 40:7, 40:10, 40:24, 41:14, 41:21, 42:4, 42:9, 42:11, 42:15, 42:25, 43:3, 43:21, 44:3, 44:10, 44:22, 45:21, 46:8, 48:3, 48:8, 48:11, 48:22, 49:15, 49:24, 50:1, 50:15, 50:20, 50:22, 51:7, 51:12, 51:19, 52:3, 52:10, 52:14, 52:20, 53:3, 53:10, 53:12, 53:15, 53:21, 54:8, 54:13, 54:16, 57:24, 58:6, 58:14, 58:19, 59:2, 59:10, 59:18, 59:25, 61:8, 61:12, 62:1, 65:4, 65:12, 65:22, 65:25
**McLean** [1] - 2:5
**mean** [7] - 5:1, 21:18, 26:23, 27:23, 56:16, 60:9, 62:4
**means** [5] - 14:25, 23:10, 42:12, 46:22, 54:21
**meant** [1] - 28:12
**mechanics** [1] - 59:11
**meet** [1] - 50:9
**Meme** [3] - 18:10, 18:13, 18:14
**mention** [1] - 23:18
**message** [1] - 39:8
**metric** [5] - 61:12, 61:13, 61:17, 61:25
**Metro** [6] - 19:25, 20:3, 20:5, 20:7, 20:9, 20:11
**Mexican** [2] - 18:25, 62:1
**Mexico** [10] - 9:16, 10:1, 10:10, 17:13, 18:14, 31:18, 31:25, 62:22, 63:1, 63:13
**MICHAEL** [1] - 1:15
**Mier** [1] - 9:1
**might** [3] - 36:5, 42:2, 42:4
**Miguel** [34] - 5:13, 5:15, 5:23, 6:18, 7:8, 7:11, 8:18, 8:20, 8:21,

8:22, 9:3, 9:9, 9:13, 10:12, 15:15, 15:16, 15:19, 15:21, 15:22, 16:6, 16:7, 21:8, 26:8, 26:10, 30:11, 31:3, 31:7, 34:10, 35:3, 35:5, 35:7, 35:10, 35:11, 35:13
**mind** [6] - 36:6, 37:22, 38:23, 39:1, 39:3, 62:17
**mine** [12] - 5:8, 20:16, 24:25, 25:6, 27:8, 27:22, 28:17, 28:21, 28:25, 29:19, 34:4
**Ministerio** [1] - 19:7
**minute** [2] - 15:5, 51:15
**minutes** [11] - 15:23, 15:24, 35:25, 44:2, 44:7, 44:14, 44:20, 44:21, 44:24, 60:24, 61:2
**Miss** [4] - 50:6, 50:9, 54:19, 60:16
**miss** [1] - 54:20
**missed** [3] - 51:7, 51:19, 52:21
**missing** [2] - 40:10, 40:11
**mistake** [1] - 60:10
**misunderstood** [1] - 52:21
**Monday** [15] - 38:23, 39:4, 40:16, 40:21, 43:14, 47:2, 47:6, 47:7, 47:19, 47:23, 47:25, 62:15, 62:17, 62:18, 66:2
**money** [6] - 10:4, 10:5, 21:16, 24:11, 39:25
**monitoring** [1] - 21:11
**month** [1] - 49:11
**month-long** [1] - 49:11
**moral** [1] - 63:21
**morally** [1] - 39:13
**morning** [9] - 4:4, 4:6, 4:7, 4:15, 4:16, 36:14, 38:23, 43:17, 45:5
**most** [4] - 10:8, 47:12, 49:16, 61:22
**mostly** [3] - 9:18, 10:7, 10:15
**move** [3] - 43:1, 45:15, 50:4
**moved** [3] - 50:4, 51:8, 56:11
**MP** [4] - 19:2, 19:3, 19:4, 19:7
**MR** [123] - 3:6, 3:7, 3:8, 4:14, 8:10, 10:23, 11:10, 12:21, 12:23, 13:3, 13:8, 22:11, 28:11, 31:11, 31:14, 31:16, 31:22, 31:23, 32:11, 32:13, 34:21, 35:1, 35:17, 35:20, 36:8, 36:14, 36:17, 36:20, 37:7, 37:15, 39:5, 39:7, 40:10, 41:14, 41:21, 42:4, 42:11, 42:15, 42:25, 43:3, 43:7, 43:21, 44:3, 44:10, 44:22, 44:25, 45:10, 45:19, 45:21, 46:1, 46:8, 46:9, 48:3, 48:8, 48:11, 48:13, 48:22, 49:15, 49:24, 50:1, 50:15, 50:20, 50:22, 51:7, 51:12, 51:18, 51:19, 51:21, 52:1, 52:3, 52:10, 52:14, 52:20, 53:3, 53:5, 53:10, 53:12, 53:14, 53:15, 53:21, 53:23, 54:1, 54:6, 54:8, 54:9, 54:13, 54:16, 54:19, 54:22, 55:4, 55:7, 55:19, 55:25, 57:24, 58:6, 58:14, 58:19, 58:20, 58:24, 59:2, 59:5, 59:10, 59:18, 59:25, 60:14, 61:7, 61:8, 61:10, 61:12, 61:15, 61:24, 62:1, 62:6, 63:3, 63:6, 64:15, 64:18, 64:22, 65:4, 65:8, 65:12, 65:22, 65:25
**MS** [1] - 60:22
**Muerto** [5] - 8:2, 8:4, 8:8, 8:9, 8:12
**Muertos** [1] - 8:2
**multiplication** [1] - 54:4
**murder** [3] - 31:18, 31:25, 39:24
**must** [2] - 43:12, 55:12

