# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    vs.                        Criminal No.          08-57-4,12

MIGUEL TREVINO MORALES- 4        Category    B
OMAR TREVINO MORALES- 12

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  1/23/2025  from  Judge Trevor N. McFadden  to  Calendar Committee  by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:    Judge Trevor N. McFadden   & Courtroom Deputy
       Calendar Committee

       U.S. Attorney's Office – Judiciary Square Building, Room 5133
       Statistical Clerk