UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.: 08-cr-00057-TNM-5 |
| JAIME GONZALEZ DURAN,<br>Defendant. | |

ORDER

The Court has considered the Defendant's motion to adjourn the trial date in this case. It is ORDERED that Defendant's Motion is hereby GRANTED.

SO ORDERED this _____ day of _____ 2025.

_____
TREVOR N. McFADDEN
United States District Judge

Copy to all parties via ECF.