Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.   08-57   (TNM)

MIGUEL TREVINO MORALES (4)  Category   B
OMAR TREVINO MORALES (12)

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 2/28/2025 from Calendar Committee to Judge Trevor N. McFadden by direction of the Calendar Committee.

(Defendants are No Longer Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:  Judge Trevor N. McFadden   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk