# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| | DOCKET NO: | MAGIS. NO: |
|---|---|---|
| **UNITED STATES OF AMERICA** | **08-057 #8** | |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| **V.** | | |
| Antonio Ezequiel Cardenas-Guillen a.k.a. " Tony Tormenta", et. al. | **Alfredo Rangel Buendia (8)** a.k.a. "Chicles," **Mexico** | |

| DOB: **Unknown**   PDID: | | |
|---|---|---|
| WARRANT ISSUED ON THE BASIS OF:   **SUPERSEDING INDICTMENT** | DISTRICT OF ARREST  *Washington, DC* | |
| TO:   **ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER** | CITY  *Washington, DC* | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE AND 1,000 KILOGRAMS OR MORE OF MARIJUANA FOR IMPORTATION INTO THE UNITED STATES;

DISTRIBUTION OF COCAINE FOR IMPORTATION INTO THE UNITED STATES

AID AND ABET;

ASSET FORFEITURE

Counts 1, 2 and Asset Forfeiture

**UNITED STATES CODE TITLE & SECTION:**

IN VIOLATION OF:   21:963, 959 and 960;18:2; 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **HWOB** | | |
| ORDERED BY:  **MAGISTRATE JUDGE ALAN KAY** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)  U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:  **AUG 1 2 2009** |
| CLERK OF COURT:  **Nancy Mayer-Whittington** | BY DEPUTY CLERK | DATE:  **AUG 1 2 2009** |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  *8/12/2009* | NAME AND TITLE OF ARRESTING OFFICER  *C Estrada, DUSM* | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA   Yes   No  X | | OCDETF CASE:   Yes  X   No |
| CASE: | | |

148 2477