<u>**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| VS. | \*   CASE NO. 08-CR-057 |
| | \* |
| **OMAR TREVINO MORALES** | \* |

\* \* \* \* \* \* \* \* \*

<u>**NOTICE OF APPEARANCE**</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please note the appearance of Alfred Guillaume III, Esq., for Defendant Omar Morales, as *local counsel* sponsoring the petition for pro hac vice admission of Clark Birdsall, Esq., which is being filed contemporaneously with this Notice.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, Esq.  #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 2nd day of March 2025, a copy of this motion was sent electronically to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, Esq.