### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO. 08-CR-057-12 |
| | * |
| OMAR TREVINO MORALES | * |

\* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION
## PRO HAC VICE

I, Alfred Guillaume III, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney CLARK BIRDSALL, to appear pro hac vice in the above captioned case on behalf of the Defendant, Omar Morales.

I certify that:

1. Mr. Birdsall is not a member of the bar of this Court and does not maintain an office in the District of Columbia.

2. Mr. Birdsall is a member in good standing of the bars of the following State Courts and United States Courts:

    State Bar of Texas

    United States District Court for the Eastern District of Texas

    United States District Court for the Northern District of Texas

    United States District Court for the Western District of Texas

    United States District Court for the Southern of Texas

3. Mr. Birdsall has not been admitted pro hac vice once in this court within the last two years.

4. Mr. Birdsall understands that admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Attached to this motion is a signed supplemental certification which provides more facts on Attorney Clark Birdsall, including his disciplinary history and other information relevant to this Court's determination of his pro hac vice admission.

WHERFORE, undersigned counsel requests the pro hac vice admission of Attorney Clark Birdsall.

Respectfully submitted,

*A g*

Alfred Guillaume III, Esq.  #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of March 2025, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*A g*
_____
Alfred Guillaume III, E