**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO. 08-CR-057-4 |
| | * |
| MIGUEL TREVINO MORALES | * |
| | * * * * * * * * * |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please note the appearance of Alfred Guillaume III, Esq., for Defendant Miguel Trevino Morales, as *local counsel* sponsoring the petition for pro hac vice admission of Frank Perez, Esq., which is being filed contemporaneously with this Notice.

                                        Respectfully submitted,

                                        */s/ Alfred Guillaume*

                                    Alfred Guillaume III, Esq.  #MD0085
                                    Law Offices of Alfred Guillaume III, LLC
                                    1350 Connecticut Ave. NW, Suite 308
                                    Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2025, a copy of this motion was sent electronically to all parties of record.

                              */s/ Alfred Guillaume*
                              Alfred Guillaume III, Esq.