UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MIGUEL TREVINO MORALES,**<br>also known as "40," "Zeta 40," "Cuarenta,"<br>"Z-40," "Mike,"<br><br>**ALFREDO RANGEL-BUENDIA,**<br>also known as "Chicles,"<br><br>**OMAR TREVINO MORALES,**<br>also known as "42," and "Z-42,"<br><br>Defendants. | CRIMINAL NO. 08-CR-057 (TNM) |

## **PROTECTIVE ORDER**

Before the Court is an Unopposed Motion for a Protective Order. This Court hereby **ORDERS** as follows:

a. The Government will classify discovery into two categories: (1) items not subject to the restrictions of the Court's Protective Order; and (2) sensitive material subject to the Protective Order (hereinafter referred to as the "protected discovery").

b. The Government will provide both categories of discovery to defense counsel in electronic or paper format, redacted as appropriate.[1] All documents also will contain Bates stamped numbers.

c. The Government will provide the protected discovery to defense counsel marked as "SUBJECT TO A PROTECTIVE ORDER" or "PROTECTED MATERIAL."

---

[1] If there are materials that are originally in electronic format, such as video or audio files, the Government will produce them in the same manner to the defense.

  d. The protected discovery must remain in the custody of defense counsel or the defense team, as defined below in paragraph (i), at all times.

  e. Only the Defendant, defense counsel, and members of the defense team may view the discovery. However, should defense counsel wish to have other individuals view the discovery for the purpose of assisting in the defense of this case, defense counsel shall submit their names to the Court in order for the Court to approve them prior to their viewing of the discovery. These individuals shall sign the acknowledgement form described in paragraph (j) below prior to viewing the discovery.

  f. Defendant, and individuals approved by the Court, may view the protected discovery only for the purpose of assisting in the defense of this case. The Defendant, and those approved by the Court, will not retain custody of any of the protected discovery.

  g. The protected discovery will not be disclosed to anyone who is not assigned to, and directly involved in, the preparation of the defense in this case.[2]

  h. Any of the protected discovery filed with the Court shall be accompanied by a motion to file under seal, except by agreement between counsel.

  i. The defense team is defined as: (1) a person who is an attorney retained by the defendant and who has entered an appearance in the above-captioned matter, and is either a member of the D.C. Bar or admitted to practice either on a full-time basis or *pro hac vice* before the United States District Court for the District of Columbia; and (2) any paralegal, investigator, law clerk, or other employee of such attorneys who are assigned to assist in the preparation of the defense in this case. All members of the defense team must be subject to the jurisdiction of the U.S. District Court for the District of Columbia. Defense counsel shall keep a list of those deemed

---

[2] For the purpose of this protective order, "disclosed" means physically given, read verbatim, or reproduced in any way.

part of the defense team and provide a copy of the list to the government before sharing protected discovery with that individual.

   j. Defense counsel shall go over the terms of the protective order with the defendant and those individuals approved by the Court, as well as any members of the defense team. Further, defense counsel shall have the defendant and defense team members sign an acknowledgement form provided by the Government, affirming that they understand the terms of the protective order and consequences of violating the protective order, prior to reviewing any of the protected discovery.

   k. A copy of this Order shall be kept with the protected discovery at all times.

   l. Within 60 days of the conclusion of this criminal case, including the final determination of any appeal, defense counsel shall destroy or return to the Government the protected discovery received pursuant to this Protective Order, and if destroyed, certify in writing to the Government that all protected discovery has been destroyed.

   m. Any person who willfully violates this Protective Order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

SO ORDERED.

DATED: __3/13/25__

                _____
                HON. TREVOR N. MCFADDEN
                UNITED STATES DISTRICT JUDGE
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA