UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO RAMIREZ TREVINO,<br><br>Defendant. | CRIMINAL NO.: 08-CR-057-07 (TNM) |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND VACATE SENTENCING HEARING

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in the interest of justice, the United States of America, by and through the undersigned Trial Attorneys, hereby moves to dismiss the Indictment pending against the defendant, Mario Ramirez Trevino. The defendant died on March 13, 2025. For this reason, the United States requests that the Court dismiss the Indictment and vacate the sentencing hearing.

Respectfully submitted this 21st day of March 2025.

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice

By:   */s/ Janet Turnbull*
Janet Turnbull
Kirk Handrich
Jayce Born
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice
145 N Street Northeast
Washington, D.C. 20530
Tel: (202) 616-2576
Email: Janet.Turnbull2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via CM/ECF, to counsel of record for the Defendant, this 21st day of March 2025.

      By:    /s/  *Janet Turnbull*
                     Janet Turnbull
                     Trial Attorney
                     Narcotic and Dangerous Drug Section
                     Criminal Division, U.S. Department of Justice