UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMAR TREVINO-MORALES,<br>                 Defendant. | Crim. Action No. 08-cr-00057 (12) TNM |

NOTICE OF APPEARANCE

To the Clerk of the Court, please *add the appearance* of Manuel J. Retureta, as RETAINED DEFENSE COUNSEL of record on behalf of the defendant.

                              Respectfully submitted,

                              RETURETA  &  WASSEM,  P.L.L.C.

By:_____
     Manuel J. Retureta, Esq.
     District of Columbia Bar #430006
     300 New Jersey Avenue, NW
     Suite 300
     Washington, D.C.  20001
     202.450.6119
     MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via electronic mail on this 8th of May 2025.

By:_____
  Manuel J. Retureta, Esq.