UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIME GONZALEZ DURAN,<br>                    Defendant. | Crim. Action No. 08-cr-00057-TNM-5 |

DEFENDANT'S NOTICE OF FILING EXHBITS FOR SENTENCING

COMES NOW DEFENDANT, JAIME GONZALEZ DURAN, by and through undersigned counsel, and respectfully submits this notice of filing exhibits in anticipation of the sentencing hearing.  The exhibits are described by the attached exhibit sheet and attached to this notice.

Filed this 1st day of June 2025.

Respectfully submitted,

RETURETA & WASSEM,  P.L.L.C.

By:_____
          Manuel J. Retureta, Esq.
          District of Columbia Bar #430006
          300 New Jersey Avenue, NW, Suite 900
          Washington, D.C.  20001
          202-450-6119
          MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via electronic mail on this 1st day of June 2025.

By:_____
Manuel J. Retureta, Esq.

# EXHIBITS

Letters Included Are From:

- Father
- Brothers/Sisters
- Wife
  - Sylvia Tovar
- Mother of Children
  - Nely Zapata
- Daughter
  - Eldest Daughter Mariana
- Friends
  - Ludivina

Photographs:

The photographs show items that Mr. Gonzalez Duran produced while incarcerated and sent to family.  Other photos show family members together before his arrest in 2008.

30 - 05 - 2025

A quien corresponda

Con el debido respeto su señoría yo Eleuterio Gonzalez
Guadalupe padre de Jaime Gonzalez Duran, soy una
persona de 75 años vivo en el pueblo de Aquismon S.L.P
soy una persona mayor con padecimientos de alta presión
diabetes, problema auditiva en el oido izquierdo, con
glaucoma en la vista que se deteriora adiario, ademas de
una fractura en la cadera, motivo el cual ya camino muy poco.
Estoy enviando esta carta con el debido respeto a usted
para decirle que Jaime Gonzalez Duran mi hijo perdió
a su madre a la edad de 7 años desde pequeño se hizo
responsable ya que ayudaba en las labores del hogar y al
cuidado de sus hermanos mas chicos junto a su hermana
mayor, siempre fue un niño con muchas ganas de salir
adelante, el caminaba kilometros para poder asistir a la
escuela rural mas cercana sin zapatos, aveces sin comer ya
que eramos muy pobres y no nos alcanzaba la comida, las
oportunidades en el poblado desafortunadamente son muy
escasos no hay trabajo aqui se vive del campo. Cuando
tenia mas edad al ver las carencias que habia en la casa
pidio enlistarse al ejercito ya que un hermano y formaba
ya parte de el, gracias a su empeño y dedicación logro ser
parte de el, en donde destaco por su conducta y dicipilina.
Pero cuando salio del ejercito se encontro que son pocas las
oportunidades en nuestro pais, con la idea de seguir adelante
trabajo en una ojalateria, en algo honesto, por seguir su valores
una persona de buen corazon, humilde y noble siempre pensando
en ayudar a su familia.
Por tal motivo pido usted su clemencia hacia mi hijo
ya que mi mayor deseo antes de llegar a morir es poder
volver a mi hijo en libertad. mi salud se ha visto afectada
por estar con la angustia de llegar a fallecer y no lograr
ver a mi hijo.



De antemano muchas gracias por tomarse de su tiempo
para leer mi presente

Atentamente
Eleuterio Gonzalez Guadalupe

5-30-2025

To Whom It May Concern:

With due respect your Honor, I Eleuterio Gonzalez Guadalupe, father of Jaime Gonzalez Duran, am a person of 75 years. I live in the town of Aquismon, S.L.P. I am an old person with ailments like high blood pressure, diabetes, hearing loss, glaucoma in my eyesight that deteriorates daily, a hip fracture which is why I walk very little.

