# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No.: 1:08-CR-057-TNM-4 |
| | : |
| MIGUEL TREVINO MORALES | : |
| | : |
| | : |

## NOTICE OF APPEARANCE OF COUNSEL

The Clerk of Court and all parties of record will please take notice that I am admitted to practice in this Court and will appear in this case as appointed learned counsel for Miguel Trevino Morales.

DATED: June 4, 2025

Respectfully submitted,

/s/ *Daniel H. Goldman*
Daniel H. Goldman, VSB # 82144
The Law Office of Daniel Goldman
421 King Street, Suite 505
Alexandria, Virginia 22314
(202) 677-5709 – Phone
dan@dangoldmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June 2025, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide service to all parties.

/s/ *Daniel H. Goldman*
Daniel H. Goldman, VSB # 82144
The Law Office of Daniel Goldman
