# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No. 08-CR-0057 (TNM)** |
| **MIGUEL TREVIÑO MORALES,** : | |
| : | |
| *Defendant.* : | |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S
## MOTION FOR CONFLICTS INQUIRY

Defendant Miguel Treviño Morales, by and through undersigned counsel, respectfully responds to the government's Motion for Conflict Inquiry and states as follows:

Mr. Treviño, does not object to the Court conducting a conflict inquiry as to him and co-defendant Gilberto Barragan Balderas, who is also represented by undersigned counsel. Additionally, undersigned counsel will heed the Court's suggestion and will be moving to withdraw as counsel for Mr. Treviño pending his termination of representation of Mr. Barragan Balderas.

Dated: Washington, DC
    June 20, 2025                    Respectfully submitted,

                                     **BALAREZO LAW**


                                         /s/ A. Eduardo Balarezo
                              By:    _____
                                     A. Eduardo Balarezo
                                     DC Bar # 462659
                                     400 Seventh Street, NW
                                     Suite 306
                                     Washington, DC  20004
                                     Tel. (202) 639-0999
                                     Fax. (202) 639-0899
                                     E-mail:  aeb@balarezolaw.com

*Counsel for Miguel Treviño Morales*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of June 2025, I caused a true and correct copy of the foregoing Defendant's Response to Government's Motion for Conflict Inquiry to be delivered via Electronic Case Filing to the Parties in this case.

/s/ A. Eduardo Balarezo
_____
A. Eduardo Balarezo