UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMAR TREVIÑO MORALES,<br>                              Defendant. | Crim. Action No. 08-cr-00057 (12) TNM |

JOINT RESPONSE TO GOVERNMENT MOTION FOR
CONFLICT INQUIRY & UNOPPOSED PROPOSED INQUIRY

COME NOW COUNSEL FOR DEFENDANT Omar Treviño Morales in order to respond to the Court's minute order of June 12, 2025, as well as the government's motion for conflict inquiry (ECF 708). Counsel's response is as follows:

The prevailing authority is clear that a conflict inquiry is appropriate. Defense counsel[1] have discussed the steps to resolve any potential conflict proposed below with government counsel, who have authorized undersigned counsel to advise the Court the government does not object.

Federal Rule of Criminal Procedure 44 directs that "when (A) two or more defendants have been charged jointly…; and (B) the defendants are represented by the same counsel…," the trial court "must promptly inquire about the propriety of joint representation and must personally advise each defendant of the right to

---

[1] Defense counsel Alfred Guillaume, III moved to withdraw his appearance as counsel for co-defendant Miguel Treviño Morales this afternoon (ECF 713). The Court granted that motion by minute order shortly thereafter. Mr. Guillaume, therefore, appears herein solely as counsel Defendant Omar Treviño Morales.

effective assistance of counsel, including separate representation." Fed. R. Crim. P. 44. The Supreme Court has held a trial court should conduct the Rule 44 inquiry with a defendant in open court, as soon as practicable, so that it may consider whether to "take [any] appropriate measures." *Id.* *Wheat v. United States*, 486 U.S. 153, 159 (1988).

*Proposed Waiver of Conflict*

Undersigned counsel recognize an inquiry of the defendant is appropriate and that any potential conflict must be addressed. Consistent with the authority set forth above, counsel submits the following proposal for the Court's consideration:

1) Undersigned counsel will separately present a written waiver of conflict to their mutual client, Defendant Omar Treviño Morales, for consideration and signature. The executed waivers shall thereafter be filed with the Court;

2) Undersigned counsel respectfully request that at the next scheduled status hearing on October 14, 2025, the Court conduct an in-court and on-the-record inquiry of Defendant Omar Treviño Morales regarding any potential conflicts and his previously executed waivers.

As set forth above, government counsel has advised undersigned counsel that the government does not object to the proposal as referenced above.

Filed this 20th day of June 2025.

Respectfully submitted,

| RETURETA & WASSEM, P.L.L.C. | LAW OFFICES OF ALFRED GUILLAUME, III |
|---|---|

_____  _____

Manuel J. Retureta, Esq.
District of Columbia Bar #430006
300 New Jersey Avenue, NW
Suite 300
Washington, D.C. 20001
202.450.6119
MJR@RETURETAWASSEM.COM

Alfred Guillaume III
www.guillaumelaw.com
Attorney & Counselor At Law
1350 Connecticut Ave. NW
Suite 308
Washington, D.C. 20036
202-321-0549 (Office)
202-578-5977 (Cell)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via electronic mail on this 20th day of June 2025.

By:_____
Manuel J. Retureta, Esq.