IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAIME GONZALEZ-DURAN - 5,

Defendant.

Criminal Action
No 1: 08-57-5

Washington, DC
June 20, 2025

10:06 a.m.

TRANSCRIPT OF SENTENCING
BEFORE THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff: Jayce Born
Kirk Handrich
David Hunter Smith
U.S. Department of Justice
Criminal Division, Narcotic and
Dangerous Drug Section
145 N Street NE
Washington, DC 20530

For the Defendant: Manuel J. Retureta
RETURETA & WASSEM, P.L.L.C.
300 New Jersey Avenue, NW
Suite 900
Washington, DC 20001

Court Reporter Sherry Lindsay
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue, NW
Room 6710
Washington, DC 20001

P R O C E E D I N G S

THE COURTROOM DEPUTY: This is criminal case 08-57-5, *United States versus Jaime Gonzalez-Duran*.

The interpreters have been sworn.

Counsel, please come forward to identify yourselves for the record, starting with the government.

MR. HANDRICH: Good morning, Your Honor. Kirk Handrich on behalf of the United States. I am joined by Jayce Born and Hunter Smith. And with Your Honor's permission, Special Agent Anthony Lewis from the Drug Enforcement Administration is sitting at counsel table.

THE COURT: Good morning, folks.

MR. RETURETA: And good morning, Your Honor. Manual Retureta on behalf of Mr. Gonzalez-Duran, who is present at defense table.

THE COURT: Good morning, Mr. Retureta.

Good morning, Mr. Gonzalez-Duran.

All right. This is a continued sentencing hearing. Mr. Retureta, you had asked for some more time to look into an issue about when -- I guess the sensible calculation would likely start. So I think we were in the middle of your colloquy. I am happy to hear from you.

MR. RETURETA: So as I was saying -- yes, Your Honor. The time that passed, we had a time to contact the computation center for the Bureau of Prisons. In general, confirmation of

what I was asking, they confirmed that credit would be given from the time that the provisional arrest warrant was served on Mexico, as we have identified that is 2015.

They do not -- you know, as we did some research, they do not dive into the status of Mexican cases, especially since there are appeals. And when they can't decipher that, they go with the general reference of the provisional arrest warrant. So I asked the Court to consider that period of time between 2008 and 2015 that we have identified in our pleadings a of 84 months and 23 days. And have the luxury of someone with experience and knowledge much greater than I in the courtroom, which is about to appear before Your Honor, Federal Public Defender Mary McCore (ph) offered me an insight in that if the Court is willing to consider that time period or a portion of that time period that the Court also take into consideration that that period of time that the Court would conclude is warranted should also include a period of good time credit. So if the time period is a year, perhaps it could be 1 year and 54 months. So we present that to the Court as an additional fact.

All of that wrapping up with what we had talked about before. We do ask the Court to take that into consideration. We think that this is a different case than is the norm, when the government of the United States and the government of Mexico work so closely together to bring the Los Zetas cartel,

whether it is U.S. Treasury or DOJ all working together and then reaching a point that I am sure there must have been consultation with the petition for extradition. But that argument resting, it does highlight the other argument that we make. We are not here to minimize what he is responsible for. He has accepted responsibility for that without reservation. He has accepted responsibility. He has accepted enhancements in that plea offer and agreement that take into account everything that he was doing, which is unlike some other defendants.

So we ask the Court to take into consideration that time period of 16 years, which he has been in jail. He has been through numerous institutions. He has -- I do not have any indication that he has been written up, that he has violated that institution, that there has been an escape, that there has been any type of misconduct. If anything, he has just gone through, done his time without a blip. Normally we have something called post-conviction rehabilitation. In this case we have rehabilitation that I would submit while being detained.

The last point, which I will highlight because I think it is still an unresolved issue and it kind of jumps back to the credit for time served or not credit for time served in Mexico is that we still do not have an answer for the codefendant case and his plea, which talks about a period of

time in Mexico that at least the government will not object to. They will take no position to. We have not received an explanation as to why there is that distinction between Medina Rojas and Mr. Gonzalez-Duran. We think that is a sentence disparity that is unresolved. We think that 3553(a)(6) warrants some explanation from the government as to why there is a different position.

The government here today is saying that they are opposing that period of time for Mr. Gonzalez-Duran. The government in the plea agreement with Medina Rojas has indicated they will take no position. That is a different position. We ask that the government explain that. We ask that the Court ask the government to explain that.

That said, those 16 years of good conduct are the basis of why we are asking for mitigation from the Court. I would highlight to the Court that in Court today, as they were two weeks ago, are Sylviana Gonzalez. Sylviana Gonzalez is a cousin, but is more a sister to Mr. Gonzalez-Duran. She has been the contact point for me throughout the entire time that we have been working together. She is in court, second row, raising her hand now with her husband and her daughter.

THE COURT: Thank you for being here, folks.

MR. RETURETA: They traveled from Texas and they are responsible for bringing those storms in yesterday. They were actually in front of those storms yesterday.

But they are an example of what Mr. Gonzalez-Duran has been. And when I reference to the Court the time that he spends calling his family, calling his daughters, calling his -- calling Ms. Gonzalez is the core of what I have seen with him. So there is still a tight, tight family bond that cares for him and that he cares for them. And even in the situations that he has been in, as he has traveled in our jurisdiction from Philadelphia to Alexandria, now to DC Jail where he is currently detained, he has been able to maintain that contact.

So with that all said, Your Honor, I ask the Court to mitigate -- I ask the Court to waive a fine, because he is not financially able to pay a fine. I ask the Court to consider a recommendation to the Bureau of Prisons for a facility in the state of Texas. Ms. Gonzalez and her family live in Texas, work in Texas, so that would be a factor in terms of keeping him close to the next of kin in the United States.

And with that, Your Honor, we would submit.

THE COURT: All right. Thank you, Mr. Retureta.

Mr. Handrich, I don't usually have a rebuttal, but if there is anything you wanted to say there in response to Mr. Retureta's query about the codefendant or as to the -- your understanding about how Bureau of Prisons will calculate it, I am happy to hear from you on that.

MR. HANDRICH: Yes. And I will be very brief, Your

Honor, because we covered most of the argument last time.

As we went over and Your Honor pointed out, and as contained in the sentencing memo, the defendant before being extradited was serving time on at least two Mexican cases, which he was convicted for on separate Mexican charges that had to do with violations of the law in Mexico related to citizens in Mexico.

The defendant is obviously here in relation to the voluminous cocaine and marijuana trafficking and the narcotics and conspiracy to import those narcotics to the United States. Nothing under the guidelines. I know Mr. Retureta is not asking for a departure. I think the same analysis applies, whether the Court looks at it as a departure or a variance. But in light of the egregious criminal conduct and the sentencing factors under 18 U.S.C. 3553(a), there is no reason to give the defendant a variance in this case. I will point to the Court as well, obviously any variance would start with the guidelines which is life. But in light of the conduct, it is not appropriate in this case. And as it relates to the codefendant, that defendant hasn't been sentenced, right, so there can't be a sentencing disparity at this point.

And I expect Your Honor will hear obviously much more about that defendant. But as it relates to this defendant, the comparators that were contained in the government's sentencing memo are the comparable defendants, right. Each defendant

plays a different role in the hierarchy of the organization they were involved in. And this defendant was at the very top of the Zeta's organization. So the government believes that the comparators that were contained in the sentencing memo are the appropriate defendants to look at.

So in conclusion, we would ask Your Honor to follow the government's recommendation of 420 months and allow the Bureau of Prisons to calculate the appropriate time that the defendant is entitled to under the law.

THE COURT: All right. Thank you, Mr. Handrich.

