IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

(4) MIGUEL TREVINO MORALES,
(8) ALFREDO RANGEL-BUENDIA,
(12) OMAR TREVINO MORALES,

Defendants.

Criminal Action
No. 1:08-cr-00057-TNM

March 14, 2025
10:10 a.m.

Washington, D.C.

---

TRANSCRIPT OF THE PROCEEDINGS
BEFORE THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government: Melanie Alsworth, Esq.
DOJ-CRM
145 N Street NE
East Wing
Suite 2e300
Washington, DC 20530

For Defendant Miguel Trevino Morales: Frank A. Perez, Esq.
LAW OFFICES OF FRANK A. PEREZ, P.C.
9110 Scyene Rd
Dallas, TX 75227

For Defendant Alfredo Rangel-Buendia: Alvin H. Thomas , Jr.
LAW OFFICE OF ALVIN H. THOMAS JR., PLLC
938 E. Swann Creek Road
#325
Fort Washington, MD 20744

(APPEARANCES CONTINUED)

| | |
|---|---|
| For Defendant Omar Trevino Morales: | Alfred Guillaume, III<br>LAW OFFICES OF ALFRED GUILLAUME III, LLC<br>1350 Connecticut Avenue NW<br>Suite 308<br>Washington, DC 20036 |
| Court Reporter: | Stacy Johns, RPR, RCR<br>Official Court Reporter |

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription

**P R O C E E D I N G S**

COURTROOM DEPUTY: Good morning, Your Honor. We are on the record in United States of America versus Miguel Trevino Morales, Alfredo Range-Buendia and Omar Trevino Morales. The interpreter has been sworn.

Counsel, please come forward to identify yourselves for the record, starting with government.

MS. ALSWORTH: Good morning, Your Honor. Melanie Alsworth on behalf of the United States. I'm joined by my colleagues, Jayce Born, Kirk Handrich and DEA Special Agent Anthony Lewis.

THE COURT: Good morning.

MR. THOMAS: Good morning, Your Honor. Alvin Thomas on behalf of Alfredo Rangel-Buendia.

THE COURT: Good morning, Mr. Thomas. Good morning Mr. Rangel-Buendia.

MR. GUILLAUME: Good morning, Your Honor. Alfred Guillaume standing in for lead attorney Clark Birdsall on behalf of Oscar Omar Trevino Morales, who's seated in the middle seat at trial table.

THE COURT: Good morning, Mr. Guillaume. Good morning, Mr. Morales.

DEFENDANT MORALES: Good morning, Your Honor.

MR. PEREZ: Good morning, Your Honor. Frank Perez representing Mr. Miguel Trevino, sitting there at the end.

THE COURT: Good morning, Mr. Perez. Good morning, Mr. Morales.

DEFENDANT MORALES: Good morning, Your Honor.

THE COURT: All right. Ms. Chaclan, do we need to do arraignment?

DEPUTY CLERK: Yes.

THE COURT: I guess maybe we'll do them one at a time.

Mr. Perez, can I ask you and your client to approach the podium, please, sir.

Sir, this arraignment is directed to you, but typically your attorney responds on your behalf.

Ms. Chaclan.

DEPUTY CLERK: Miguel Trevino Morales in Criminal Case 08-57 in which you are charged by a fifth superseding indictment on count 1, continuing criminal enterprise; count 2, conspiracy to distribute five kilograms or more of cocaine and 1,000 kilograms or more of marijuana for importation into the United States; count 3, use of a firearm; count 4, international money laundering conspiracy, do you waive the formal reading of the fifth superseding indictment, and how do you wish to plead?

MR. PEREZ: Mr. Trevino waives formal reading of the indictment and enters a plea of not guilty.

THE COURT: Thank you. You may have a seat, sir.

Mr. Guillaume, can I ask you and your client to

approach the podium.

And sir, again, this is directed to you, but typically your attorney responds on your behalf.

Ms. Chaclan.

DEPUTY CLERK: Omar Trevino Morales, in Criminal Case 08-57 in which you are charged by a fifth superseding indictment on count 1, continuing criminal enterprise; count 2, conspiracy to distribute five kilograms or more of cocaine and 1,000 kilograms or more of marijuana for importation into the United States; count 3, use of a firearm; count 4, international money laundering conspiracy, do you waive the formal reading of the fifth superseding indictment, and how do you wish to plead?