## N

**name** [5] - 17:14, 18:14, 18:23, 18:24, 26:18
**names** [3] - 6:18, 6:19, 18:10
**nap** [1] - 59:10
**narcocorrido** [2] - 41:23, 50:17
**NE** [1] - 1:12
**near** [2] - 10:19, 11:23
**nearly** [1] - 5:6
**necessarily** [2] - 48:23, 49:18
**necessary** [2] - 49:12, 57:16
**need** [3] - 48:6, 50:2, 59:14
**needed** [1] - 25:15
**needs** [2] - 63:4, 64:14
**never** [5] - 10:4, 11:19, 11:20, 50:17, 53:1
**New** [1] - 1:16
**new** [1] - 65:16
**newspaper** [1] - 27:21
**next** [7] - 15:5, 26:19, 41:21, 55:8, 56:16
**nice** [3] - 17:25, 47:17, 66:3
**nicer** [1] - 33:3
**NO** [1] - 3:14
**nobody** [3] - 30:21, 30:22, 31:3
**none** [1] - 22:12
**noon** [1] - 43:18
**north** [3] - 7:16, 12:17, 13:16
**notes** [1] - 66:21
**nothing** [3] - 35:20, 59:6, 64:1
**notice** [3] - 48:25, 53:6, 61:5
**notified** [1] - 41:6
**Nuevo** [1] - 9:1
**Number** [10] - 11:8, 13:4, 50:16, 50:24, 54:25, 58:4, 60:2, 60:7, 61:3, 65:12
**number** [4] - 7:1, 8:6, 51:25, 65:4
**Numbers** [2] - 66:4, 66:18
**numbers** [4] - 7:1, 8:7, 23:24, 54:13
**NW** [3] - 1:16, 1:19, 1:23

## O

**oath** [1] - 30:20
**object** [3] - 56:10, 56:18, 58:24
**objecting** [1] - 58:23
**objection** [5] - 12:22, 32:11, 37:16, 53:8, 59:2
**objections** [1] - 57:7
**obligation** [3] - 38:18, 63:23, 63:24
**obligations** [2] - 40:5, 63:2
**obtain** [1] - 49:7
**obtained** [1] - 9:16
**obviously** [1] - 45:10
**OF** [3] - 1:1, 1:2, 1:7
**offering** [1] - 56:7
**office** [5] - 19:4, 19:6, 19:8, 19:11
**Office** [1] - 1:18
**officer** [1] - 32:3
**official** [1] - 66:19
**OFFICIAL** [1] - 1:7
**Official** [1] - 66:25
**once** [2] - 22:16, 29:4
**one** [40] - 5:16, 8:21, 9:13, 11:16, 16:15, 18:10, 18:19, 28:2, 28:5, 28:8, 28:19, 29:6, 29:11, 29:22, 29:23, 36:23, 36:24, 41:22, 41:23, 42:16, 46:10, 48:25, 49:19, 49:21, 52:11, 53:6, 54:9, 57:25, 58:24, 59:15, 59:22, 61:16, 62:23, 63:10, 63:13, 65:19, 65:20
**ones** [3] - 5:22, 14:22, 22:9
**opening** [2] - 44:4, 44:8
**opinion** [1] - 63:24
**opportunity** [2] - 37:8, 47:1
**opposite** [1] - 54:6
**Ordaz** [7] - 10:14, 10:19, 11:16, 11:23, 11:25, 12:1, 12:2
**order** [9] - 10:1, 23:21, 36:18, 44:1, 44:3, 47:14, 47:20, 49:3, 63:25
**ordering** [1] - 41:12
**orders** [1] - 63:15
**organization** [4] - 14:12, 14:18, 16:19, 34:18
**organizational** [1] - 49:15
**organize** [1] - 48:6
**original** [1] - 51:1
**originally** [1] - 52:14
**otherwise** [4] - 21:13, 32:17, 57:8, 57:13
**ourselves** [1] - 58:9
**outside** [2] - 37:6, 60:23
**own** [3] - 8:25, 54:20, 59:14