I am sending this letter with the due respect owed you to tell you that Jaime Gonzalez Duran, my son, lost his mother at the age of 7. From his youth he became responsible and helped with housework and for the care of his younger siblings. Together with his older sister, he was always a child with a desire to succeed. He walked kilometers to help with the closest rural school, barefoot, at time without food since we were very poor and food did not feed everyone. Opportunities in the town, unfortunately, are scarce, and there is no work here, you live off the land. When he was older, and seeing the scarcity at home, he enlisted in the army like a brother had previously. Thanks to his work and dedication he was able to join through his conduct and discipline. But when he left the army he found that opportunities are few in our country. With the idea of moving forward he worked in a blacksmith shop, something honest, following his values, a person of good heart, humble and noble always helping his family.

For this reason I ask your clemency for my son as my greatest wish before I die is to be able to again see my son, free. My health has been affected with the anguish of dying and not be able to see my son.

In advance, thank you for taking the time to read my letter.

Atentively,
Eleuterio Gonzalez Guadalupe
( Signature )

Carta de la los hermanos del señor Jaime González Durán dirigida al juez.

A quien corresponda:                                     31/05/2025
Su señoría me dirijo a usted

Por la presente, nosotros, hijos y familiares de nuestro querido papá,
deseamos expresar nuestra profunda preocupación y dolor ante el deterioro
de su salud. Con el paso de los años, nuestro padre, quien siempre ha sido
el pilar de fortaleza y amor de nuestra familia, se encuentra en una situación
de creciente vulnerabilidad tanto física como emocional. Este lamentable
declive se ha acentuado con la prolongada ausencia de su hijo, **Jaime
González Durán**, cuya separación ha dejado una herida que se hace cada
día más evidente en su ánimo.

Papá, quien a lo largo de su vida se destacó por su entrega y sacrificio, ha
sucumbido al dolor que le ocasiona no poder contar con la cercanía de
Jaime. La soledad y el pesar se han hecho presentes, afectando
directamente su salud y sumiéndolo en un estado de abatimiento que nos
llena de tristeza. Creemos firmemente que la posibilidad de restablecer ese
vínculo afectivo es fundamental para que él encuentre nuevamente paz y
consuelo en estos momentos tan difíciles.

Por ello, apelamos a su comprensión y solidaridad, y solicitamos
encarecidamente que se evalúe esta situación con la urgencia y sensibilidad
que merece. Estamos convencidos de que facilitar la libertad de Jaime
contribuirá a aliviar el sufrimiento de nuestro padre y le permitirá recuperar,
aunque sea en parte, la esperanza y la tranquilidad que tanto anhela.

Agradecemos de antemano la atención prestada a esta solicitud y
quedamos a su entera disposición para proporcionar cualquier información
adicional que se requiera.

**Atentamente,**

Laureano González

Alicia González

Irma González

Raúl González

Angélica González

Cele González

Ofe González

Photos

5/31/2025

To Whom It May Concern:

Your Honor we direct ourselves to you.

Through this, we, children and family of our "papá," wish to express our profound concern and pain for the deterioration of his health.  With the passage of time, our father, who has always been the pilar of strength and love of our family, finds himself in an increasingly vulnerable situation both physically and emotionally.  This lamentable decline has been accentuated with the prolonged absence of his son, Jaime Gonzalez Duran, whose absence has been a wound that everyday becomes more evident in his appearance.

Papá, who throughout his life highlighted sharing and sacrifice, has succumbed to pain, not being able to count on the closeness of Jaime.  The solitude and the weight have become present, directly impacting his health and consuming him in a state of dejection that leaves us sad.  We firmly believe that the possibility of reestablishing the connection is fundamental so that he may again find peace and counsel in these difficult moments.

For them, we appeal to your compassion and solidarity and earnestly solicit that this situation be evaluated with urgency and the sensibility required.  We are convinced that the liberty of Jaime will contribute to alleviate the suffering of our father and allow him to recuperate, although in part, the hope and tranquility so yearned.

We appreciate beforehand the attention given with this solicitude and we remain at your disposition to offer whatever additional information needed.

Attentively,

( Names )

Fecha 30-de mayo -del 2025

A quien corresponda:

Su señoría, con el debido respeto me dirijo ante usted, para hablar de Jaime González Duran, de su persona sus valores, y todo lo que hizo por su familia, su comunidad y su patria.