And I will just say, for the record on the codefendant point, I agree with Mr. Handrich that obviously there can't be a sentencing disparity with somebody who hasn't been sentenced yet. And in any event, regardless of the government's agreement to take a position or not take a position as to whether prior time in custody in another country should count, ultimately, I need to make a decision on what sentence I think. And I will make that independent decision regardless of the government's position. And then BOP calculates the start of the sentence. And, again, that is also regardless of an AUSA's position or my position, as I understand it. So I don't think that specific codefendant would be a reason to sentence one way or the other here.

Okay.

MR. RETURETA: Your Honor, if I may interrupt for a

moment, just if I could just --

THE COURT: Sir, we are -- very quickly.

MR. RETURETA: Just very quickly. The government indicates that we are not referring to the guidelines in terms of a potential reduction. But we did provide the Court with a section of the guidelines just 5G1.3, which is the chance for the Court to modify the sentence. So we do apply that.

THE COURT: Okay. I understand your position.

Mr. Gonzalez-Duran, you have the right to make a statement or present any information to mitigate the sentence. Would you like to say something that you would like me to consider before imposing sentence?

THE DEFENDANT: Yes.

Good morning, Your Honor.

I just wanted to ask for forgiveness from the United States of America, from my country Mexico and especially from my family.

I am remorseful of all of my poor decisions. I am also very sorry, especially with all of the people that I hurt either directly or indirectly.

All of my poor decisions kept me far away from my family, from my loved ones, from my daughters. I didn't get to see them grow up and now I am actually a grandfather.

And in all of this time I have been in jail, the 16 years and 7 months, I haven't had any bad conduct or any

criminal record within the jail. In all of this time that I have been in jail, I have learned the word of God. I have learned to be a better father, a better person and especially with family and society.

And I ask on my behalf, on behalf of my family to take into account my good conduct and all of the years that I have been in jail.

Thank you very much, Your Honor.

THE COURT: Thank you. Thank you, sir. You may remain at the podium.

Mr. Handrich, I forgot to ask you something. Am I correct that you are not seeking supervised release in this case?

MR. HANDRICH: No.

THE COURT: I have assessed the particular facts of this case in light of the relevant 3553(a) factors. And I now want to provide remarks for the record and for you, Mr. Gonzalez-Duran, about my considerations in regard to the -- these various statutory factors. The criminal conduct represented in this case is perhaps the most serious conduct I have ever sentenced someone for. Over a series of years, you held ever more senior positions in Los Zetas, an extremely powerful and dangerous Mexican drug cartel. You have admitted to being plaza boss over several cities, responsible for directing drug trafficking operations in this area. You were

personally responsible for trafficking tens of thousands of kilograms of cocaine and marijuana into this country over the course of the conspiracy. The Reynosa Plaza alone, part of your region, was responsible for shipping nearly $800 million worth of drugs over a two-year period. And as the government points out, you became very wealthy through this conduct, through the trafficking of cocaine, through running a very profitable business over a number of years. This intentional importation of drugs into the United States has caused untold suffering here. Hospitals and prisons around this country have been filled with people who have become addicted to cocaine smuggled through Mexico.

And the violence these addictions have catalyzed is heart breaking. The prosecutors, Mr. Retureta, myself -- I mean, we have all been involved in cases over years, drug cases where American citizens are addicted to drugs, trafficking drugs, committing criminal acts so they can get drugs. And many of these cases, I am sure, are directly or indirectly, resulting from the actions you and your colleagues and Los Zetas and the incredible amount of cocaine that has flooded this country over many years.

Of course, you are tied to violence more directly, too. You have admitted that you and your fellow members of the company participated in acts of violence against drug trafficking groups during conflicts for control over drug

plazas and trafficking rights. Around the time of your arrest Mexican authorities seized hundreds of rifles, 500,000 rounds of ammunition, 165 grenades and 14 sticks of TNT. All the evidence suggests that you had this massive stockpile of firepower because you intended and did, in fact, use it violently against anyone who got in the way of your cartel. And I agree with the government that it is -- you really -- it is an extenuating circumstance here that you used your military background, your service to your country in the Mexican military to then use it against your country, use it against this country, using that training, that skill to develop what was a minor militia, certainly with the firepower of a militia to bring violence, to bring suffering to so many people.

In short, the criminal conduct here is staggering in its scope and depth. Over and against this, I considered your history and characteristics. There seems to be no doubt that you grew up in abject poverty. And I have also considered the letters and photos submitted on your behalf from family and loved ones. And I -- there clearly is a side of you that is not represented in this statement of offense. The fact that you have family members who are willing to travel, not once but twice from Texas here to support you, speaks well of you. The many people who describe you as being a loving family man -- I recognize that and acknowledge that and I think that is an important side of you.

Nonetheless, I don't think that any of those factors would justify a downward variance in light of the longevity and seriousness of your criminal conduct. I have also considered Mr. Retureta's arguments regarding your time served in Mexican custody, prior to the service of your extradition papers. I disagree with him that this time should be counted against your sentence here. That time served was for several very serious local convictions. While they are certainly related in a looser sense to your conviction here, this conviction is primarily focused on your intentional trafficking of drugs into the United States, something those other convictions do not address.

Regardless of whether the US and Mexican authorities were working collaboratively for your initial arrest, I think the important point is that you were serving time for distinct local convictions and I don't think that time should be double counted for your sentence here.

As we discussed briefly last time, at the end of the day, the Bureau of Prisons is responsible for deciding when your sentence computation starts as far as this sentence goes. Mr. Retureta says he believes that that starts when the extradition papers were served. That may well be true. I don't take a position on it. I think my job here is to sentence you for the conduct that you have pled guilty to relating to trafficking of drugs into the United States. And

how that maps on to your prior convictions in Mexico for domestic crimes there is not my call. But to the extent that the Bureau of Prisons believes those are two separate things that should not be double counted, I certainly don't have a quibble with them over that.

I have considered your point and Mr. Retureta's point about your conduct while in custody. And it certainly has been for a number of years now. And I do take that into account in considering your remorse, which I will discuss in a moment. I have also considered the arguments regarding unwarranted sentencing disparities. Frankly as the government points out, the best insulation against sentencing disparities typically is to follow the guidelines. Here, you have maxed out our guidelines points. A life sentence is easily a fair and appropriate sentence here. A couple of your codefendants received life sentences and I think it would be appropriate for you to receive a similar sentence. I recognize that a couple of your codefendants received more lenient sentences, but I agree with the government that there are differences in the severity of your conduct that distinguish your situations. In any event, I don't believe the unwarranted sentencing disparity factors means that one lower sentence for a similar defendant acts as a ceiling for any subsequent sentence.

I agree with the government that there is a very high need for general deterrence here. Trafficking drugs from

outside of the United States into the United States is a very difficult crime to prosecute. The local country may not have much incentive or, for a powerful cartel like yours, ability to hold you accountable. And, of course, it is very difficult for the United States government to hold somebody accountable for their conduct in the United States when they actually aren't in the United States. And so I think it is especially important in cases like this to show that the consequences are severe if you are brought to justice.

In the end, in light of all of the statutory factors here there is only one justification for varying down from a life sentence. And that is your acceptance of responsibility, your remorse and your decision not to require the government to expend the time and resources to take you to trial. I do agree with both Mr. Retureta and the government that this justifies a downward variance here. And I appreciate your statements a few moments ago, Mr. Gonzalez-Duran. I do think this is reflective of remorse. I think that you realize that you are facing a very lengthy sentence, either way and certainly could have put the government to the burden of a lengthy and difficult trial. I think the fact that you have accepted responsibility speaks well of you. I think I appreciate your apology to this country and, frankly, your apology to Mexico too. Obviously you are not being held responsible today for your crimes against Mexico. But I think you are right in understanding that what

you have done has not only seriously hurt this country but seriously hurt your home country too.

I appreciate your statements about looking to be a better person and to love those around you and those who care about you better than you have.