MR. GUILLAUME: Waive formal reading of the indictment, enter a plea of not guilty as to all counts and assert all constitutional and statutory rights.

THE COURT: Thank you, sir. You may have a seat.

To all three of the defendants, I know you've appeared in front of maybe one or more magistrate judges to this point. I'm Trevor McFadden. I'm the District judge. I'll be handling the case here on out.

Ms. Alsworth, where do things stand?

MS. ALSWORTH: Thank you, Your Honor. The government is processing an initial discovery production. We're most of the way through copying it. It's substantial. It will

primarily include wiretap evidence at this point, and there are upwards of 400,000 interceptions that we're turning over, so it has taken some couple of days to make copies of the disks that can we will produce.

Now that the Court has entered the protective order, we anticipate the initial discovery going out Monday morning. And we've got other rounds of discovery that are also in the works.

The Court may note that we filed a motion for complex case designation, and we are asking that that order be entered today.

In addition to the just exhaustive discovery, there are other factors that make this case complex including that the CCE charge is a death-eligible offense, and we do anticipate substantial review.

THE COURT: So what are you proposing as next steps?

MS. ALSWORTH: Your Honor, I think maybe scheduling a status conference within two or three months so we can update the Court on the status of discovery, and granting the complex case motion and excluding time.

THE COURT: Okay.

Mr. Perez?

MR. PEREZ: We have no objection.

THE COURT: If you can approach the podium, sir.

MR. PEREZ: I apologize. We have no objection, Your

Honor.

THE COURT: All right. And Mr. Perez, do you have any objection as to the complex case motion?

MR. PEREZ: No, Your Honor.

THE COURT: At least on the docket, there's an outstanding motion regarding pretrial detention. I take it that was resolved in the magistrate court.

MR. PEREZ: That was, Your Honor.

THE COURT: Okay. And so ECF 643 will be, I guess, denied as moot.

Anything further on your end that we should be discussing, Mr. Perez?

MR. PEREZ: Not at this time, Your Honor.

THE COURT: All right. Thank you, sir.

Mr. Thomas.

MR. THOMAS: Thank you, Your Honor. Alvin Thomas, for the record. We have no objection to the motion the government filed for a complex case, and we will agree to toll. And there's no other issues for us at this time.

THE COURT: I've got an open pretrial detention motion for you as well. I take it that was resolved in magistrate court.

MR. THOMAS: It was.

THE COURT: Okay. Thank you, sir. ECF 644 will be denied as moot.

And Mr. Guillaume.

MR. GUILLAUME: Yes, Your Honor. Good morning, again. No objection to the complex case designation. We agree to toll time. And as far as any open motions, I don't think there are for my client. But if there are, then I think those were handled at magistrate court as well.

THE COURT: Okay. I've got an open gavel on mine at 642. So ECF 642 will also be denied as moot.

Thank you, sir.

I am going to go ahead and grant the government's complex case motion, which all parties agree with. I think the really very substantial discovery, the 400,000 plus wiretaps alone justify that designation. But I also recognize the significant other discovery and complicating factors and the very serious charges that the defendants face. So for all those reasons, I'm granting ECF 668 and 669.

All suggest that we come back maybe more like in three months. I'm not sure how likely it is there will be much progress before then.

How about 2 p.m. on June 13th? Anybody that does not work for, 2 p.m. on June 13th?

All right. I'm not seeing any hands. We'll set this for a status conference on 2 p.m. at June 13th. Obviously the speedy trial clock is tolling in light of the complex case designation and the other representations made here.

Ms. Alsworth, anything else we should be discussing today?

MS. ALSWORTH: No, Your Honor, not from the government.

THE COURT: Mr. Perez?

MR. PEREZ: No, Your Honor.

THE COURT: Mr. Thomas?

MR. THOMAS: No, Your Honor.

THE COURT: Thanks folks. I'll see you all in a few months.

(Proceedings concluded at 10:18 AM)

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

/s/ Stacy Johns Date: June 11, 2025

Stacy Johns, RPR, RCR
Official Court Reporter