## P

**p.m** [1] - 66:8
**package** [1] - 57:25
**packet** [1] - 50:19
**PAGE** [1] - 3:3
**page** [1] - 55:15
**Page** [8] - 50:24, 50:25, 52:1, 54:24, 55:7, 56:3, 65:9, 66:18
**pages** [2] - 65:9, 65:10
**paid** [1] - 39:23
**paper** [4] - 27:18, 27:19, 28:10, 28:14
**paperwork** [3] - 32:7, 32:10, 32:15
**Paragraph** [8] - 14:5, 16:14, 17:10, 17:21, 18:11, 18:20, 33:1, 33:13
**paragraph** [4] - 19:1, 22:17, 33:2, 56:17
**pardon** [1] - 37:7
**park** [1] - 14:20
**part** [9] - 5:11, 5:12, 8:12, 18:5, 18:7, 31:21, 35:10, 47:10, 62:23
**parties** [4] - 46:25, 57:17, 58:5, 58:11
**partner** [2] - 29:25, 30:2
**party** [1] - 48:17
**pass** [2] - 23:8, 34:6
**passage** [1] - 24:18
**passing** [2] - 20:12, 33:22
**past** [3] - 7:19, 7:23, 63:12
**Pennsylvania** [1] - 1:19
**people** [17] - 5:24, 6:23, 17:16, 26:24,

26:25, 27:2, 27:16, 28:23, 29:24, 30:24, 30:25, 34:16, 49:6, 49:16, 61:22, 63:17, 64:9
**people's** [1] - 29:2
**perales** [1] - 14:21
**perhaps** [1] - 52:21
**permission** [1] - 60:1
**permitted** [1] - 30:10
**person** [3] - 17:25, 20:12, 33:14
**persuasive** [1] - 40:8
**PGR** [4] - 17:2, 17:8, 17:15, 17:17
**phone** [5] - 13:20, 21:1, 24:2, 25:12, 44:11
**phones** [2] - 21:14, 21:18
**Photograph** [1] - 3:19
**phrase** [1] - 57:16
**pick** [1] - 26:25
**picked** [2] - 26:17, 26:21
**picture** [2] - 11:14, 49:19
**pictures** [5] - 49:3, 49:4, 49:6, 49:14, 49:22
**place** [5] - 8:8, 13:16, 35:8, 42:7, 55:22
**places** [3] - 49:23, 61:24, 62:1
**plan** [1] - 43:9
**planned** [1] - 39:17
**played** [1] - 56:9
**Plaza** [16] - 8:18, 8:19, 8:21, 8:22, 9:3, 9:9, 14:21, 30:8, 30:15, 30:20, 31:3, 33:21, 34:19, 35:11, 35:13, 35:14
**plea** [1] - 6:3
**pleadings** [1] - 56:12
**plus** [2] - 27:12, 49:13
**point** [5] - 11:20, 39:14, 41:12, 42:19, 52:10
**pointed** [1] - 39:2
**points** [6] - 14:16, 14:18, 14:21, 15:2, 15:3
**Police** [5] - 16:21, 17:6, 17:7, 17:9
**police** [6] - 16:22, 16:23, 17:8, 31:19, 32:1, 32:3
**portion** [3] - 43:12, 46:21, 52:15
**posed** [1] - 37:23
**position** [1] - 38:7
**possibly** [1] - 5:24
**pound** [3] - 22:6, 27:7, 62:3
**pounds** [16] - 22:6, 27:8, 27:12, 28:15, 28:17, 28:18, 52:25, 53:7, 53:13, 53:16, 61:14, 61:16, 61:18, 61:20, 61:22, 62:4
**prefer** [2] - 45:11
**prepared** [1] - 46:6
**presence** [1] - 37:6
**Present** [1] - 2:7
**present** [1] - 36:16
**preserving** [1] - 56:2
**Presiding** [1] - 65:3
**presiding** [1] - 62:8
**pretty** [1] - 4:23
**preventive** [1] - 16:23
**previously** [4] - 4:11, 13:5, 37:19, 66:5
**prisoner** [1] - 38:13
**problem** [2] - 45:22, 57:20
**problems** [2] - 48:20, 48:23
**proceed** [1] - 37:9
**proceedings** [3] - 1:25, 66:12, 66:20
**process** [1] - 37:12
**produced** [3] - 1:25, 4:10, 37:18
**productive** [1] - 48:15
**Professional** [1] - 1:22
**projector** [1] - 7:3
**proposed** [1] - 36:18
**prosecutor's** [5] - 19:4, 19:6, 19:7, 19:11
**prosecutors** [1] - 64:8
**prove** [4] - 55:9, 55:12, 55:20, 55:21
**providing** [1] - 49:3
**public** [1] - 41:17
**Publico** [1] - 19:7
**pull** [1] - 50:20
**punitive** [2] - 40:13, 41:9
**purports** [2] - 6:10, 12:9
**put** [8] - 6:2, 7:2, 9:5, 29:16, 52:9, 52:13, 58:16, 61:3