Su señoría, le pido respetuosamente que considere, que Jaime siempre ha sido un gran hombre y excelente ser humano, muy humilde de valores, trabajador y de buen corazón, esto a pesar, que tuvo una infancia muy dura precaria, llena de carencias y limitaciones, sin las mínimas posibilidades de salir adelante, siempre fue una persona preocupada,  no solo por su familia y conocidos si no también por su comunidad donde nació "Aquismón" un pequeño poblado marginado en la sierra, de tan solo 500 habitantes, donde por voluntad propia ayudó a los más vulnerables y necesitados, siempre fue un seguidor de las causas justas, quedó huérfano a la edad de 7 años y siempre estuvo pendiente de sus 5 hermanos, ayudaba en los quehaceres de la casa, cortaba leña y también estudiaba, diariamente caminaba varios Kilometro descalzo sin zapatos para asistir a la escuela, una escuelita rural muy lejos de su comunidad, iba sin zapatos sin alimento sin ropa adecuada para el frio y la lluvia, y pese a estos obstáculos que día a día enfrentaba no desistió, el quería ser  un profesionista para ayudar a su familia, pues eran muy pobres, quería enlistarse en el ejercito ser militar, y servir a su patria, desde pequeño, le gustaba ver la bandera y cantaba el himno nacional con orgullo, y gracias  a su esfuerzo empeño y dedicación lo logró,

donde por su conducta y diciplina destacó...

Ahí estudió y tubo algunas encomiendas, fue enviado a cumplir misiones de lucha  por el bien de su país , también por voluntad propia ayudó en las inundaciones llevando ropa y comida a los necesitados y gente en extrema pobreza, también es importante que sepa, que esa misma perseverancia y disciplina la demostró con su buena conducta estando en reclusión en México, Jaime siempre demostró interés por su reinserción social, estudiaba, asistía a cursos y a actividades, me recibía con una sonrisa en su visita familiar, se ponía feliz de ver a su familia, pasábamos buenos momentos hablando y haciendo planes, para el futuro cuando el estuviera en libertad, el tiene planes, Anela empezar una nueva vida , tiene la ilusión de un trabajo digno honesto y honrado en el campo, y en la cría de animales.

Photos

Su Señoría muy respetuosamente por tales motivos ante usted yo Silvia Tovar García, persona de estudio, de valores y con un trabajo honesto, concubina de Jaime Gonzales Durán, le pido la clemencia para él y poder verlo pronto en libertad, para que juntos podamos empezar, una nueva vida trabajando honradamente, y tener nuestra familia ya que el es el pilar fundamental.

Atentamente:

Con el debido respeto ante usted su Señoría

Silvia Tovar García

Date 30 of may of 2025

To Whom It May Concern:
Your Honor, with respect I direct myself to you, to talk of Jaime Gonzalez Duran, of the person and his values, and all he did for his family, his community and his country.

You Honor, I respectfully ask you to consider that Jaime has always been a great man and excellent human being, very humble, worker and of good heart, in light of having a difficult childhood. It was full of deficiencies and limitations without possibilities of coming out ahead. He was always a person concerned not only for his family and friends but also his community and "Aquismón," a small town near the Sierra, of only 500 habitants, where he helped the most vulnerable and needy. He was always a follower of a just cause. He was orphaned at 7 years old and he was always there for his 5 siblings. He helped with household chores, chopped wood, and studied. He walked daily, barefoot, to assist the school, a rural school far from his home. He went barefoot without food or adequate clothing for the cold or rain, and he endured these obstacles daily without stopping. He wanted to be a professional to help his family, but they were too poor. He wanted to enlist in the army and serve his country from youth. He liked to see the flag and he sing the national anthem proudly. And, thanks to his effort and dedication he succeeded.

There he studied and succeeded. He was sent to fighting missions for the benefit of his country, he also volunteered his help flood victims with clothing and food to those in need and the poor. It is also important to know that the same perseverance and discipline was demonstrated with his good conduct while imprisoned in Mexico. Jaime always demonstrated his interest in returning to society, to study, he assisted in classes and activities.