I also agree with the government that no supervised release is appropriate here given the pending deportation order. In the end, I think given the very significant criminal conduct here, but also in light of the appropriate downward variance for your remorse, that both sides agree you are due, I think the government has appropriately balanced those competing concerns in their recommendation and I intend to follow it.

Sir, you are going to be spending a number of years yet in prison. But thanks to your decision to accept responsibility, you do have an opportunity to be a free man again, to finish your years at home in Mexico with your family, rather than in American prison. And I am quite serious in saying that, but for that decision, I am highly confident you would be spending the rest of your life in prison here in America. I hope you live up to your claims about having found religion and wanting to be a positive influence in the second half of your life.

I can't help but noticing how many of your codefendants are now dead. I think you know better than I do that if you return to a life of crime, you face the high

likelihood of an early and violent death. You clearly have friends and family who care about you, some who care so much about you that they are here today at significant expense to themselves. I hope you have and will reject that old lifestyle once and for all and keep faith with them in the future. I will now impose the sentence.

Pursuant to the Sentencing Reform Act of 1984 and in consideration of the provisions of 18 U.S.C. 3553(a), as well as the advisory sentencing guidelines, it is the judgment of the Court that you Jaime Gonzalez-Duran are hereby committed to the custody of the Bureau of Prisons for a term of 420 months on Count 1.

In addition, you are ordered to pay a special assessment of $100 in accordance with 18 U.S.C. 3013.

The Court finds that you do not have the ability to pay a fine and therefore waives imposition of a fine in this case.

I will enter the forfeiture order that the parties have already agreed to and make that part of the judgment and commitment here in this case.

The financial obligations are immediately payable to the Clerk of the Court for the US District Court for the District of Columbia. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

The probation office -- well, actually that is not going to be relevant here.

You can appeal your conviction to the US Court of Appeals for the District of Columbia Circuit, if you believe that your guilty plea was somehow unlawful or involuntary or if there is some other fundamental defect in the proceeding that was not waived in your plea agreement. Under some circumstances a defendant also has the right to appeal the sentence to the D.C. Circuit. A defendant may waive that right as part of a plea agreement, however. And you have entered into a plea agreement which waives some of your rights to appeal the sentence itself. Such waivers are generally enforceable. But if you believe the waiver itself is not valid, you can present that theory to the appellate court.

Pursuant to 28 U.S.C. 2255, you also have the right to challenge the conviction entered or sentence imposed to the extent permitted by that statute and your plea agreement. Any notice of appeal must be filed within 14 days of the entry of judgment or within 14 days of the filing of a notice of appeal by the government.

If you are unable to afford the cost of an appeal, you may request permission from the Court to file an appeal without cost to you.

I will recommend that the defendant be placed in a Texas prison, in light of the defendant's request.

Are there any objections to the sentence imposed that are not already noted on the record, Mr. Handrich?

MR. HANDRICH: No.

THE COURT: And Mr. Retureta?

MR. RETURETA: No, Your Honor.

THE COURT: All right. Thank you. Good luck to you, sir. You are committed to the Bureau of Prisons.

The parties are excused.

(Proceedings concluded at 10:37 a.m.)

C E R T I F I C A T E

I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.

Dated this 11th day of July, 2025.

Sherry Lindsay, RPR
Official Court Reporter

MR. HANDRICH: [4] 2/7 6/25 10/14 19/3
MR. RETURETA: [6] 2/13 2/23 5/23 8/25 9/3 19/5
THE COURT: [11] 2/12 2/16 5/22 6/19 8/10 9/2 9/8 10/9 10/15 19/4 19/6
THE COURTROOM DEPUTY: [1] 2/2
THE DEFENDANT: [1] 9/13

**$**

$100 [1] 17/14
$800 [1] 11/4
$800 million [1] 11/4

**0**

08-57-5 [2] 1/4 2/2

**1**

10:06 [1] 1/6
10:37 [1] 19/9
11th [1] 20/10
14 [3] 12/3 18/18 18/19
145 [1] 1/15
16 [3] 4/12 5/14 9/24
165 [1] 12/3
18 [3] 7/15 17/8 17/14
1984 [1] 17/7

**2**

20 [1] 1/5
20001 [2] 1/20 1/25
2008 [1] 3/9
2015 [2] 3/3 3/9
2025 [2] 1/5 20/10
20530 [1] 1/16
2255 [1] 18/15
23 [1] 3/10
28 [1] 18/15

**3**

30 [1] 17/23
300 [1] 1/19
3013 [1] 17/14
333 [1] 1/24
3553 [4] 5/5 7/15 10/16 17/8

**4**

420 [2] 8/7 17/11

**5**

500,000 [1] 12/2
54 [1] 3/19
5G1.3 [1] 9/6

**6**

6710 [1] 1/24

**8**

84 [1] 3/10

**9**

900 [1] 1/20

**A**

a.m [2] 1/6 19/9
ability [2] 15/3 17/15
abject [1] 12/17
able [2] 6/9 6/13
about [14] 2/20 3/12 3/21 4/25 6/22 6/23 7/23 10/18 14/7 16/3 16/5 16/20 17/2 17/3
above [1] 20/5
above-entitled [1] 20/5
accept [1] 16/14
acceptance [1] 15/12
accepted [4] 4/6 4/7 4/7 15/21
accordance [1] 17/14
account [3] 4/8 10/6 14/8
accountable [2] 15/4 15/5
acknowledge [1] 12/24
Act [1] 17/7
Action [1] 1/3
actions [1] 11/19
acts [3] 11/17 11/24 14/23
actually [4] 5/25 9/23 15/6 18/1
addicted [2] 11/11 11/16
addictions [1] 11/13
addition [1] 17/13
additional [1] 3/20
address [2] 13/12 17/23
Administration [1] 2/11
admitted [2] 10/23 11/23
advisory [1] 17/9
afford [1] 18/21
again [2] 8/20 16/16
against [8] 11/24 12/6 12/10 12/10 12/15 13/6 14/12 15/24
Agent [1] 2/10
ago [2] 5/17 15/17
agree [7] 8/12 12/7 14/19 14/24 15/14 16/6 16/10
agreed [1] 17/19
agreement [7] 4/8 5/10 8/15 18/7 18/10 18/11 18/17
Alexandria [1] 6/8
all [17] 2/18 3/21 4/1 6/11 6/19 8/10 9/18 9/19 9/21 9/24 10/1 10/6 11/15 12/3 15/10 17/5 19/6
allow [1] 8/7
alone [1] 11/3
already [2] 17/19 19/2
also [11] 3/15 3/17 8/20 9/19 12/17 13/3 14/10 16/6 16/9 18/8 18/15
am [11] 2/8 2/22 4/2 6/24 9/18 9/18 9/23 10/11 11/18 16/17 16/18
AMERICA [3] 1/3 9/16 16/20
American [2] 11/16 16/17
ammunition [1] 12/3
amount [1] 11/20
analysis [1] 7/12
another [1] 8/16
answer [1] 4/24
Anthony [1] 2/10
any [13] 4/14 4/16 7/17 8/14 9/10 9/25 9/25 13/1 14/21 14/23 17/23 18/17 19/1
anyone [1] 12/6
anything [2] 4/16 6/21
apology [2] 15/22 15/23
appeal [7] 18/3 18/8 18/12 18/18 18/19 18/21 18/22
appeals [2] 3/6 18/4
appear [1] 3/12
APPEARANCES [1] 1/11
appellate [1] 18/14
applies [1] 7/12
apply [1] 9/7
appreciate [3] 15/16 15/22 16/3
appropriate [7] 7/19 8/5 8/8 14/15 14/16 16/7 16/9
appropriately [1] 16/11
are [38]
area [1] 10/25
aren't [1] 15/6
argument [3] 4/4 4/4 7/1
arguments [2] 13/4 14/10
around [3] 11/10 12/1 16/4
arrest [4] 3/2 3/7 12/1 13/14
as [28]
ask [12] 3/22 4/11 5/12 5/12 5/13 6/11 6/12 6/13 8/6 9/15 10/5 10/11
asked [2] 2/19 3/8
asking [3] 3/1 5/15 7/12
assessed [1] 10/15
assessment [1] 17/14
AUSA's [1] 8/21
authorities [2] 12/2 13/13
Avenue [2] 1/19 1/24
away [1] 9/21