## Q

**quantitative** [1] - 52:24
**questions** [11] - 12:5, 30:22, 31:12, 32:6, 33:12, 33:25, 34:21, 34:23, 35:18, 37:11, 37:23
**quickly** [1] - 32:25
**QUINTERO** [3] - 3:9, 37:17, 64:18
**Quintero** [11] - 36:5, 37:4, 37:9, 37:21, 39:18, 40:22, 60:5, 60:17, 62:9, 62:13, 64:24
**Quintero's** [1] - 38:18
**QUINTERO-LARA** [2] - 3:9, 37:17
**Quintero-Lara** [1] - 37:4
**quite** [2] - 39:16, 48:5

## R

**radios** [2] - 16:24, 35:16
**Ramirez** [1] - 6:15
**Rancherias** [3] - 26:19, 26:20, 31:8
**rather** [1] - 55:16
**reached** [1] - 46:20
**read** [7] - 6:13, 12:13, 17:23, 32:16, 32:18, 51:11
**reading** [1] - 52:1
**ready** [5] - 4:8, 46:8, 46:9, 48:8, 48:11
**realize** [2] - 38:9, 64:4
**really** [4] - 9:20, 44:14, 49:17, 50:23
**Realtime** [1] - 1:22
**reason** [3] - 23:15, 30:6, 43:16
**reasons** [4] - 30:17, 62:24, 63:11, 63:13
**reassigned** [1] - 42:16
**rebuttal** [6] - 43:25, 44:14, 44:18, 44:20, 45:13, 45:17
**Recalcitrant** [1] - 39:7
**received** [3] - 13:6, 26:14, 66:7
**recess** [3] - 35:24, 37:1, 37:3
**recognize** [3] - 11:14, 12:11, 38:17
**recollection** [1] - 53:5
**record** [4] - 7:22, 11:2, 56:2, 57:2
**recording** [1] - 46:11
**recordings** [1] - 56:4
**RECROSS** [2] - 3:8, 34:25
**redid** [1] - 61:2
**redirect** [1] - 31:13
**REDIRECT** [2] - 3:7, 31:15
**refer** [2] - 14:16, 18:24
**reference** [1] - 49:3
**referred** [1] - 14:22
**referring** [7] - 14:24, 17:12, 18:22, 21:21, 22:7, 30:24, 55:17
**regard** [1] - 50:22
**Registered** [1] - 1:22
**relationship** [2] - 7:7, 7:8
**relatives** [1] - 15:22
**release** [5] - 40:15, 40:22, 41:13, 41:18, 62:13
**releasing** [3] - 38:23, 62:18, 64:13
**remember** [6] - 15:13, 32:9, 32:14, 32:22, 47:13, 57:11
**remove** [1] - 60:1
**repeat** [1] - 16:18
**repetition** [2] - 10:22, 31:21
**reply** [2] - 48:16
**report** [2] - 33:14, 33:19
**reported** [2] - 1:25, 66:12
**Reporter** [4] - 1:21, 1:22, 1:22, 66:25
**REPORTER'S** [2] - 1:7, 66:10
**reporting** [2] - 20:8, 35:16
**reprehensible** [1] - 39:13
**request** [5] - 7:21, 10:22, 10:25, 44:11, 44:12
**required** [2] - 40:3, 55:9
**respect** [1] - 62:20
**respects** [4] - 56:22, 57:10, 57:19
**response** [3] - 31:18, 33:7, 38:4
**responsible** [1] - 5:22
**rest** [4] - 43:7, 46:12, 50:4, 56:12
**restaurant** [1] - 15:2
**rested** [1] - 46:22
**resting** [1] - 42:24
**resumed** [1] - 4:2
**retire** [1] - 35:24
**Reynosa** [3] - 10:12, 10:13, 26:7
**RICHARD** [1] - 1:18
**Richard** [1] - 1:18
**rid** [1] - 32:3
**Rio** [3] - 9:23, 10:19
**river** [10] - 9:17, 9:19, 10:3, 10:8, 10:16, 10:17, 11:18, 11:23, 12:2
**road** [1] - 13:9
**Road** [1] - 2:4
**roads** [1] - 12:14
**ROMAN** [1] - 2:7
**room** [3] - 35:24, 56:12, 59:19
**ROTHSTEIN** [1] - 1:8
**Rothstein** [1] - 66:16
**roughly** [1] - 7:13
**RPR** [3] - 1:21, 66:11, 66:25
**ruled** [3] - 57:1, 57:7, 57:8
**ruling** [1] - 59:4
**run** [1] - 65:17
**runs** [3] - 10:18, 12:17, 13:10