A smile awaited me during family visits. He would be happy to see his family. We passed good moments talking and making planes for the future when he would be free. He has plans. He longs to start a new life; he has the dream of an honest job and honorable in the fields and raising animals.

Your honor, very respectfully, for these reasons and before you I Silvia Tovar Garcia, a person of education, of values and with honest work, concubine of Jaime Gonzales Duran, asks for clemency for him and to see him free soon so together we can start again a new life working honorably, and have our family as it is the fundamental pilar.

Attentively,
With due respect to your Honor,
Silvia Tovar Garcia
( Signature )

A quien corresponda

31 mayo 2025

Mi nombre es Ma. Nely Zapata enviando mis saludos y pasando a lo siguiente, yo como esposa ó pareja sentimental del Sr. Jaime Gonzalez Duran paso a exponer mi testimonio mas bueno que malo el como persona es un gran ser humano como padre esta catalogado para mi entre uno de los mejores prueba de ello es que ningun obstaculo 'a impedido tener la comunicación con nuestras 3 amadas hijas ellas igual que yo lo reconocen con amor y respeto lo conoci en el 2002 fue mi esposo en su liberrtad por 7 años y lo visite durante 9 años en prisión y jamas recibi una ofensa o agresión por su parte, siempre estuvo presente como hombre de mi casa y fue muy responsable fue el mejor amigo esposo un caballero que si fuera realmente la persona mala que exponen yo en esos 7 años lo hubiese descubierto como tal porque estaran de acuerdo conmigo que ninguna persona en el mundo puede fingir por años una cara o personalidad que no sea la real el es buen ser humano y sin tanto alarde solo dire que si en las prisiones ó carcel se aplican examenes crimi-nologicos y psicologicos y estos son aplicados por personas realmente capasitadas para ello se dara a saber que no miento en mi testimonio me atrevo a dar mi muy buena referencia para mi ex-esposo Jaime Gonzales Duran Aprovecho este medio para enviarle mi cariño y un beso.

Atte:

31 May 2025

To Whom It May Concern

My name is "Ma. Nely Zapata" sending my greetings and presenting the following.  I, as wife and sentimental pair of Mr. Jaime Gonzalez Duran present my testimony more good than bad.  He, as a person, is a great human being.  As a father, he is categorized by me among the best.  Proof is that no obstacle has impeded his communication with our 3 beloved daughters.  They, as I do, think of him with love and respect.

I met him in 2002, he was my husband while he was free for 7 years and I visited him during 9 years in prison.  And never did I receive an offense of aggression by him.  He was always present as the man of my home and was very responsible.  He was the best friend spouse, a "caballero" that if he was really the bad person that is presented, I, in those 7 years, would have discovered as such.  You would agree with me that no person in the world could fake for years the face or personality that was not real.

He is a good human being, and without boasting, I will only say that if in the prisons and jail they have criminological or psychological tests and they are applied by real capable persons it would be known that I do not lie in my testimony.

I dare say my very good reference for my ex-husband Jaime Gonzalez Duran.  I take advantage of this opportunity to send my love and a kiss.

Attentively,

( Signature )

31 de mayo del 2025

A quien corresponda:

Yo, Mariana González, deseo expresar mediante estás letras todo mi sentimiento como hija mayor del señor Jaime Gonzalez-Durán.

Debo destacar que no llevo su sangre, pero eso para él no ha sido un impedimento para amarme como si así fuera, existen hombres en plena libertad que teniendo la oportunidad de criar y amar a sus hijos, deciden apartarlos de sus vidas, en cambio mi papá no me ha dejado de amar, de procurar y de preocuparse por mi aún en la distancia siendo que ya soy mamá, y ahora él no sólo me ama a mí, si no que también ama a mis hijos, sus nietos, quienes no han tenido la oportunidad de conocerlo como yo y lamentablemente por la imagen que se le ha dado por sus decisiones del pasado, ellos tienen un pensamiento diferente de su abuelo, cosa que me encantaría fuera distinto, pero es casi imposible con tantas personas juzgando constantemente por cosas que se dicen de él sobre una condena que no sólo está pagando él, la está pagando una familia incompleta; me atrevo a decirlo así porque nos falta él, me parece muy injusto que sigamos siendo juzgados por lo que la sociedad entera ve desde una pantalla, y no desde el corazón de su familia.