**B**

back [1] 4/22
background [1] 12/9
bad [1] 9/25
balanced [1] 16/11
Bankruptcy [1] 1/23
basis [1] 5/15
be [22]
became [1] 11/6
because [4] 4/21 6/12 7/1 12/5
become [1] 11/11
been [20] 2/4 4/2 4/12 4/13 4/14 4/15 4/16 5/19 5/20 6/2 6/7 6/9 7/20 8/14 9/24 10/2 10/7 11/11 11/15 14/7
before [5] 1/9 3/12 3/22 7/3 9/12
behalf [5] 2/8 2/14 10/5 10/5 12/18
being [6] 4/19 5/22 7/3 10/24 12/23 15/24
believe [3] 14/21 18/4 18/13
believes [3] 8/3 13/21 14/3
best [1] 14/12
better [5] 10/3 10/3 16/4 16/5 16/24
between [2] 3/9 5/3
blip [1] 4/17
bond [1] 6/5
BOP [1] 8/19
Born [2] 1/12 2/9
boss [1] 10/24
both [2] 15/15 16/10
breaking [1] 11/14
brief [1] 6/25
briefly [1] 13/18
bring [3] 3/25 12/13 12/13
bringing [1] 5/24
brought [1] 15/9
burden [1] 15/20
Bureau [8] 2/25 6/14 6/23 8/8 13/19 14/3 17/11 19/7
business [1] 11/8

**C**

calculate [2] 6/23 8/8
calculates [1] 8/20
calculation [1] 2/20
call [1] 14/2
called [1] 4/18
calling [4] 6/3 6/3 6/3 6/4
can [3] 11/17 18/3 18/14
can't [4] 3/6 7/21 8/13 16/23
care [3] 16/4 17/2 17/2
cares [2] 6/6 6/6
cartel [4] 3/25 10/23 12/6 15/3
case [11] 2/2 3/23 4/19 4/25 7/16 7/19 10/13 10/16 10/20 17/17 17/20
cases [6] 3/5 7/4 11/15 11/15 11/18 15/8
catalyzed [1] 11/13
caused [1] 11/9
ceiling [1] 14/23
center [1] 2/25
certainly [5] 12/12 13/8 14/4 14/7 15/19
certify [1] 20/3
challenge [1] 18/16
chance [1] 9/6
change [2] 17/23 17/24
characteristics [1] 12/16
charges [1] 7/5
Circuit [2] 18/4 18/9
circumstance [1] 12/8
circumstances [1] 18/8
cities [1] 10/24
citizens [2] 7/6 11/16
claims [1] 16/20
clearly [2] 12/19 17/1
Clerk [2] 17/22 17/24
close [1] 6/17

**C**

**closely [1]** 3/25
**cocaine [5]** 7/9 11/2 11/7 11/11 11/20
**codefendant [5]** 4/25 6/22 7/20 8/12 8/22
**codefendants [3]** 14/15 14/18 16/24
**collaboratively [1]** 13/14
**colleagues [1]** 11/19
**colloquy [1]** 2/22
**COLUMBIA [3]** 1/1 17/23 18/4
**come [1]** 2/5
**commitment [1]** 17/20
**committed [2]** 17/10 19/7
**committing [1]** 11/17
**company [1]** 11/24
**comparable [1]** 7/25
**comparators [2]** 7/24 8/4
**competing [1]** 16/11
**computation [2]** 2/24 13/20
**concerns [1]** 16/12
**conclude [1]** 3/17
**concluded [1]** 19/9
**conclusion [1]** 8/6
**conduct [15]** 5/14 7/14 7/18 9/25 10/6 10/19 10/20 11/6 12/14 13/3 13/24 14/7 14/20 15/6 16/9
**confident [1]** 16/18
**confirmation [1]** 2/25
**confirmed [1]** 3/1
**conflicts [1]** 11/25
**consequences [1]** 15/8
**consider [4]** 3/8 3/14 6/13 9/12
**consideration [4]** 3/16 3/22 4/11 17/8
**considerations [1]** 10/18
**considered [5]** 12/15 12/17 13/3 14/6 14/10
**considering [1]** 14/9
**conspiracy [2]** 7/10 11/3
**constitutes [1]** 20/4
**Constitution [1]** 1/24
**consultation [1]** 4/3
**contact [3]** 2/24 5/19 6/10
**contained [3]** 7/3 7/24 8/4
**continued [1]** 2/18
**control [1]** 11/25
**convicted [1]** 7/5
**conviction [5]** 4/18 13/9 13/9 18/3 18/16
**convictions [4]** 13/8 13/11 13/16 14/1
**core [1]** 6/4
**correct [2]** 10/12 20/4
**cost [2]** 18/21 18/23
**could [3]** 3/18 9/1 15/19
**counsel [2]** 2/5 2/11
**count [2]** 8/17 17/12
**counted [3]** 13/6 13/17 14/4
**country [12]** 8/16 9/16 11/2 11/10 11/21 12/9 12/10 12/11 15/2 15/22 16/1 16/2
**couple [2]** 14/15 14/17
**course [3]** 11/3 11/22 15/4
**court [33]**
**courtroom [1]** 3/12
**Courts [1]** 1/23
**cousin [1]** 5/18
**covered [1]** 7/1
**credit [4]** 3/1 3/18 4/23 4/23
**crime [2]** 15/2 16/25
**crimes [2]** 14/2 15/24
**criminal [10]** 1/3 1/14 2/2 7/14 10/1 10/19 11/17 12/14 13/3 16/8
**currently [1]** 6/9
**custody [4]** 8/16 13/5 14/7 17/11

**D**

**D.C [1]** 18/9
**dangerous [2]** 1/15 10/23
**Dated [1]** 20/10
**daughter [1]** 5/21
**daughters [2]** 6/3 9/22
**David [1]** 1/13
**day [2]** 13/19 20/10
**days [4]** 3/10 17/23 18/18 18/19
**DC [5]** 1/5 1/16 1/20 1/25 6/8
**dead [1]** 16/24
**death [1]** 17/1
**deciding [1]** 13/19
**decipher [1]** 3/6
**decision [5]** 8/17 8/18 15/13 16/14 16/18
**decisions [2]** 9/18 9/21
**defect [1]** 18/6
**defendant [15]** 1/7 1/18 7/3 7/8 7/16 7/20 7/23 7/23 7/25 8/2 8/9 14/22 18/8 18/9 18/24
**defendant's [1]** 18/25
**defendants [3]** 4/10 7/25 8/5
**Defender [1]** 3/13
**defense [1]** 2/15
**Department [1]** 1/14
**departure [2]** 7/12 7/13
**deportation [1]** 16/7
**depth [1]** 12/15
**describe [1]** 12/23
**detained [2]** 4/20 6/9
**deterrence [1]** 14/25
**develop [1]** 12/11
**did [3]** 3/4 9/5 12/5
**didn't [1]** 9/22
**differences [1]** 14/19
**different [4]** 3/23 5/7 5/11 8/1
**difficult [3]** 15/2 15/4 15/20
**directing [1]** 10/25
**directly [3]** 9/20 11/18 11/22
**disagree [1]** 13/6
**discuss [1]** 14/9
**discussed [1]** 13/18
**disparities [2]** 14/11 14/12
**disparity [4]** 5/5 7/21 8/13 14/21
**distinct [1]** 13/15
**distinction [1]** 5/3
**distinguish [1]** 14/20
**DISTRICT [7]** 1/1 1/1 1/10 1/23 17/22 17/23 18/4
**dive [1]** 3/5
**Division [1]** 1/14
**do [14]** 3/4 3/5 3/22 4/13 4/24 7/6 9/7 13/11 14/8 15/14 15/17 16/15 16/24 17/15
**do apply [1]** 9/7
**does [1]** 4/4
**doing [1]** 4/9
**DOJ [1]** 4/1
**domestic [1]** 14/2
**don't [7]** 6/20 8/22 13/1 13/16 13/23 14/4 14/21
**done [2]** 4/17 16/1
**double [2]** 13/16 14/4
**doubt [1]** 12/16
**down [1]** 15/11
**downward [3]** 13/2 15/16 16/9
**drug [7]** 1/15 2/10 10/23 10/25 11/15 11/24 11/25
**drugs [8]** 11/5 11/9 11/16 11/17 11/17 13/10 13/25 14/25
**due [1]** 16/10
**DURAN [12]** 1/6 2/3 2/14 2/17 5/4 5/9 5/18 6/1 9/9 10/18 15/17 17/10
**during [1]** 11/25