## S

**safe** [2] - 21:7, 34:11
**salutary** [1] - 42:3
**Samuel** [2] - 19:25, 20:1
**San** [2] - 8:15, 8:16
**saw** [5] - 26:6, 27:18, 27:19, 28:4, 28:14
**scales** [1] - 7:24
**scene** [1] - 33:15
**schedule** [1] - 43:20
**Schedule** [2] - 51:22, 51:23
**scheduled** [1] - 39:21
**scheduling** [2] - 39:20, 42:16
**school** [1] - 53:23
**screen** [2] - 6:8, 9:5

**SEAN** [1] - 1:15
**seated** [1] - 46:17
**Second** [1] - 1:12
**second** [1] - 42:21
**see** [27] - 6:6, 6:13, 7:3, 9:6, 12:1, 14:9, 14:10, 14:19, 14:20, 15:25, 16:11, 22:20, 23:8, 23:11, 23:22, 24:5, 24:9, 24:14, 24:16, 30:4, 45:7, 47:19, 47:25, 51:20, 61:7, 66:2
**seem** [2] - 32:9, 52:16
**seized** [13] - 5:5, 5:19, 13:15, 13:17, 16:24, 19:11, 27:4, 27:10, 27:15, 27:24, 33:15, 33:16, 33:17
**Selecting** [1] - 65:3
**selecting** [1] - 62:8
**Selection** [1] - 65:13
**send** [16] - 20:15, 22:16, 23:11, 23:21, 23:23, 24:2, 24:6, 24:9, 24:10, 24:11, 24:15, 26:2, 26:7, 30:4
**sending** [1] - 25:15
**sense** [1] - 31:5
**sent** [5] - 25:23, 25:25, 29:22, 29:23
**sentence** [10] - 51:2, 51:22, 55:8, 56:5, 56:16, 57:3, 57:23, 58:17, 58:25
**sentences** [1] - 65:19
**separate** [1] - 51:21
**separated** [1] - 36:23
**seriously** [3] - 63:2, 63:15, 64:3
**set** [4] - 62:7, 65:2, 65:7, 65:16
**several** [1] - 39:22
**SHEPARD** [1] - 2:7
**shipment** [1] - 20:20
**shooting** [7] - 14:1, 16:4, 18:2, 18:5, 33:5, 35:2
**shootout** [7] - 14:14, 14:17, 15:14, 15:17, 16:8, 18:7, 35:6
**short** [1] - 54:21
**shorthand** [1] - 1:25
**shots** [1] - 15:11
**show** [1] - 12:9
**showed** [3] - 25:6, 27:20, 28:10
**showing** [1] - 13:1
**shown** [1] - 12:19
**shows** [3] - 7:7, 7:8, 7:11
**signature** [1] - 66:22
**signed** [1] - 36:19
**simply** [1] - 61:19
**sing** [1] - 39:23
**single** [4] - 16:16, 51:2, 59:13, 59:21
**sit** [2] - 40:3, 40:25
**sitting** [1] - 40:18
**situations** [1] - 41:22
**skip** [1] - 49:25
**small** [3] - 6:12, 22:9, 52:10
**sold** [1] - 5:16