Sin más que añadir, espero que toda la situación de mi padre mejore, su hija Mariana lo ama grandemente.

atentamente,

31 of May of 2025

To Whom It May Concern:

I, Mariana Gonzalez, wish to express through this letter my feelings as the eldest daughter of Mr. Jaime Gonzalez-Duran.

I should highlight that I do not carry his blook, but that for him has never been an impediment to love me as if he did.  There exist men with liberty that having the opportunity to raise and love their children, decide to separate them from their lives. Instead, my father has not left me without love, without attention, and to worry about me even given the distance

Being that I am now a mother, he now not only loves me, he also loves my children, his grandchildren who have not had the opportunity to know him as I have and lamentably without the images given to him because of his past decisions.  They have a different thinking about their grandfather, something that I would love was different.  However, it is impossible with so many people constantly judging about things said about him about a sentence that not only is he paying, it is also being paid the incomplete family.

I dare say it this way because we need him.  I feel it unjust that we continue to be judged for what society sees through a screen, and not the heart of his family.

With no more to add, I hope that all the situation of my father betters.  His daughter Mariana loves him greatly.

A quien Corresponda:
Yo Ludivina Juarez Martinez:
Primeramente Dando Un Saludo
Aqui kiero aportar para el sr.
Jaime Gonzales, no tuve el gusto de
Convivir Con el, pero le tome mucho
Apresio por las charlas escuchadas
de Otras Personas, ya que yo soy
Estilista en un salon de Belleza, y ayi
Uno escucha de todo, y ohi que el sr,
Jaime Gonzales, Fue y ahun es, un
Sr. de Gran Corazón, y Ayudo mucho a
Personas nesesitadas, y no lo digo por
Que Ustedes Crean que yo resivi algo
a Cambio del sr. Gonzalez, porque no es
Asi el Sr. Jaime Gonzales Jamas a mi,
me dio o Regalo ni un Peso, asi que
hablo de el, desde mi Corazón, y con la
Verdad por delante, ya que Jesus Vive
en mi, y no miento: el sr Jaime Si hizo
de lo que Ustedes Lo acusan eso no lo se
Solo se de el, Lo que Aqui se dise de
el Que fue Siempre Un buen Ser
Humano Siempre Vio por el nesesitado
Dios Bendiga Su Desision y Dios
Bendiga a Jaime Gonzalez    ATTE
Ludivina Juarez Mtz.

To Whom It May Concern:

I Ludivina Juarez Martinez:

First, presenting a greeting.  I hereby want to contribute on behalf of Mr. Jaime Gonzales.  I did not have the pleasure to live with him, but I appreciated him from the talks of others, as I am a stylist at a beauty shop, and it is there that one hears everything.

It was there that I heard that Mr. Jaime Gonzalez was, and is, a man with a big heart and helped people with their needs.  And, I don't say this because you may think that I received anything from Mr. Gonzalez because it is not that way.  Mr. Jaime Gonzalez has never given me a gift or a peso, so I speak of him from my heart and with the truth guiding me, since Jesus lives in me and I do not lie.

If Mr. Jaime did what you said he did, I do not know, I only know of him what they say, that he was always a good human being.  Always looked for the needy.

God bless your decision and God bless Jaime Gonzalez.

Ludivina Juarez Mtz.

Attentively,

( Signature )



Manualidades que el señor Jaime González Durán realizó mientras estuvo preso en México.









Manualidades que el señor Jaime González Durán realizó mientras estuvo preso en México.
Estas manualidades fueron echas por Sr. Jaime González Durán, para su mamá Sara Duran que está fallecida  1984.