**E**

**Each [1]** 7/25
**early [1]** 17/1
**easily [1]** 14/14
**egregious [1]** 7/14
**either [2]** 9/20 15/19
**end [3]** 13/18 15/10 16/8
**enforceable [1]** 18/13
**Enforcement [1]** 2/10
**enhancements [1]** 4/7
**enter [1]** 17/18
**entered [2]** 18/10 18/16
**entire [1]** 5/19
**entitled [2]** 8/9 20/5
**entry [1]** 18/18
**escape [1]** 4/15
**especially [5]** 3/5 9/16 9/19 10/3 15/7
**even [1]** 6/6
**event [2]** 8/14 14/21
**ever [2]** 10/21 10/22
**everything [1]** 4/9
**evidence [1]** 12/4
**example [1]** 6/1
**excused [1]** 19/8
**expect [1]** 7/22
**expend [1]** 15/14
**expense [1]** 17/3
**experience [1]** 3/11
**explain [2]** 5/12 5/13
**explanation [2]** 5/3 5/6
**extent [2]** 14/2 18/17
**extenuating [1]** 12/8
**extradited [1]** 7/4
**extradition [3]** 4/3 13/5 13/22
**extremely [1]** 10/22

**F**

**face [1]** 16/25
**facility [1]** 6/14
**facing [1]** 15/18
**fact [4]** 3/20 12/5 12/20 15/21
**factor [1]** 6/16
**factors [6]** 7/15 10/16 10/19 13/1 14/22 15/10
**facts [1]** 10/15
**fair [1]** 14/14
**faith [1]** 17/5
**family [12]** 6/3 6/5 6/15 9/17 9/22 10/4 10/5 12/18 12/21 12/23 16/16 17/2
**far [2]** 9/21 13/20
**father [1]** 10/3
**Federal [1]** 3/12
**fellow [1]** 11/23
**few [1]** 15/16
**file [1]** 18/22
**filed [1]** 18/18
**filing [1]** 18/19
**filled [1]** 11/11
**financial [2]** 17/21 17/25
**financially [1]** 6/13
**finds [1]** 17/15
**fine [4]** 6/12 6/13 17/16 17/16
**finish [1]** 16/16
**firepower [2]** 12/5 12/12
**flooded [1]** 11/20
**focused [1]** 13/10
**folks [2]** 2/12 5/22
**follow [3]** 8/6 14/13 16/12
**foregoing [1]** 20/4
**forfeiture [1]** 17/18
**forgiveness [1]** 9/15
**forgot [1]** 10/11
**forward [1]** 2/5
**found [1]** 16/20
**frankly [2]** 14/11 15/23
**free [1]** 16/15
**friends [1]** 17/2
**front [1]** 5/25
**full [1]** 17/25
**fundamental [1]** 18/6
**future [1]** 17/5

**G**

**general [3]** 2/25 3/7 14/25
**generally [1]** 18/12
**get [2]** 9/22 11/17
**give [1]** 7/16
**given [3]** 3/1 16/7 16/8

**G**

**go [1]** 3/7
**God [1]** 10/2
**goes [1]** 13/20
**going [2]** 16/13 18/2
**gone [1]** 4/17
**GONZALEZ [16]** 1/6 2/3 2/14 2/17 5/4 5/9 5/17 5/17 5/18 6/1 6/4 6/15 9/9 10/18 15/17 17/10
**GONZALEZ-DURAN [10]** 1/6 2/3 2/17 5/4 5/9 5/18 6/1 9/9 15/17 17/10
**good [10]** 2/7 2/12 2/13 2/16 2/17 3/17 5/14 9/14 10/6 19/6
**got [1]** 12/6
**government [23]**
**government's [4]** 7/24 8/7 8/15 8/19
**grandfather [1]** 9/23
**greater [1]** 3/11
**grenades [1]** 12/3
**grew [1]** 12/17
**groups [1]** 11/25
**grow [1]** 9/23
**guess [1]** 2/20
**guidelines [7]** 7/11 7/18 9/4 9/6 14/13 14/14 17/9
**guilty [2]** 13/24 18/5

**H**

**had [6]** 2/19 2/24 3/21 7/5 9/25 12/4
**half [1]** 16/22
**hand [1]** 5/21
**Handrich [7]** 1/13 2/8 6/20 8/10 8/12 10/11 19/2
**happy [2]** 2/22 6/24
**has [23]**
**hasn't [2]** 7/20 8/13
**have [47]**
**haven't [1]** 9/25
**having [1]** 16/20
**he [20]** 4/5 4/6 4/7 4/7 4/9 4/12 4/12 4/13 4/14 4/14 4/16 6/2 6/6 6/7 6/7 6/9 6/9 6/12 7/5 13/21
**hear [3]** 2/22 6/24 7/22
**hearing [1]** 2/18
**heart [1]** 11/14
**held [2]** 10/22 15/24
**help [1]** 16/23
**her [4]** 5/21 5/21 5/21 6/15
**here [24]**
**hereby [1]** 17/10
**hierarchy [1]** 8/1
**high [2]** 14/24 16/25
**highlight [3]** 4/4 4/21 5/16
**highly [1]** 16/18
**him [4]** 6/5 6/6 6/17 13/6
**his [5]** 4/17 4/25 6/3 6/3 6/4
**history [1]** 12/16
**hold [2]** 15/4 15/5
**home [2]** 16/2 16/16
**Honor [14]** 2/7 2/13 2/23 3/12 6/11 6/18 7/1 7/2 7/22 8/6 8/25 9/14 10/8 19/5
**Honor's [1]** 2/9
**HONORABLE [1]** 1/9
**hope [2]** 16/20 17/4
**Hospitals [1]** 11/10
**how [3]** 6/23 14/1 16/23
**however [1]** 18/10
**hundreds [1]** 12/2
**Hunter [2]** 1/13 2/9
**hurt [3]** 9/19 16/1 16/2
**husband [1]** 5/21

**I**

**identified [2]** 3/3 3/9
**identify [1]** 2/5
**immediately [1]** 17/21
**import [1]** 7/10
**important [3]** 12/25 13/15 15/7
**importation [1]** 11/9
**impose [1]** 17/6
**imposed [2]** 18/16 19/1
**imposing [1]** 9/12
**imposition [1]** 17/16
**incentive [1]** 15/3
**include [1]** 3/17
**incredible [1]** 11/20
**independent [1]** 8/18
**indicated [1]** 5/11
**indicates [1]** 9/4
**indication [1]** 4/14
**indirectly [2]** 9/20 11/18
**influence [1]** 16/21
**information [1]** 9/10
**initial [1]** 13/14
**insight [1]** 3/13
**institution [1]** 4/15
**institutions [1]** 4/13
**insulation [1]** 14/12
**intend [1]** 16/12
**intended [1]** 12/5
**intentional [2]** 11/8 13/10
**interpreters [1]** 2/4
**interrupt [1]** 8/25
**involuntary [1]** 18/5
**involved [2]** 8/2 11/15
**is [66]**
**issue [2]** 2/20 4/22
**it [23]**
**its [1]** 12/15
**itself [2]** 18/12 18/13