**soldiers** [1] - 24:17
**someone** [1] - 34:12
**sometimes** [2] - 9:15, 9:17
**somewhere** [2] - 52:9, 57:25
**songs** [1] - 39:23
**soon** [2] - 23:8, 42:12
**Soriana** [1] - 14:16
**sorry** [8] - 7:5, 19:16, 22:23, 39:5, 48:10, 51:9, 59:16, 65:24
**sound** [4] - 43:20, 45:18, 48:4, 57:4
**sounds** [1] - 57:15
**Spanish** [2] - 23:17, 37:25
**SPEAKER** [1] - 53:18
**speakers** [1] - 57:19
**Special** [1] - 16:20
**specify** [1] - 19:5
**speech** [1] - 39:11
**split** [1] - 45:8
**squares** [1] - 22:9
**stand** [3] - 17:2, 17:5, 39:21
**standing** [3] - 44:3, 49:1, 49:2
**start** [4] - 14:1, 20:24, 48:14, 59:10
**starts** [1] - 18:11
**state** [2] - 16:22, 19:6
**statement** [1] - 55:14
**statements** [3] - 44:4, 44:5, 44:8
**States** [7] - 1:23, 10:1, 12:16, 55:11, 58:19, 66:15, 66:17
**STATES** [3] - 1:1, 1:2, 1:9
**station** [2] - 7:23, 15:1
**Statute** [1] - 39:8
**stay** [3] - 50:8, 60:4, 60:5
**stays** [2] - 39:1, 39:2
**stenographic** [1] - 66:20
**stenographically** [1] - 66:12
**step** [1] - 62:11
**stern** [1] - 41:18
**still** [11] - 15:21, 17:17, 17:22, 38:1, 38:10, 43:12, 47:14, 58:23, 58:24, 60:19, 62:22
**stipulate** [3] - 53:2, 58:12, 61:16
**stipulated** [6] - 56:19, 57:3, 57:15, 57:17, 58:5, 58:11
**stipulating** [3] - 53:8, 57:2, 57:4
**stipulation** [3] - 52:23, 54:12, 56:24
**stipulations** [1] - 57:22
**Street** [1] - 1:12
**street** [6] - 6:18, 6:19, 7:1, 7:24, 8:14, 8:15
**streets** [2] - 6:15, 6:16
**strongly** [1] - 39:16
**stuck** [1] - 48:14
**subject** [2] - 43:2, 43:3
**submit** [1] - 36:17
**substance** [3] - 51:23, 51:24, 58:17
**substances** [3] - 51:4, 52:5, 52:7
**suggest** [2] - 43:16, 50:7
**suggestion** [2] - 49:10, 61:18
**Suite** [2] - 1:20, 2:5
**summation** [1] - 44:13
**supervisors** [1] - 42:18
**sustained** [1] - 32:12
**switch** [1] - 19:13
**sworn** [3] - 4:11, 37:19, 58:3
**system** [10] - 61:13, 62:23, 62:24, 63:1, 63:11, 63:13, 63:15, 63:23, 64:6, 64:7
**SZAL** [1] - 2:8