**J**

**jail [6]** 4/12 6/8 9/24 10/1 10/2 10/7
**JAIME [3]** 1/6 2/3 17/10
**Jayce [2]** 1/12 2/8
**Jersey [1]** 1/19
**job [1]** 13/23
**joined [1]** 2/8
**JUDGE [1]** 1/10
**judgment [3]** 17/9 17/19 18/19
**July [1]** 20/10
**jumps [1]** 4/22
**June [1]** 1/5
**jurisdiction [1]** 6/8
**just [7]** 4/17 8/11 9/1 9/1 9/3 9/6 9/15
**justice [2]** 1/14 15/9
**justification [1]** 15/11
**justifies [1]** 15/15
**justify [1]** 13/2

**K**

**keep [1]** 17/5
**keeping [1]** 6/16
**kept [1]** 9/21
**kilograms [1]** 11/2
**kin [1]** 6/17
**kind [1]** 4/22
**Kirk [2]** 1/13 2/7
**know [3]** 3/4 7/11 16/24
**knowledge [1]** 3/11

**L**

**last [3]** 4/21 7/1 13/18
**law [2]** 7/6 8/9
**learned [2]** 10/2 10/3
**least [2]** 5/1 7/4
**lengthy [2]** 15/19 15/20
**lenient [1]** 14/18
**letters [1]** 12/18
**Lewis [1]** 2/10
**life [7]** 7/18 14/14 14/16 15/12 16/19 16/22 16/25
**lifestyle [1]** 17/4
**light [7]** 7/14 7/18 10/16 13/2 15/10 16/9 18/25
**like [4]** 9/11 9/11 15/3 15/8
**likelihood [1]** 17/1
**likely [1]** 2/21
**Lindsay [3]** 1/22 20/3 20/12
**live [2]** 6/15 16/20
**local [3]** 13/8 13/16 15/2
**longevity [1]** 13/2
**look [2]** 2/19 8/5
**looking [1]** 16/3
**looks [1]** 7/13
**looser [1]** 13/9
**Los [3]** 3/25 10/22 11/19
**love [1]** 16/4
**loved [2]** 9/22 12/19
**loving [1]** 12/23
**lower [1]** 14/22
**luck [1]** 19/6
**luxury [1]** 3/10

**M**

**maintain [1]** 6/9
**make [5]** 4/5 8/17 8/18 9/9 17/19
**man [2]** 12/23 16/15
**Manual [1]** 2/13
**Manuel [1]** 1/18
**many [5]** 11/18 11/21 12/13 12/23 16/23
**maps [1]** 14/1
**marijuana [2]** 7/9 11/2
**Mary [1]** 3/13
**massive [1]** 12/4
**matter [1]** 20/5
**maxed [1]** 14/13
**may [6]** 8/25 10/9 13/22 15/2 18/9 18/22
**McCore [1]** 3/13
**MCFADDEN [1]** 1/9
**me [4]** 3/13 5/19 9/11 9/21
**mean [1]** 11/15
**means [1]** 14/22
**Medina [2]** 5/3 5/10
**members [2]** 11/23 12/21
**memo [3]** 7/3 7/25 8/4
**Mexican [8]** 3/5 7/4 7/5 10/23 12/2 12/9 13/4 13/13
**Mexico [12]** 3/3 3/25 4/24 5/1 7/6 7/7 9/16 11/12 14/1 15/23 15/25 16/16
**middle [1]** 2/21
**military [2]** 12/8 12/10
**militia [2]** 12/12 12/12
**million [1]** 11/4
**minimize [1]** 4/5
**minor [1]** 12/12
**misconduct [1]** 4/16
**mitigate [2]** 6/12 9/10
**mitigation [1]** 5/15
**modify [1]** 9/7
**moment [2]** 9/1 14/9
**moments [1]** 15/17
**months [5]** 3/10 3/19 8/7 9/25 17/11
**more [6]** 2/19 5/18 7/22 10/22 11/22 14/18
**morning [6]** 2/7 2/12 2/13 2/16 2/17 9/14
**most [2]** 7/1 10/20
**Mr [22]**
**Mr. [3]** 2/14 6/22 10/18
**Mr. Gonzalez-Duran [2]** 2/14 10/18
**Mr. Retureta's [1]** 6/22
**Ms [1]** 6/4
**Ms. [1]** 6/15
**Ms. Gonzalez [1]** 6/15
**much [5]** 3/11 7/22 10/8 15/3 17/2
**must [2]** 4/2 18/18
**my [14]** 8/21 9/16 9/17 9/18 9/21 9/21 9/22 9/22 10/5 10/5 10/6 10/18 13/23 14/2
**myself [1]** 11/14

**N**

**Narcotic [1]** 1/14
**narcotics [2]** 7/9 7/10
**NE [1]** 1/15

**N**

**nearly [1]** 11/4
**need [2]** 8/17 14/25
**New [1]** 1/19
**next [1]** 6/17
**no [9]** 1/4 5/2 5/11 7/15 10/14 12/16 16/6 19/3 19/5
**Nonetheless [1]** 13/1
**norm [1]** 3/23
**Normally [1]** 4/17
**not [28]**
**noted [1]** 19/2
**Nothing [1]** 7/11
**notice [2]** 18/18 18/19
**noticing [1]** 16/23
**notify [1]** 17/24
**now [7]** 5/21 6/8 9/23 10/16 14/8 16/24 17/6
**number [3]** 11/8 14/8 16/13
**numerous [1]** 4/13
**NW [2]** 1/19 1/24

**O**

**object [1]** 5/1
**objections [1]** 19/1
**obligation [1]** 17/25
**obligations [1]** 17/21
**obviously [5]** 7/8 7/17 7/22 8/12 15/23
**offense [1]** 12/20
**offer [1]** 4/8
**offered [1]** 3/13
**office [1]** 18/1
**Official [3]** 1/23 20/3 20/13
**Okay [2]** 8/24 9/8
**old [1]** 17/4
**once [2]** 12/21 17/5
**one [3]** 8/23 14/22 15/11
**ones [2]** 9/22 12/19
**only [2]** 15/11 16/1
**operations [1]** 10/25
**opportunity [1]** 16/15
**opposing [1]** 5/9
**order [2]** 16/8 17/18
**ordered [1]** 17/13
**organization [2]** 8/1 8/3
**other [5]** 4/4 4/9 8/23 13/11 18/6
**our [3]** 3/9 6/7 14/13
**out [4]** 7/2 11/6 14/11 14/13
**outside [1]** 15/1
**over [11]** 7/2 10/21 10/24 11/2 11/5 11/8 11/15 11/21 11/25 12/15 14/5