## T

**Tab** [16] - 14:2, 15:4, 16:13, 17:20, 18:18, 19:14, 19:16, 20:24, 22:23, 22:24, 23:17, 25:7, 33:1, 33:11, 50:16, 60:2
**tab** [1] - 15:5
**Tacones** [2] - 18:15, 18:16
**talks** [2] - 17:11, 18:10
**Tamaulipas** [2] - 4:21, 10:10
**team** [1] - 36:15
**technically** [1] - 52:11
**telephone** [1] - 60:6
**telephones** [1] - 21:11
**TERESA** [1] - 2:7
**term** [2] - 10:25, 11:3
**terms** [3] - 39:18, 61:19, 63:21
**testified** [3] - 4:11, 13:20, 37:19
**testifies** [1] - 40:16
**testify** [6] - 36:7, 38:8, 38:19, 39:3, 41:4, 63:19
**testimony** [8] - 21:22, 25:8, 25:17, 27:3, 31:2, 32:20, 58:3, 58:5
**Texas** [8] - 4:21, 5:2, 10:10, 10:20, 10:22, 21:2, 21:4, 26:3
**THE** [126] - 1:1, 1:8, 4:4, 4:6, 4:7, 7:17, 7:18, 7:20, 7:23, 10:21, 10:24, 11:1, 11:3, 11:5, 12:19, 12:22, 12:25, 22:4, 22:5, 28:7, 28:8, 31:13, 31:20, 32:12, 34:23, 35:19, 35:22, 36:4, 36:9, 36:13, 36:15, 36:19, 36:22, 36:25, 37:2, 37:13, 37:21, 37:25, 38:1, 38:3, 38:5, 38:6, 38:9, 38:11, 38:12, 38:15, 39:6, 40:7, 40:11, 41:19, 41:25, 42:6, 42:12, 42:22, 43:2, 43:5, 43:8, 44:1, 44:6, 44:16, 44:23, 45:2, 45:14, 45:22, 46:4, 46:17, 48:4, 48:10, 48:18, 49:10, 49:21, 49:25, 50:5, 50:18, 50:21, 51:6, 51:8, 51:9, 51:13, 51:14, 51:25, 52:8, 52:12, 52:18, 53:1, 53:11, 53:19, 53:25, 54:2, 54:11, 54:15, 54:18, 54:21, 55:3, 55:6, 55:18, 55:23, 57:12, 58:1, 58:7, 58:16, 58:23, 59:3, 59:6, 59:16, 59:23, 60:3, 60:15, 60:23, 60:25, 61:1, 61:9, 61:21, 62:3, 62:7, 62:11, 63:5, 63:7, 64:17, 64:20, 65:1, 65:6, 65:10, 65:14, 65:24, 66:1
**therefore** [2] - 40:12, 41:6
**they've** [1] - 52:6
**thinking** [2] - 39:14, 45:15
**thinks** [1] - 49:8
**thirty** [2] - 15:23, 44:14
**thoughts** [1] - 48:7
**thousand** [6] - 24:25, 25:18, 27:6, 27:9, 29:19, 54:10
**Three** [1] - 30:12
**three** [3] - 25:13, 25:18, 60:25
**throughout** [1] - 47:21
**today** [3] - 31:2, 40:23, 41:12
**Tommy's** [3] - 16:15, 16:17, 16:19
**ton** [8] - 53:12, 53:15, 54:9, 54:14, 61:12, 61:13, 61:17, 61:22
**tons** [3] - 53:19, 61:17, 61:25
**took** [2] - 29:21, 39:19
**TORRIENTE** [11] - 1:15, 3:7, 31:14, 31:16, 31:22, 31:23, 32:13, 34:21, 35:20, 53:23, 54:1
**touch** [1] - 15:25
**towards** [4] - 7:25, 8:15, 52:2
**town** [2] - 8:24,

10:22
**trafficker** [1] - 5:1
**trafficking** [2] - 5:4, 39:24
**transaction** [5] - 21:21, 24:21, 25:9, 26:12, 29:12
**transcribed** [1] - 66:20
**Transcript** [1] - 1:25
**transcript** [1] - 66:19
**TRANSCRIPT** [1] - 1:7
**transcription** [1] - 1:25
**transcripts** [11] - 46:11, 50:3, 56:4, 56:5, 56:11, 56:17, 56:20, 57:5, 57:17, 59:12, 59:19
**translate** [2] - 56:20, 57:18
**translated** [1] - 37:25
**transportation** [3] - 28:3, 28:9, 29:6
**Tres** [8] - 19:25, 20:3, 20:5, 20:7, 20:9, 20:11, 20:17, 30:12
**trial** [6] - 4:2, 6:9, 41:23, 49:9, 49:11, 66:8
**TRIAL** [1] - 1:7
**trouble** [1] - 40:9
**truck** [2] - 9:21, 26:20
**true** [3] - 6:3, 50:15, 53:14
**trust** [1] - 32:17
**trusted** [1] - 6:2
**try** [2] - 42:13, 49:7
**Tuesday** [1] - 45:25
**turn** [7] - 8:14, 14:2, 15:4, 17:20, 18:18, 19:14, 32:25
**twelve** [2] - 41:24, 59:22
**two** [9] - 10:13, 18:10, 20:22, 33:16, 50:3, 54:13, 58:17, 63:12, 65:19
**typewritten** [1] - 66:21