**P**

**P.L.L.C [1]** 1/19
**paid [1]** 17/25
**papers [2]** 13/5 13/22
**part [3]** 11/3 17/19 18/10
**participated [1]** 11/24
**particular [1]** 10/15
**parties [2]** 17/18 19/8
**passed [1]** 2/24
**pay [3]** 6/13 17/13 17/16
**payable [1]** 17/21
**pending [1]** 16/7
**people [4]** 9/19 11/11 12/13 12/23
**perhaps [2]** 3/18 10/20
**period [10]** 3/8 3/14 3/15 3/16 3/17 3/18 4/12 4/25 5/9 11/5
**permission [2]** 2/9 18/22
**permitted [1]** 18/17
**person [2]** 10/3 16/4
**personally [1]** 11/1
**petition [1]** 4/3
**ph [1]** 3/13
**Philadelphia [1]** 6/8
**photos [1]** 12/18
**placed [1]** 18/24
**Plaintiff [2]** 1/4 1/12
**plays [1]** 8/1
**plaza [2]** 10/24 11/3
**plazas [1]** 12/1
**plea [8]** 4/8 4/25 5/10 18/5 18/7 18/10 18/11 18/17
**pleadings [1]** 3/9
**please [1]** 2/5
**pled [1]** 13/24
**podium [1]** 10/10
**point [9]** 4/2 4/21 5/19 7/16 7/21 8/12 13/15 14/6 14/6
**pointed [1]** 7/2
**points [3]** 11/6 14/11 14/14
**poor [2]** 9/18 9/21
**portion [1]** 3/15
**position [11]** 5/2 5/7 5/11 5/12 8/15 8/16 8/19 8/21 8/21 9/8 13/23
**positions [1]** 10/22
**positive [1]** 16/21
**post [1]** 4/18
**post-conviction [1]** 4/18
**potential [1]** 9/5
**poverty [1]** 12/17
**powerful [2]** 10/23 15/3
**present [4]** 2/14 3/19 9/10 18/14
**primarily [1]** 13/10
**prior [3]** 8/16 13/5 14/1
**prison [4]** 16/14 16/17 16/19 18/25
**prisons [9]** 2/25 6/14 6/23 8/8 11/10 13/19 14/3 17/11 19/7
**probation [1]** 18/1
**proceeding [1]** 18/6
**proceedings [2]** 19/9 20/5
**profitable [1]** 11/8
**prosecute [1]** 15/2
**prosecutors [1]** 11/14
**provide [2]** 9/5 10/17
**provisional [2]** 3/2 3/7
**provisions [1]** 17/8
**Public [1]** 3/13
**Pursuant [2]** 17/7 18/15
**put [1]** 15/19

**Q**

**query [1]** 6/22
**quibble [1]** 14/5
**quickly [2]** 9/2 9/3
**quite [1]** 16/17

**R**

**raising [1]** 5/21
**rather [1]** 16/17
**reaching [1]** 4/2
**realize [1]** 15/18
**really [1]** 12/7
**reason [2]** 7/15 8/23
**rebuttal [1]** 6/20
**receive [1]** 14/17
**received [3]** 5/2 14/16 14/18
**recognize [2]** 12/24 14/17
**recommend [1]** 18/24
**recommendation [3]** 6/14 8/7 16/12
**record [6]** 2/6 8/11 10/1 10/17 19/2 20/5
**reduction [1]** 9/5
**reference [2]** 3/7 6/2
**referring [1]** 9/4
**reflective [1]** 15/17
**Reform [1]** 17/7
**regard [1]** 10/18
**regarding [2]** 13/4 14/10
**regardless [4]** 8/14 8/19 8/21 13/13
**region [1]** 11/4
**rehabilitation [2]** 4/18 4/19
**reject [1]** 17/4
**related [2]** 7/6 13/8
**relates [2]** 7/19 7/23
**relating [1]** 13/25
**relation [1]** 7/8
**release [2]** 10/12 16/7
**relevant [2]** 10/16 18/2
**religion [1]** 16/21
**remain [1]** 10/10
**remarks [1]** 10/17
**remorse [4]** 14/9 15/13 15/18 16/10
**remorseful [1]** 9/18
**Reporter [4]** 1/22 1/23 20/3 20/13
**represented [2]** 10/20 12/20
**request [2]** 18/22 18/25
**require [1]** 15/13
**research [1]** 3/4
**reservation [1]** 4/6
**resources [1]** 15/14
**response [1]** 6/21
**responsibility [5]** 4/6 4/7 15/12 15/21 16/15
**responsible [7]** 4/5 5/24 10/24 11/1 11/4 13/19 15/24
**rest [1]** 16/19
**resting [1]** 4/4
**resulting [1]** 11/19
**Retureta [11]** 1/18 1/19 2/14 2/16 2/19 6/19 7/11 11/14 13/21 15/15 19/4
**Retureta's [3]** 6/22 13/4 14/6
**return [1]** 16/25
**Reynosa [1]** 11/3
**rifles [1]** 12/2
**right [11]** 2/18 6/19 7/20 7/25 8/10 9/9 15/25 18/8 18/9 18/15 19/6
**rights [2]** 12/1 18/11
**Rojas [2]** 5/4 5/10
**role [1]** 8/1
**Room [1]** 1/24
**rounds [1]** 12/2
**row [1]** 5/20
**RPR [1]** 20/12
**running [1]** 11/7

**S**

**said [2]** 5/14 6/11
**same [1]** 7/12
**say [3]** 6/21 8/11 9/11
**saying [3]** 2/23 5/8 16/18
**says [1]** 13/21
**scope [1]** 12/15
**second [2]** 5/20 16/21
**section [2]** 1/15 9/6
**see [1]** 9/23
**seeking [1]** 10/12
**seems [1]** 12/16
**seen [1]** 6/4
**seized [1]** 12/2
**senior [1]** 10/22
**sense [1]** 13/9
**sensible [1]** 2/20
**sentence [24]**
**sentenced [3]** 7/20 8/14 10/21
**sentences [2]** 14/16 14/18
**sentencing [13]** 1/9 2/18 7/3 7/15 7/21 7/24 8/4 8/13 14/11 14/12 14/21 17/7 17/9
**separate [2]** 7/5 14/3
**series [1]** 10/21
**serious [3]** 10/20 13/7 16/17
**seriously [2]** 16/1 16/2
**seriousness [1]** 13/3
**served [6]** 3/2 4/23 4/23 13/4 13/7 13/22
**service [2]** 12/9 13/5
**serving [2]** 7/4 13/15
**several [2]** 10/24 13/7
**severe [1]** 15/8
**severity [1]** 14/20
**shall [1]** 17/24
**She [2]** 5/18 5/20
**Sherry [3]** 1/22 20/3 20/12
**shipping [1]** 11/4
**short [1]** 12/14
**should [5]** 3/17 8/17 13/6 13/16

**S**

**should... [1]** 14/4
**show [1]** 15/8
**side [2]** 12/19 12/25
**sides [1]** 16/10
**significant [2]** 16/8 17/3
**similar [2]** 14/17 14/22
**since [1]** 3/6
**sir [4]** 9/2 10/9 16/13 19/7
**sister [1]** 5/18
**sitting [1]** 2/11
**situations [2]** 6/7 14/20
**skill [1]** 12/11
**Smith [2]** 1/13 2/9
**smuggled [1]** 11/12
**so [19]** 2/21 2/23 3/8 3/18 3/19 3/25 4/11 6/5 6/11 6/16 7/20 8/3 8/6 8/22 9/7 11/17 12/13 15/7 17/2
**society [1]** 10/4
**some [8]** 2/19 3/4 4/9 5/6 17/2 18/6 18/7 18/11
**somebody [2]** 8/13 15/5
**somehow [1]** 18/5
**someone [2]** 3/10 10/21
**something [4]** 4/18 9/11 10/11 13/11
**sorry [1]** 9/19
**speaks [2]** 12/22 15/21
**special [2]** 2/10 17/13
**specific [1]** 8/22
**spending [2]** 16/13 16/19
**spends [1]** 6/3
**staggering [1]** 12/14
**start [3]** 2/21 7/17 8/20
**starting [1]** 2/6
**starts [2]** 13/20 13/21
**state [1]** 6/15
**statement [2]** 9/10 12/20
**statements [2]** 15/16 16/3
**STATES [17]** 1/1 1/3 1/10 2/3 2/8 3/24 6/17 7/10 9/16 11/9 13/11 13/25 15/1 15/1 15/5 15/6 15/7
**status [1]** 3/5
**statute [1]** 18/17
**statutory [2]** 10/19 15/10
**sticks [1]** 12/3
**still [3]** 4/22 4/24 6/5
**stockpile [1]** 12/4
**storms [2]** 5/24 5/25
**Street [1]** 1/15
**submit [2]** 4/19 6/18
**submitted [1]** 12/18
**subsequent [1]** 14/23
**such [2]** 17/25 18/12
**suffering [2]** 11/10 12/13
**suggests [1]** 12/4
**Suite [1]** 1/20
**supervised [2]** 10/12 16/6
**support [1]** 12/22
**sure [2]** 4/2 11/18
**sworn [1]** 2/4
**Sylviana [2]** 5/17 5/17