## U

**U.S** [3] - 1:12, 1:15, 2:9
**ultimately** [1] - 46:23
**unable** [1] - 6:13
**under** [2] - 30:19, 47:14
**undisputed** [1] - 56:25
**undue** [1] - 49:23
**UNITED** [3] - 1:1, 1:2, 1:9
**United** [6] - 10:1, 12:16, 55:11, 58:19, 66:15, 66:17
**united** [1] - 1:23
**unknown** [6] - 16:14, 17:21, 18:9, 18:21, 19:10, 33:2
**unless** [2] - 29:1, 57:13
**up** [25] - 7:2, 8:24, 9:10, 12:17, 13:10, 13:24, 21:24, 23:4, 26:17, 26:21, 26:25, 28:20, 36:24, 37:1, 38:22, 42:10, 42:17, 44:16, 56:7, 58:9, 58:10, 60:17, 61:22
**USA** [1] - 66:13
**useful** [1] - 53:4
**usual** [2] - 47:6, 47:7
**Uzi** [1] - 33:16

## V

**VA** [1] - 2:5
**Vega** [2] - 5:13, 5:15
**version** [1] - 52:17
**versus** [1] - 66:13
**Vicente** [1] - 6:15
**Villareal** [1] - 28:6
**violate** [1] - 63:17
**violated** [1] - 63:25
**violates** [1] - 56:14
**voice** [1] - 14:8
**VOLUME** [1] - 1:8
**vs** [1] - 1:4

## W

**wait** [1] - 23:2
**wants** [2] - 37:9, 48:12
**warrant** [1] - 32:4
**WARREN** [6] - 2:10, 36:14, 37:7, 63:6, 64:15, 64:22
**Warren** [6] - 36:11, 36:13, 60:19, 60:21, 64:20, 64:24
**Washington** [5] - 1:4, 1:13, 1:16, 1:20, 1:24
**watching** [2] - 18:1, 33:4
**weapons** [2] - 24:12, 24:16
**wear** [1] - 17:18
**weed** [1] - 33:18
**week** [1] - 44:16
**weekend** [12] - 38:20, 38:25, 39:2, 40:15, 41:2, 41:9, 45:3, 47:17, 47:25, 59:9, 62:16, 66:3
**weeks** [1] - 63:12
**weigh** [3] - 7:23, 7:24
**weight** [1] - 58:13
**whereof** [1] - 66:22
**whole** [5] - 8:22, 9:4, 43:17, 44:24, 59:9
**wife** [3] - 15:13, 15:20, 15:24
**willing** [3] - 36:7, 37:23, 53:2
**Wing** [1] - 1:13
**witness** [8] - 4:10, 31:12, 36:1, 37:18, 38:14, 39:21, 49:7, 66:22
**Witness** [1] - 39:8
**WITNESS** [8] - 7:18, 7:23, 11:5, 22:5, 28:8, 37:25, 38:6, 38:11
**witnesses** [10] - 43:4, 49:4, 49:5, 49:12, 49:13, 49:18, 49:22, 55:1, 55:5, 58:3
**Witnesses** [1] - 54:25
**WITNESSES** [1] - 3:3
**word** [3] - 14:13, 24:4, 61:17
**words** [5] - 14:13, 16:18, 22:1, 22:12, 59:22
**workers** [1] - 29:23
**works** [8] - 43:21, 62:25, 63:1, 63:11, 63:12, 63:14, 64:6, 64:7
**worried** [1] - 49:1
**worth** [1] - 29:1
**wrap** [1] - 42:10
**wrapped** [1] - 39:11
**wrapped-in-the-flag** [1] - 39:11
**wrapping** [1] - 38:22
**write** [1] - 45:13
**writing** [1] - 6:12

## Y

**Yanqui** [3] - 16:12, 20:8, 32:5
**yesterday** [5] - 6:1, 13:14, 13:21, 30:6, 30:19
**Yeyo** [2] - 16:11, 24:24
**York** [1] - 1:16
**yourselves** [2] - 47:15, 47:22

## Z

**Zamora** [3] - 5:13, 5:15, 5:23