**T**

**table [2]** 2/11 2/15
**take [12]** 3/15 3/22 4/8 4/11 5/2 5/11 8/15 8/15 10/6 13/23 14/8 15/14
**talked [1]** 3/21
**talks [1]** 4/25
**tens [1]** 11/1
**term [1]** 17/11
**terms [2]** 6/16 9/4
**Texas [6]** 5/23 6/15 6/15 6/16 12/22 18/25
**than [5]** 3/11 3/23 16/5 16/17 16/24
**Thank [7]** 5/22 6/19 8/10 10/8 10/9 10/9 19/6
**thanks [1]** 16/14
**that [134]**
**their [2]** 15/6 16/12
**them [4]** 6/6 9/23 14/5 17/5
**themselves [1]** 17/4
**then [3]** 4/2 8/19 12/10
**theory [1]** 18/14
**there [20]** 3/6 4/2 4/15 4/16 5/3 5/6 6/5 6/21 6/21 7/15 7/21 8/13 12/16 12/19 14/2 14/19 14/24 15/11 18/6 19/1
**therefore [1]** 17/16
**these [3]** 10/19 11/13 11/18
**they [18]** 3/1 3/4 3/5 3/6 3/7 5/2 5/8 5/11 5/16 5/23 5/23 5/24 6/1 8/2 11/17 13/8 15/6 17/3
**things [1]** 14/3
**think [23]**
**this [35]**
**those [10]** 5/14 5/24 5/25 7/10 13/1 13/11 14/3 16/4 16/4 16/11
**thousands [1]** 11/1
**through [6]** 4/13 4/17 11/6 11/7 11/7 11/12
**throughout [1]** 5/19
**tied [1]** 11/22
**tight [2]** 6/5 6/5
**time [33]**
**TNT [1]** 12/3
**today [4]** 5/8 5/16 15/24 17/3
**together [3]** 3/25 4/1 5/20
**too [3]** 11/23 15/23 16/2
**top [1]** 8/2
**trafficking [10]** 7/9 10/25 11/1 11/7 11/16 11/25 12/1 13/10 13/25 14/25
**training [1]** 12/11
**transcript [2]** 1/9 20/4
**travel [1]** 12/21
**traveled [2]** 5/23 6/7
**Treasury [1]** 4/1
**TREVOR [1]** 1/9
**trial [2]** 15/14 15/20
**true [2]** 13/22 20/4
**twice [1]** 12/22
**two [4]** 5/17 7/4 11/5 14/3
**two-year [1]** 11/5
**type [1]** 4/16
**typically [1]** 14/12

**U**

**U.S [3]** 1/14 1/23 4/1
**U.S.C [4]** 7/15 17/8 17/14 18/15
**ultimately [1]** 8/17
**unable [1]** 18/21
**under [4]** 7/11 7/15 8/9 18/7
**understand [2]** 8/22 9/8
**understanding [2]** 6/23 15/25
**UNITED [17]** 1/1 1/3 1/10 2/3 2/8 3/24 6/17 7/10 9/15 11/9 13/11 13/25 15/1 15/1 15/5 15/6 15/7
**unlawful [1]** 18/5
**unlike [1]** 4/9
**unresolved [2]** 4/22 5/5
**until [1]** 17/24
**untold [1]** 11/9
**unwarranted [2]** 14/10 14/21
**up [5]** 3/21 4/14 9/23 12/17 16/20
**US [3]** 13/13 17/22 18/3
**use [3]** 12/5 12/10 12/10
**used [1]** 12/8
**using [1]** 12/11
**usually [1]** 6/20

**V**

**valid [1]** 18/14
**variance [6]** 7/13 7/16 7/17 13/2 15/16 16/10
**various [1]** 10/19
**varying [1]** 15/11
**versus [1]** 2/3
**very [14]** 6/25 8/2 9/2 9/3 9/19 10/8 11/6 11/7 13/7 14/24 15/1 15/4 15/19 16/8
**violated [1]** 4/15
**violations [1]** 7/6
**violence [4]** 11/13 11/22 11/24 12/13
**violent [1]** 17/1
**violently [1]** 12/6
**voluminous [1]** 7/9
**vs [1]** 1/5

**W**

**waive [2]** 6/12 18/9
**waived [1]** 18/7
**waiver [1]** 18/13
**waivers [1]** 18/12
**waives [2]** 17/16 18/11
**want [1]** 10/17
**wanted [2]** 6/21 9/15
**wanting [1]** 16/21
**warrant [2]** 3/2 3/8
**warranted [1]** 3/17
**warrants [1]** 5/6
**was [12]** 2/23 3/1 3/2 4/9 7/4 7/5 8/2 11/4 12/12 13/7 18/5 18/7
**Washington [4]** 1/5 1/16 1/20 1/25
**WASSEM [1]** 1/19
**way [3]** 8/23 12/6 15/19
**we [32]**
**wealthy [1]** 11/6
**weeks [1]** 5/17
**well [6]** 7/17 12/22 13/22 15/22 17/8 18/1
**went [1]** 7/2
**were [10]** 2/21 5/16 5/24 7/24 8/2 8/4 10/25 13/14 13/15 13/22
**what [8]** 3/1 3/21 4/5 6/1 6/4 8/17 12/11 15/25
**when [7]** 2/20 3/6 3/23 6/2 13/19 13/21 15/6
**where [2]** 6/9 11/16
**whether [4]** 4/1 7/13 8/16 13/13
**which [10]** 3/12 4/9 4/12 4/21 4/25 7/5 7/18 9/6 14/9 18/11
**while [3]** 4/19 13/8 14/7
**who [9]** 2/14 8/13 11/11 12/6 12/21 12/23 16/4 17/2 17/2
**why [3]** 5/3 5/6 5/15
**will [15]** 4/21 5/1 5/2 5/11 6/23 6/25 7/16 7/22 8/11 8/18 14/9 17/4 17/6 17/18 18/24
**willing [2]** 3/14 12/21
**within [4]** 10/1 17/23 18/18 18/19
**without [3]** 4/6 4/17 18/23
**word [1]** 10/2
**work [2]** 3/25 6/16
**working [3]** 4/1 5/20 13/14
**worth [1]** 11/5
**would [15]** 2/20 3/1 3/16 4/19 5/16 6/16 6/18 7/17 8/6 8/23 9/11 9/11 13/2 14/16 16/19
**wrapping [1]** 3/21
**written [1]** 4/14

**Y**

**year [3]** 3/18 3/19 11/5
**years [11]** 4/12 5/14 9/25 10/6 10/21 11/8 11/15 11/21 14/8 16/13 16/16
**yes [3]** 2/23 6/25 9/13
**yesterday [2]** 5/24 5/25
**yet [2]** 8/14 16/14
**you [83]**
**your [68]**
**yours [1]** 15/3
**yourselves [1]** 2/5

**Z**

**Zeta's [1]** 8/3
**Zetas [3]** 3/25 10/22 11/20